**UNITED STATES DISTRICT COURT**
**OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **ANA LAPERA** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-CV-000447 |
| ) | District Judge: Beryl A. Howell |
| **FANNIE MAE** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT FANNIE MAE'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant, the Federal National Mortgage Association ("Fannie Mae"), by and through its undersigned counsel hereby submits this Motion for Summary Judgment. This Motion is supported by the concurrently filed Statement of Undisputed Material Facts and a Memorandum of Points and Authorities. Based upon the grounds set forth below, Fannie Mae submits that judgment should be entered in its favor as to all of the Plaintiff's claims and that a dismissal with prejudice is warranted.

1. Fannie Mae is not liable on the Plaintiff's disparate treatment claims based upon race.

2. Fannie Mae is not liable on the Plaintiff's disparate treatment claims as to personal appearance.

Based upon the arguments and authorities set forth above in its concurrently filed Memorandum of Points and Authorities, Fannie Mae respectfully requests that the Court enter judgment as a matter of law in favor of Fannie Mae on all claims asserted in this action.

Dated: October 9, 2015                    Respectfully submitted,

                                          ____/s/ __DGS_____
                                          Damien Stewart
                                          Fannie Mae
                                          3900 Wisconsin Ave., N.W.
                                          Washington, DC 20016
                                          Tel. (202) 752-6871
                                          damien_g_stewart@fanniemae.com

                                          **Attorney for Defendant**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 9th day of October 2015, a copy of the

foregoing Fannie Mae's Motion for Summary Judgment was served by email on the following:

David A. Branch, Esq.
Law offices of David Branch & Associates
1828 L Street NW
Suite 820
Washington, DC 20036
(202) 785-2805 phone
(202) 785-0289 fax
davidbranch@dbranchlaw.com

_____/s/__DGS_____
Damien G. Stewart

3