| From: | Matza, Sonya <sonya_matza@fanniemae.com> |
|-------|-------------------------------------------|
| **Sent:** | Tuesday, May 10, 2011 2:26 PM |
| **To:** | Harris, Nicole <nicole_harris@fanniemae.com> |
| **Subject:** | LSS PEP Requests May 2011.xls |
| **Attach:** | LSS PEP Requests May 2011.xls |

PEPs from Shandell. She knows they are early. Two director PEPs, including the one for Ana Lapera.

We can discuss on Thursday.

Sonya

**DEFENDANT'S EXHIBIT**

**12**

CONFIDENTIAL

FNMB-001818

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2011 Promotion and Equity Process Requests | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | To Be Completed by Division | | | |
| 4 | DIVISION | CC | EMPLOYEE NAME | EMP ID | CURRENT JOB TITLE | CURRENT JOB CODE | CURRENT LEVEL | CURRENT ANNUAL SALARY | 2010 PERF RATING | MANAGER | PROPOSED ACTION (Promo or Equity Adj.) |
| 5 | Ops Plan | 835 | Brittany Agee | 78964 | Analyst I | BSA101 | E | 53,000 | 1 | Robert Saylor | Promotion |
| 6 | Ops Plan | 835 | Marcus Cole | 78905 | Analyst II | BSA102 | H | 73,000 | 2 | Robert Saylor | Promotion |
| 7 | Ops Plan | 835 | Shirley Cruz-Rodriguez | 78016 | Analyst II | BSA102 | H | 70,000 | 1 | Angie Kennard | Promotion |
| 8 | Ops Plan | 835 | Michelle Coelho | 78432 | MBB | SIX104 | L | 155,000 | 1 | Ana Lapera | Promotion |
| 9 | Ops Plan | 835 | Ana Lapera | 5865 | MBB | SIX120 | M | 183 888 | 2 | Claude Wade | Promotion |
| 10 | | | | | | | | | | | |
| 11 | | | TOTALS | | | | | | | | |

Confidential - Restricted

1

CONFIDENTIAL

FNMB-001819

| | PROPOSED JOB TITLE | PROPOSED JOB CODE | RATIONALE | O | CURRENT FLSA | NEW FLSA | YRS IN ROLE | RANGE | SALARY INCREASE $ | % SALARY INCREASE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | To Be Completed by Comp | | |
| | Analyst II | BSA102 | Brittany is performing at Business Analyst II level and meets the qualifications for this position | | X | X | 0.92 | $61-83-104k | 8,000 | 15.1% |
| | Green Belt | SIX102 | Green Belt expertise needed across Fannie Mae. Marcus is performing at GB level and has met the certification requirements | | X | X | 0.94 | $78-105-133k | 6,000 | 8.2% |
| | Green Belt | SIX102 | Green Belt expertise needed across Fannie Mae. Shirley is performing at GB level and has met the certification requirements | | X | X | 1.25 | $78-105-133k | 9,000 | 12.9% |
| | Director - Securitization Program | SIX120 | Michelle is moving to a new role with director level responsibilities, supporting the execution of the Securitization Initiative | | X | X | 1 | $112-153-194k | 10,000 | 6.5% |
| | Director - LSS & Operational Excellence | | Ana is responsible for managing the entire Lean Six Sigma and Operational Excellence team. As such, her level should be differentiated from the directors that she manages in her team. See job description for details on responsibilities | | X | X | 17 | $112-153-194k | 10,112 | 5.5% |
| | | | | | | | | | 43,112 | |

&[DATE] &[TIME]

Confidential - Restricted

2

CONFIDENTIAL

FNMB-001820

|   | V | W | X | Y |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | ensation | | | |
| 4 | NEW SALARY | NEW LEVEL | EFF. DATE | Notes (avg internal data) |
| 5 | 61,000 | H | 7/3/2011 | Avg salary for BSA102 in FM is $77k, incumbents range from $61-97k |
| 6 | 79,000 | J | 7/3/2011 | No current incuments |
| 7 | 79,000 | J | 7/3/2011 | No current incuments |
| 8 | 165,000 | M | 7/3/2011 | Avg salary for SIX120 in Operating Plan is $170k, incumbents' salaries range from $160-184k |
| 9 | 194,000 | M | 7/3/2011 | Avg salary for SIX120 in Operating Plan is $170k, incumbents' salaries range from $160-184k Moving Ana to the maximum of the range would create a $28k or 17% differential between her and her directs. There is no higher level director job to move her into. |
| 10 | | | | |
| 11 | | | | |

Confidential - Restricted

CONFIDENTIAL

FNMB-001821