| From: | Matza, Sonya <sonya_matza@fanniemae.com> |
|---|---|
| Sent: | Wednesday, May 11, 2011 9:09 AM |
| To: | Harris, Nicole <nicole_harris@fanniemae.com> |
| Subject: | RE: LSS-Program Director (2).doc |

Correct.

Currently my recommendation is to move her to the maximum of the range, from $184k to $194k. This would create a $28k or 17% differential between her and her directs. I have noted on the sheet that there is no higher level director job to move her into.

I just wanted to make sure that this was in fact the case.

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Harris, Nicole
**Sent:** Tuesday, May 10, 2011 5:29 PM
**To:** Matza, Sonya
**Subject:** RE: LSS-Program Director (2).doc

No, we never had a follow-up call. Ana is already an "M" as Director Lean Six Sigma correct?

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Matza, Sonya
**Sent:** Tuesday, May 10, 2011 1:46 PM
**To:** Harris, Nicole
**Subject:** FW: LSS-Program Director (2).doc

Did you and Shandell have any further discussions about this?

I had responded back (attached) saying this job would map to our current level M Six Sigma Director. Shandell just submitted her PEPs with a request for a promotion for Ana Lapera to this position.

Sonya

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**DEFENDANT'S EXHIBIT**

**13**

CONFIDENTIAL

**From:** Harris, Nicole
**Sent:** Monday, April 25, 2011 3:04 PM
**To:** Matza, Sonya
**Subject:** FW: LSS-Program Director (2).doc

Don't we already have this job? Ana Lapera's current role?

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Harris, Shandell T
**Sent:** Monday, April 25, 2011 3:01 PM
**To:** Harris, Nicole
**Subject:** LSS-Program Director (2).doc

Nicole, can you take a look at this and level it please?  thanks

CONFIDENTIAL

FNMB-001829