| From: | Matza, Sonya <sonya_matza@fanniemae.com> |
|---|---|
| Sent: | Friday, June 24, 2011 11:14 AM |
| To: | Harris, Nicole <nicole_harris@fanniemae.com> |
| Subject: | FW: LSS-Program Director (2).doc |
| Attach: | Six Sigma Org June 2011.xls; LSS-Program Director (2).doc |

The Director and VP job descriptions are identical, even to the point of both cite "the Director of Operational Excellence and Lean Six Sigma" in the job purpose.

But snideness aside, the revised job description definitely has a corporate-wide scope and strategic slant which the job summary for SIX120 does not.

The Director of Operational Excellence and Lean Six Sigma is responsible for driving process improvement using the Lean Six Sigma methodology across the entire corporation. This position has significant opportunity to influence senior leaders to help drive the transformation and future success of the company.

- Align the Lean Six Sigma program to business strategy, prioritizing projects and assigning resources accordingly
- Supply a process improvement strategy designed to meet the needs of stakeholders, including members of the Executive Committee, Process Owners, and subject matters experts.
- Advise and support Senior Management regarding culture change needed to successfully accomplish and maintain improvements

With regards to the old VP criteria, there is a lack of external to FM focus, but certainly most of the work is external to the Operating Plan division.  The span of control is small - only 8 or so people report into the role, 2 directors.  I have some questions about the comparability of the role to other VPs.

Sonya

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Matza, Sonya
**Sent:** Friday, June 24, 2011 10:26 AM
**To:** Harris, Nicole
**Subject:** FW: LSS-Program Director (2).doc

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Harris, Nicole
**Sent:** Monday, April 25, 2011 3:04 PM

DEFENDANT'S EXHIBIT

15

CONFIDENTIAL

FNMB-001801

**To:** Matza, Sonya
**Subject:** FW: LSS-Program Director (2).doc

Don't we already have this job? Ana Lapera's current role?

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Harris, Shandell T
**Sent:** Monday, April 25, 2011 3:01 PM
**To:** Harris, Nicole
**Subject:** LSS-Program Director (2).doc

Nicole, can you take a look at this and level it please?  thanks

CONFIDENTIAL

FNMB-001802

**Six Sigma Organization, June 2011**

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | DIV NAME | BUS NAME | CC NAME | DeptID | Name | ID | Job Title | Grade | ANNL SAL | Supervisor |
| 5 | Operating Plan | Operations Plan | Operating Plan | 835 | LaPera,Ana Cristina | 05865 | Dir Lean Six Sigma | M | 183,888 | Knight,Linda K |
| 6 | Operating Plan | Operations Plan | Operating Plan | 835 | Price,Farley T | 75158 | Dir Lean Six Sigma | M | 168,393 | LaPera,Ana Cristina |
| 7 | Operating Plan | Operations Plan | Operating Plan | 835 | Cousino,Daniel L | 77885 | Dir Lean Six Sigma | M | 160,000 | LaPera,Ana Cristina |
| 8 | Operating Plan | Operations Plan | Operating Plan | 835 | Coelho,Michelle | 78432 | Lean Six Sigma Mstr Black Belt | L | 155,000 | LaPera,Ana Cristina |
| 9 | Operating Plan | Operations Plan | Operating Plan | 835 | Kennard,Angie | 77470 | Lean Six Sigma Mstr Black Belt | L | 153,000 | LaPera,Ana Cristina |
| 10 | Operating Plan | Operations Plan | Operating Plan | 835 | Saylor,Robert H | 77050 | Lean Six Sigma Mstr Black Belt | L | 149,000 | LaPera,Ana Cristina |
| 11 | Operating Plan | Operations Plan | Operating Plan | 835 | Jacobson,Andrew | 79252 | Lean Six Sigma Mstr Black Belt | L | 125,000 | Price,Farley T |
| 12 | Operating Plan | Operations Plan | Operating Plan | 835 | Washington III,William M | 72308 | Lean Six Sigma Black Belt | K | 138,000 | Coelho,Michelle |
| 13 | Operating Plan | Operations Plan | Operating Plan | 835 | Gowd,Nirikshana | 79201 | Lean Six Sigma Black Belt | K | 125,000 | Price,Farley T |

Confidential - Internal Distribution

CONFIDENTIAL

| | K |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | SUPERTITLE |
| 5 | EVP |
| 6 | Dir Lean Six Sigma |
| 7 | Dir Lean Six Sigma |
| 8 | Dir Lean Six Sigma |
| 9 | Dir Lean Six Sigma |
| 10 | Dir Lean Six Sigma |
| 11 | Dir Lean Six Sigma |
| 12 | Lean Six Sigma Mstr Black Belt |
| 13 | Dir Lean Six Sigma |

Confidential - Internal Distribution

CONFIDENTIAL

 **FannieMae**

**Job Description**

# Director of Operational Excellence and Lean Six Sigma
## Washington DC

### THE COMPANY

Fannie Mae is a shareholder-owned company with a public mission: to tear down barriers, lower costs, and increase the opportunities for homeownership and affordable rental housing for all Americans. Over our 70-plus year history, Fannie Mae has worked with housing partners to provide low-cost financing for more than 60 million American families to own or rent a home.

For more information about Fannie Mae and our career opportunities, please visit www.fanniemae.com.

### JOB SUMMARY

Note: Section 1 & 2 have a combined character limit of 3000

**Section 1: Overview of Job**
Briefly (in two or three sentences) state the core purpose of this job below; include some detail about the specific task requirements/job duties of this job and where/how it fits into the larger department or organization.

The Director of Operational Excellence and Lean Six Sigma is responsible for driving process improvement using the Lean Six Sigma methodology across the entire corporation. This position has significant opportunity to influence senior leaders to help drive the transformation and future success of the company. It reports to the SVP of Securitization within the Operating Plan. In addition to technical expertise with process improvement methodologies, the individual in this position must be well versed in the intricacies of the business, has a keen sense of the issues faced by the corporation and has the ability to translate this business knowledge into successful process improvement initiatives to be tackled by Lean Six Sigma experts in partnership with process owners.

**Section 2: Key Job Functions & Duties**
List the main 5 to 7 job functions of this position in order of importance, starting with most important through least important. For each function, first provide an overall description of the function, then 2 to 4 statements about the key job duties/tasks that will be performed and the expected result.

- Lead the team of Master Black Belts (Levels L and M), Black Belts and Lean Six Sigma analysts in the implementation of Lean Six Sigma for Fannie Mae, establishing a sustainable model for continuous process improvement
- Deliver significant operational improvement and financial benefit across assigned divisions/functions by prioritizing the team's efforts to tackle multiple process improvement projects to generate quantifiable results in defect reduction, cost avoidance, loss reduction or revenue enhancement
- Align the Lean Six Sigma program to business strategy, prioritizing projects and assigning resources accordingly

CONFIDENTIAL

FNMB-001805

 **Job Description**

- Supply a process improvement strategy designed to meet the needs of stakeholders, including members of the Executive Committee, Process Owners, and subject matters experts.
- Build the Lean Six Sigma team, recruiting and developing staff, ensuring that team members are appropriately trained, and continue to develop their skills.
- Act as change agent to instill Lean Six Sigma culture throughout the organization
- Lead the identification, prioritization and selection of process improvement opportunities
- Develop a formalized approach to organizing and pursuing projects
- Advise and support Senior Management regarding culture change needed to successfully accomplish and maintain improvements

Note: Section 3 has a character limit of 3000

**Section 3:  Qualifications**
List 5 to 7 specific, job related requirements and/or preferences, such as years/type of experience, degrees, certifications, knowledge, skills, and abilities (including technical, professional and management skills).

**KEY QUALIFICATIONS**
- Leadership experience in developing and managing teams for effective cross-functional operations
- Demonstrated success in leading teams to deliver significant results
- Strong leadership abilities and experience including situations involving organizational culture change
- Significant experience in application of Lean Six Sigma in the mortgage of Financial services industry, including setting up and delivery of training related to process improvement
- Excellent written and verbal communication skills with emphasis on oral presentation
- Delegation and project management expertise
- Excellent facilitation and influencing skills with a demonstrated track record of transformation success
- Significant experience in use of metrics and benchmarks to drive process improvement
- Strong analytical skills including the ability to assess complex situations and data, and reduce important and actionable tactics
- Experience in complex organizations and matrix reporting relationship

**LEADERSHIP SKILLS**

- Experience in managing, coaching and developing a large matrix staff
- Excellent leadership and managerial skills, with long-term potential to contribute broadly at the executive level.  Empowers others, builds confidence and demonstrates a positive and energizing style
- Excellent abilities to influence management and business peers
- Sufficient judgment to know the relevant questions raised by individual situations; to understand the key issues and questions requiring resolution; and to assemble the right professionals to provide responsive, prudent, business-oriented solutions
- A high-impact professional, capable of quickly establishing credibility both internally and externally.  Consistently demonstrates and follows high standards of integrity in business decision-making and expects the same standards of performance from his / her subordinates
- Consistently seeks transparency of personal actions and foster an organization that will not

March 2011                    Director of Operational Excellence                    Page 2 of 3

CONFIDENTIAL                                                                    FNMB-001806

 **FannieMae**

**Job Description**

tolerate any appearance of impropriety

**KNOWLEDGE/SKILLS REQUIREMENTS**
- Master's Degree
- Technical competency in Lean Six Sigma skills: Lean, DMAIC, DFSS, Kaizen/Work-out, process management, change management and advanced statistical techniques
- Formal Lean or Lean Six Sigma training and minimal of Black Belt certification
- 10 to 15 years of work experience, including a minimum of 5 years in Lean and/or Six Sigma performance improvement and change management experience
- Extensive training, coaching and mentoring experience

**COMPENSATION**

Fannie Mae's compensation and benefits package is very competitive. It is designed to help employees meet varying needs throughout their careers and to reward employee's skills, experience, and potential.

Fannie Mae is an equal employment opportunity employer and considers qualified applicants for employment without regard to race, gender, age, color, religion, national origin, marital status, disability, sexual orientation, or any other protected factor.

As a condition of employment with Fannie Mae, any successful job applicant will be required to pass a pre-employment drug screen and to successfully complete a background investigation, which may also include a credit check if the position is sensitive in nature.

CONFIDENTIAL                                            FNMB-001807