| From: | Matza, Sonya <sonya_matza@fanniemae.com> |
|---|---|
| Sent: | Tuesday, May 10, 2011 1:46 PM |
| To: | Harris, Nicole <nicole_harris@fanniemae.com> |
| Subject: | FW: LSS-Program Director (2).doc |
| Attach: | Untitled.msg; LSS-Program Director (2).doc |

Did you and Shandell have any further discussions about this?

I had responded back (attached) saying this job would map to our current level M Six Sigma Director. Shandell just submitted her PEPs with a request for a promotion for Ana Lapera to this position.

Sonya

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Harris, Nicole
**Sent:** Monday, April 25, 2011 3:04 PM
**To:** Matza, Sonya
**Subject:** FW: LSS-Program Director (2).doc

Don't we already have this job? Ana Lapera's current role?

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Harris, Shandell T
**Sent:** Monday, April 25, 2011 3:01 PM
**To:** Harris, Nicole
**Subject:** LSS-Program Director (2).doc

Nicole, can you take a look at this and level it please? thanks

**DEFENDANT'S
EXHIBIT
11**

CONFIDENTIAL

FNMB-001808

| | |
|---|---|
| **From:** | Matza, Sonya <r4usak@fannie mae.com> |
| **Sent:** | Monday, April 25, 2011 4:34 PM |
| **To:** | Harris, Shandell T <shandell_t_harris@fanniemae.com> |
| **Cc:** | Harris, Nicole <nicole_harris@fanniemae.com> |
| **Subject:** | |
| **Attach:** | FNM_JOBSUM.pdf |

Shandell,

The job description you sent would map to SIX120, level M (attached).

Please let me know if you have any questions.

Sonya

CONFIDENTIAL

FNMB-001809

 **FannieMae.**   **JOB SUMMARY**

## Section I : Overview of Job

### Job Information

| | | | |
|---|---|---|---|
| System Title | Dir Lean Six Sigma | System Code | SIX120 |
| Job Family | Six Sigma | FLSA Status | Exempt |

### Position Purpose

Plan and direct the work of a unit whose staff examine varied production, operations, or business processes in order to assess efficiency and diagnose bottlenecks, obstacles, or other inefficiencies. Develop and conduct group process within office or business unit in order to surface and document operating procedures. Follow six sigma methodology including DMAIC (Define, Measure, Analyze, Improve, Control) and DFSS (Design for Six Sigma) to assess and characterize operating procedures and suggest alternatives. Provide oversight, coaching and motoring to staff that are executing corporate initiatives.

## Section II : Key Job Functions and Duties

### Key Job Functions

Confer with business unit or production unit to assess need for project to document current operating procedures and plan significant operational change exercise.

Confer with business leaders or champions of changes in the unit's operating procedures regarding assessment of the unit's productivity and relative efficiency.

Train and lead staff in use of six sigma methodology (Design, Measure, Analyze, Improve, Control) to assess current operating procedures and envision future state. Conduct green belt and black belt training.

Confer with Lean Six Sigma colleagues to train in advanced concepts and methods, or to evaluate course of intervention they are engaged in. Guide champions of process in client business unit regarding their role and contributions to the process.

Plan or participate in projects to change or add to systems used by the unit's staff. Serve as subject matter expert for project managers.

Execute corporate strategy and participate in developing and deploying staff employees.

Represent the unit as an expert or resource to cross-functional project or coordinating teams.

Plan and administer the unit's budget. Approve expenditures or budget transfers.

## Section III : Qualifications

| Education | Required | Preferred |
|---|---|---|
| Level | Bachelor Degree or Equivalent | Master or Other Advanced Degree |
| Area of Study | | |
| Certifications | Master Black Belt Certification | |

### Minimum Experience:

8-10 years of related experience

### Specialized Knowledge & Skills

FNMB-001810

 **FannieMae**

**Job Description**

# Director of Operational Excellence and Lean Six Sigma
## Washington DC

### THE COMPANY

Fannie Mae is a shareholder-owned company with a public mission: to tear down barriers, lower costs, and increase the opportunities for homeownership and affordable rental housing for all Americans. Over our 70-plus year history, Fannie Mae has worked with housing partners to provide low-cost financing for more than 60 million American families to own or rent a home.

For more information about Fannie Mae and our career opportunities, please visit www.fanniemae.com.

### JOB SUMMARY

Note: Section 1 & 2 have a combined character limit of 3000

**Section 1: Overview of Job**
Briefly (in two or three sentences) state the core purpose of this job below; include some detail about the specific task requirements/job duties of this job and where/how it fits into the larger department or organization.

The Director of Operational Excellence and Lean Six Sigma is responsible for driving process improvement using the Lean Six Sigma methodology across the entire corporation. This position has significant opportunity to influence senior leaders to help drive the transformation and future success of the company. It reports to the SVP of Securitization within the Operating Plan. In addition to technical expertise with process improvement methodologies, the individual in this position must be well versed in the intricacies of the business, has a keen sense of the issues faced by the corporation and has the ability to translate this business knowledge into successful process improvement initiatives to be tackled by Lean Six Sigma experts in partnership with process owners.

**Section 2: Key Job Functions & Duties**
List the main 5 to 7 job functions of this position in order of importance, starting with most important through least important. For each function, first provide an overall description of the function, then 2 to 4 statements about the key job duties/tasks that will be performed and the expected result.

- Lead the team of Master Black Belts (Levels L and M), Black Belts and Lean Six Sigma analysts in the implementation of Lean Six Sigma for Fannie Mae, establishing a sustainable model for continuous process improvement
- Deliver significant operational improvement and financial benefit across assigned divisions/functions by prioritizing the team's efforts to tackle multiple process improvement projects to generate quantifiable results in defect reduction, cost avoidance, loss reduction or revenue enhancement
- Align the Lean Six Sigma program to business strategy, prioritizing projects and assigning resources accordingly

CONFIDENTIAL

 FNMB-001811

 **FannieMae**                                                                    **Job Description**

- Supply a process improvement strategy designed to meet the needs of stakeholders, including members of the Executive Committee, Process Owners, and subject matters experts.
- Build the Lean Six Sigma team, recruiting and developing staff, ensuring that team members are appropriately trained, and continue to develop their skills.
- Act as change agent to instill Lean Six Sigma culture throughout the organization
- Lead the identification, prioritization and selection of process improvement opportunities
- Develop a formalized approach to organizing and pursuing projects
- Advise and support Senior Management regarding culture change needed to successfully accomplish and maintain improvements

Note: Section 3 has a character limit of 3000

**Section 3:  Qualifications**
List 5 to 7 specific, job related requirements and/or preferences, such as years/type of experience, degrees, certifications, knowledge, skills, and abilities (including technical, professional and management skills).

**KEY QUALIFICATIONS**
- Leadership experience in developing and managing teams for effective cross-functional operations
- Demonstrated success in leading teams to deliver significant results
- Strong leadership abilities and experience including situations involving organizational culture change
- Significant experience in application of Lean Six Sigma in the mortgage of Financial services industry, including setting up and delivery of training related to process improvement
- Excellent written and verbal communication skills with emphasis on oral presentation
- Delegation and project management expertise
- Excellent facilitation and influencing skills with a demonstrated track record of transformation success
- Significant experience in use of metrics and benchmarks to drive process improvement
- Strong analytical skills including the ability to assess complex situations and data, and reduce important and actionable tactics
- Experience in complex organizations and matrix reporting relationship

**LEADERSHIP SKILLS**

- Experience in managing, coaching and developing a large matrix staff
- Excellent leadership and managerial skills, with long-term potential to contribute broadly at the executive level.  Empowers others, builds confidence and demonstrates a positive and energizing style
- Excellent abilities to influence management and business peers
- Sufficient judgment to know the relevant questions raised by individual situations; to understand the key issues and questions requiring resolution; and to assemble the right professionals to provide responsive, prudent, business-oriented solutions
- A high-impact professional, capable of quickly establishing credibility both internally and externally.  Consistently demonstrates and follows high standards of integrity in business decision-making and expects the same standards of performance from his / her subordinates
- Consistently seeks transparency of personal actions and foster an organization that will not

CONFIDENTIAL                                                                    FNMB-001812

 FannieMae

**Job Description**

tolerate any appearance of impropriety

**KNOWLEDGE/SKILLS REQUIREMENTS**
- Master's Degree
- Technical competency in Lean Six Sigma skills: Lean, DMAIC, DFSS, Kaizen/Work-out, process management, change management and advanced statistical techniques
- Formal Lean or Lean Six Sigma training and minimal of Black Belt certification
- 10 to 15 years of work experience, including a minimum of 5 years in Lean and/or Six Sigma performance improvement and change management experience
- Extensive training, coaching and mentoring experience

**COMPENSATION**

Fannie Mae's compensation and benefits package is very competitive. It is designed to help employees meet varying needs throughout their careers and to reward employee's skills, experience, and potential.

Fannie Mae is an equal employment opportunity employer and considers qualified applicants for employment without regard to race, gender, age, color, religion, national origin, marital status, disability, sexual orientation, or any other protected factor.

As a condition of employment with Fannie Mae, any successful job applicant will be required to pass a pre-employment drug screen and to successfully complete a background investigation, which may also include a credit check if the position is sensitive in nature.

CONFIDENTIAL

FNMB-001813