| | |
|---|---|
| **From:** | Harris, Nicole <r2unah@fannie mae.com> |
| **Sent:** | Tuesday, June 28, 2011 11:15 AM |
| **To:** | Harris, Shandell T <shandell_t_harris@fanniemae.com> |
| **Subject:** | RE: LSS |

Yes, Sonya and I did. We want to discuss an "N" level, but Bill said that he and Linda are discussing the future of the LSS space so we shouldn't make any moves with Ana's job until future state is clearer.

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

-----Original Message-----
From: Harris, Shandell T
Sent: Tuesday, June 28, 2011 10:59 AM
To: Harris, Nicole
Subject: LSS

Nicole any update on the information on Ana Lapera's job? I think the two job descriptions I sent you were the same just with different titles. Did you take another look?

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

**DEFENDANT'S EXHIBIT**

**18**

CONFIDENTIAL

FNMB-001830