| From: | Harris, Shandell T <shandell_t_harris@fanniemae.com> |
|---|---|
| Sent: | Thursday, December 8, 2011 2:39 PM |
| To: | Harris, Nicole <nicole_harris@fanniemae.com> |
| Subject: | PIP Position Descriptions.doc |
| Attach: | PIP Position Descriptions.doc |

Nicole, Ana has rewritten the job descriptions for herself and her direct reports. Kathy wants to get away from calling the team Lean Six Sigma as that describes a tool they use. I also think it might be helpful for you to meet with me Ana and Kathy to flesh out these job descriptions so you can review and level appropriately. If you have any questions, let me know. Thanks, Shandell

**DEFENDANT'S EXHIBIT**

**20**

CONFIDENTIAL

FNMB-001823

## Process Improvement Program Director: (Ana's position)

### Position Purpose
This position leads a team of certified experts that increases Fannie Mae's profitability through process improvement.  Therefore, in addition to managing and being an expert in process improvement, this position requires keen understanding of Fannie Mae business and the interaction necessary between major functional units to achieve business results, and expert stakeholder management at all levels within the organization.  The results are measured in dollars impacting the customer's P&L and budget.

### Key Job Functions
Prioritize engagements for the Process Improvement Program to maximize resource investment, in line with the corporate goal of increased operational efficiency and achievement of key financial targets.
Leverage wide-ranging experience and broad end-to-end understanding of business operations, processes and functions to engage stakeholders across functional silos and avoid process sub-optimization.
Deliver incremental results, demonstrating value by tracking impact to Fannie Mae's bottom line and process improvement culture.
Set communication strategy, standards, development plans and training for the Process Improvement team and customers' staff to enable them to become self-sufficient in process improvement.
Assist program leads with flexible resource allocation, and lifting implementation barriers.
Build strong partnerships with support organizations, such as HR, Finance, and Communications, to ensure alignment of solutions and consistent message.
Mentor staff and process improvement practitioners in the tools required by methodology to obtain results and maintain controls after implementation.
Augment team expertise, actively participating in process improvement projects when necessary.
Report project status to management, and alert the Integration team of functional dependencies as they relate to strategic initiatives.
Plan, document, and manage the performance of subordinate managers and/or staff. Provide for professional or technical growth through assignment, mentoring, or training.
May plan and manage the unit's budget. Approve expenditures or budget transfers.

### Minimum Experience
10+ years of related experience

### Specialized Knowledge & Skills
Proficiency with MS Office, including with experience with Excel, Visio and PowerPoint
Experience in statistical analysis applications, such as Minitab
Solid experience on process improvement methodologies, such as Lean Six Sigma
Excellent communication and facilitation skills
Prior consulting work experience preferred

**Qualifications:**
**Education Level:** Masters Degree
**Area of Study:** Business Administration, Computer Science, Finance / Accounting, Information Systems, or Liberal
**Certifications required:** minimum Lean Six Sigma Black Belt; Master Black Belt preferred; PMP or equivalent experience desired
**FLSA Status** Exempt

CONFIDENTIAL

## Process Improvement Program Lead: (Ana's direct reports)

### Position Purpose
This position plans and directs work for staff tasked with process improvement analysis and implementation in critical areas of the company, including Operating Plan strategic initiatives and "business as usual" functions that must be optimized.  PIP leads must be able to operate cross-functionally at all levels of the organization since their focus is to leverage structured methodologies and statistics as they conduct end-to-end analysis resulting in sustainable solutions and cultural change.  The results are measured in dollars impacting the customer's P&L and budget.

### Key Job Functions and Duties
Leverage structured methodologies and statistics to perform end to end analysis of processes, develop and implement sustainable solutions, in line with the corporate goal of increased operational efficiency and achievement of key financial targets.

Contribute to set standards, development plans and training for the Process Improvement team and customers' staff to enable them to become self-sufficient in process improvement.

Utilize wide-ranging experience and broad, end-to-end understanding of business operations, processes and functions to maximize corporate efficiency.

Build productive relationships with assigned project sponsors, keeping them apprised of progress, sensitive issues and barriers, and supporting them in implementing the cultural change required for continuous process improvement.

Facilitate development and implementation of sustainable process improvement solutions involving teams of functional experts reporting to project sponsors and supporting units.

Work with partners, such as HR, Finance, and Communications, to ensure alignment of solutions and consistent message.

Assist in mentoring staff and process improvement practitioners in the tools required by methodology to obtain results and maintain controls after implementation.

Report project status to management, and alert the Integration team of functional dependencies as they relate to strategic initiatives.

Plan, document, and manage the performance of subordinate managers and/or staff. Provide for professional or technical growth through assignment, mentoring, or training.

### Minimum Experience
8+ years of related experience

### Specialized Knowledge & Skills
Proficiency with MS Office, including with experience with Excel, Visio and PowerPoint
Expertise in statistical analysis applications, such as Minitab
Demonstrated hands-on experience on process improvement methodologies, such as Lean Six Sigma
Excellent communication and facilitation skills
Prior consulting work experience is a plus

### Qualifications:
Education Level Bachelor Degree or Equivalent
Area of Study: Business Administration, Engineering, Finance, Information Systems, Psychology or Liberal Arts requiring structured thinking
Certifications Required: minimum Lean Six Sigma Black Belt; Master Black Belt preferred; PMP desired
FLSA Status Exempt

CONFIDENTIAL

FNMB-001825

## Process Improvement Best Practices Lead: (Dan's position)

### Position Purpose
This position has three major purposes: (1) to equip and enable Fannie Mae staff with the knowledge and skills necessary to drastically improve our operational processes without relying upon external resources; (2) to coach mentees to drive towards results while learning the methodology; and (3) to identify and disseminate best practices in process improvement. Therefore, it requires advanced process improvement experience, coupled with capability and passion for teaching the discipline to Fannie Mae staff, ensuring that it moves from theory to practice. The results are measured in dollars impacting the customer's P&L and budget through projects executed by mentees participating in the training program.

### Key Job Functions
Manage the corporate process improvement training program, leveraging structured methodologies and statistics to enable mentees to perform end to end analysis of processes, and develop and implement sustainable solutions, which will enable their business units to increase their operational efficiency and achieve key financial targets.
Assess the appropriate level of training needed and coordinate the logistics for the training.
Develop and maintain course curricula.
Deliver awareness and basic training, such as White Belt, and individual tool applications.
Deliver advance training, such as Green or Black Belt: enforcing the admission criteria for the training, including selecting participants, getting commitment from their managers, ensuring that each of the participants have process improvement appropriate for the class level, customizing and delivering the material, arranging mentors for the participants, and tracking the actual results.
Mentor Green and Black Belts directly or coordinating with other team members in the tools required by methodology to obtain results and maintain controls after implementation.
Identify best practices in process improvement through project mentoring, and conversations with other team members; incorporating best practices in the training material, and making them available through the team's SharePoint site.
Assist in the identification additional process improvement opportunities for consideration by the program.
Assist team members with advanced statistical analysis when required.

### Minimum Experience
10+ years of related experience

### Specialized Knowledge & Skills
Proficiency with MS Office, including with experience with Excel, Visio and PowerPoint
Expertise in statistical analysis applications, such as Minitab
Demonstrated hands-on experience on process improvement methodologies, such as Lean Six Sigma
Excellent training, mentoring, communication and facilitation skills
Prior consulting work experience is a plus

### Qualifications:
Education Level: Bachelor Degree or Equivalent
Area of Study: Business Administration, Engineering, Finance, Information Systems, Psychology or Liberal Arts requiring structured thinking
Certifications Required: Lean Six Sigma Master Black Belt
FLSA Status: Exempt

CONFIDENTIAL

FNMB-001826