

REDACTED-PRIVILEGED

---

**From:** Harris, Nicole
**Sent:** Wednesday, November 13, 2013 12:06 PM
**To:** Arrington, Leslie
**Cc:** Harris, Nicole
**Subject:** RE: CONFIDENTIAL AND RESTRICTED: Investigations Inquiry

Leslie,

Here is context for the job level information.

1. Fannie Mae changed its compensation program in 2009. A formal compensation structure, with grade levels and salary ranges, was put in place. To determine the grade level of jobs, the following were considered - 50th percentile market data for a given job and internal equity relative to the complexity and scope of the position. The job leveling was conducted by compensation, reviewed by HR management and business unit management. For the Director Lean Six Sigma, the market data supported a director level position, but the role had a narrow scope of responsibilities (LSS focus) and was not broadly deployed within the company. Given these factors the job was slotted as an "M" level Director role. See attached for the Dir, Lean Six Sigma Job Summary.
☐

DEFENDANT'S
EXHIBIT
243

CONFIDENTIAL

FNMA000247

2. The decision to create the Director, Process Improvement Strategy (level N) was based on organizational changes, reviewing revised job descriptions and discussions with Ms. Lapera and her manager Ms. Keller in late 2011/early 2012. Sonya Matza, Shandell Harris and I were involved in the discussions. The compensation team began reviewing information about the Dir, LSS job in Q2 2011. No action was taken in April/May as compensation questioned whether changes in the role constituted a new position. There were also changes in the business - the LSS group moved from Claude Wade to Linda Knight. In June, compensation was asked to consider head of Operational Excellence and Lean Six Sigma as a potential VP role (see attached "LSS-Program Director (2)). Compensation did not view the role as a Vice President level position. The role had limited external focus and a narrow organizational span of approx. 8 employees. But, compensation did note that the role as a Director appeared to have expanded relative to the existing Dir LSS job summary. The job description showed a broader strategic focus including engagement and influencing of senior leadership. Discussions about the VP role continued and then there were further leadership changes impacting the LSS group which resulted in Ms. Keller managing the LSS group. In Dec 2011, compensation met with the HR Business Partner over LSS. Ms. Lapera then followed up with job descriptions for the LSS team that noted the group as Process Improvement (see attached). These changes were associated with the creation of the CIPO group (Corporate Initiatives Program Office). The organization was also heading into another transition to join the Operations & Technology organization under Pascal Boillat. Compensation, Shandell Harris, Ms. Lapera and Ms. Keller met in January 2012. Based on the revised Process Improvement job descriptions, the importance of process improvement under the Operating Plan objectives and examples of the complexity of work being done, the Director Process Improvement Strategy role was created as a Level N.

Nicole

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

---

**From:** Arrington, Leslie
**Sent:** Wednesday, October 23, 2013 1:53 PM
**To:** Harris, Nicole
**Subject:** CONFIDENTIAL AND RESTRICTED: Investigations Inquiry

Hi Nicole,

As discussed, as part of an investigation, I need whatever documentation compensation has on:

1. The decision to classify the Director of Lean Six Sigma (under Claude Wade), held by Ana Lapera, as an "M" level in June 2009;
2. The decision to change Ms. Lapera's title to Director of Process Improvement Strategy in February 2012, which was classified as an "N" position.

Thanks - appreciate the help.

Leslie

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

CONFIDENTIAL

 **FannieMae**                        **JOB SUMMARY**

## Section I : Overview of Job

### Job Information

| System Title | Dir Lean Six Sigma | | System Code | SIX120 |
|---|---|---|---|---|
| Job Family | Six Sigma | | FLSA Status | Exempt |

### Position Purpose

Plan and direct the work of a unit whose staff examine varied production, operations, or business processes in order to assess efficiency and diagnose bottlenecks, obstacles, or other inefficiencies. Develop and conduct group process within office or business unit in order to surface and document operating procedures. Follow six sigma methodology including DMAIC (Define, Measure, Analyze, Improve, Control) and DFSS (Design for Six Sigma) to assess and characterize operating procedures and suggest alternatives. Provide oversight, coaching and motoring to staff that are executing corporate initiatives.

## Section II : Key Job Functions and Duties

### Key Job Functions

Confer with business unit or production unit to assess need for project to document current operating procedures and plan significant operational change exercise.

Confer with business leaders or champions of changes in the unit's operating procedures regarding assessment of the unit's productivity and relative efficiency.

Train and lead staff in use of six sigma methodology (Design, Measure, Analyze, Improve, Control) to assess current operating procedures and envision future state. Conduct green belt and black belt training.

Confer with Lean Six Sigma colleagues to train in advanced concepts and methods, or to evaluate course of intervention they are engaged in. Guide champions of process in client business unit regarding their role and contributions to the process.

Plan or participate in projects to change or add to systems used by the unit's staff. Serve as subject matter expert for project managers.

Execute corporate strategy and participate in developing and deploying staff employees.

Represent the unit as an expert or resource to cross-functional project or coordinating teams.

Plan and administer the unit's budget. Approve expenditures or budget transfers.

## Section III : Qualifications

| **Education** | **Required** | **Preferred** |
|---|---|---|
| Level | Bachelor Degree or Equivalent | Master or Other Advanced Degree |
| Area of Study | | |
| Certifications | Master Black Belt Certification | |

### Minimum Experience:

8-10 years of related experience

### Specialized Knowledge & Skills

CONFIDENTIAL

FNMA000249

 **FannieMae**                                      **Job Description**

# Director of Operational Excellence and Lean Six Sigma
## Washington DC

### THE COMPANY

Fannie Mae is a shareholder-owned company with a public mission: to tear down barriers, lower costs, and increase the opportunities for homeownership and affordable rental housing for all Americans. Over our 70-plus year history, Fannie Mae has worked with housing partners to provide low-cost financing for more than 60 million American families to own or rent a home.

For more information about Fannie Mae and our career opportunities, please visit www.fanniemae.com.

### JOB SUMMARY

Note: Section 1 & 2 have a combined character limit of 3000

**Section 1: Overview of Job**
Briefly (in two or three sentences) state the core purpose of this job below; include some detail about the specific task requirements/job duties of this job and where/how it fits into the larger department or organization.

The Director of Operational Excellence and Lean Six Sigma is responsible for driving process improvement using the Lean Six Sigma methodology across the entire corporation. This position has significant opportunity to influence senior leaders to help drive the transformation and future success of the company. It reports to the SVP of Securitization within the Operating Plan. In addition to technical expertise with process improvement methodologies, the individual in this position must be well versed in the intricacies of the business, has a keen sense of the issues faced by the corporation and has the ability to translate this business knowledge into successful process improvement initiatives to be tackled by Lean Six Sigma experts in partnership with process owners.

**Section 2: Key Job Functions & Duties**
List the main 5 to 7 job functions of this position in order of importance, starting with most important through least important. For each function, first provide an overall description of the function, then 2 to 4 statements about the key job duties/tasks that will be performed and the expected result.

- Lead the team of Master Black Belts (Levels L and M), Black Belts and Lean Six Sigma analysts in the implementation of Lean Six Sigma for Fannie Mae, establishing a sustainable model for continuous process improvement
- Deliver significant operational improvement and financial benefit across assigned divisions/functions by prioritizing the team's efforts to tackle multiple process improvement projects to generate quantifiable results in defect reduction, cost avoidance, loss reduction or revenue enhancement
- Align the Lean Six Sigma program to business strategy, prioritizing projects and assigning resources accordingly

CONFIDENTIAL                                                        FNMA000250

 **FannieMae**

**Job Description**

- Supply a process improvement strategy designed to meet the needs of stakeholders, including members of the Executive Committee, Process Owners, and subject matters experts.
- Build the Lean Six Sigma team, recruiting and developing staff, ensuring that team members are appropriately trained, and continue to develop their skills.
- Act as change agent to instill Lean Six Sigma culture throughout the organization
- Lead the identification, prioritization and selection of process improvement opportunities
- Develop a formalized approach to organizing and pursuing projects
- Advise and support Senior Management regarding culture change needed to successfully accomplish and maintain improvements

Note: Section 3 has a character limit of 3000

## Section 3: Qualifications
List 5 to 7 specific, job related requirements and/or preferences, such as years/type of experience, degrees, certifications, knowledge, skills, and abilities (including technical, professional and management skills).

### KEY QUALIFICATIONS
- Leadership experience in developing and managing teams for effective cross-functional operations
- Demonstrated success in leading teams to deliver significant results
- Strong leadership abilities and experience including situations involving organizational culture change
- Significant experience in application of Lean Six Sigma in the mortgage of Financial services industry, including setting up and delivery of training related to process improvement
- Excellent written and verbal communication skills with emphasis on oral presentation
- Delegation and project management expertise
- Excellent facilitation and influencing skills with a demonstrated track record of transformation success
- Significant experience in use of metrics and benchmarks to drive process improvement
- Strong analytical skills including the ability to assess complex situations and data, and reduce important and actionable tactics
- Experience in complex organizations and matrix reporting relationship

### LEADERSHIP SKILLS

- Experience in managing, coaching and developing a large matrix staff
- Excellent leadership and managerial skills, with long-term potential to contribute broadly at the executive level. Empowers others, builds confidence and demonstrates a positive and energizing style
- Excellent abilities to influence management and business peers
- Sufficient judgment to know the relevant questions raised by individual situations; to understand the key issues and questions requiring resolution; and to assemble the right professionals to provide responsive, prudent, business-oriented solutions
- A high-impact professional, capable of quickly establishing credibility both internally and externally. Consistently demonstrates and follows high standards of integrity in business decision-making and expects the same standards of performance from his / her subordinates
- Consistently seeks transparency of personal actions and foster an organization that will not

March 2011                    Director of Operational Excellence                    Page 2 of 3

CONFIDENTIAL                                                                FNMA000251

 **FannieMae**

**Job Description**

tolerate any appearance of impropriety

**KNOWLEDGE/SKILLS REQUIREMENTS**
- Master's Degree
- Technical competency in Lean Six Sigma skills: Lean, DMAIC, DFSS, Kaizen/Work-out, process management, change management and advanced statistical techniques
- Formal Lean or Lean Six Sigma training and minimal of Black Belt certification
- 10 to 15 years of work experience, including a minimum of 5 years in Lean and/or Six Sigma performance improvement and change management experience
- Extensive training, coaching and mentoring experience

**COMPENSATION**

Fannie Mae's compensation and benefits package is very competitive. It is designed to help employees meet varying needs throughout their careers and to reward employee's skills, experience, and potential.

Fannie Mae is an equal employment opportunity employer and considers qualified applicants for employment without regard to race, gender, age, color, religion, national origin, marital status, disability, sexual orientation, or any other protected factor.

As a condition of employment with Fannie Mae, any successful job applicant will be required to pass a pre-employment drug screen and to successfully complete a background investigation, which may also include a credit check if the position is sensitive in nature.

CONFIDENTIAL

FNMA000252

### Process Improvement Program Director: (Ana's position)

**Position Purpose**
This position leads a team of certified experts that increases Fannie Mae's profitability through process improvement. Therefore, in addition to managing and being an expert in process improvement, this position requires keen understanding of Fannie Mae business and the interaction necessary between major functional units to achieve business results, and expert stakeholder management at all levels within the organization. The results are measured in dollars impacting the customer's P&L and budget.

**Key Job Functions**
Prioritize engagements for the Process Improvement Program to maximize resource investment, in line with the corporate goal of increased operational efficiency and achievement of key financial targets.
Leverage wide-ranging experience and broad end-to-end understanding of business operations, processes and functions to engage stakeholders across functional silos and avoid process sub-optimization.
Deliver incremental results, demonstrating value by tracking impact to Fannie Mae's bottom line and process improvement culture.
Set communication strategy, standards, development plans and training for the Process Improvement team and customers' staff to enable them to become self-sufficient in process improvement.
Assist program leads with flexible resource allocation, and lifting implementation barriers.
Build strong partnerships with support organizations, such as HR, Finance, and Communications, to ensure alignment of solutions and consistent message.
Mentor staff and process improvement practitioners in the tools required by methodology to obtain results and maintain controls after implementation.
Augment team expertise, actively participating in process improvement projects when necessary.
Report project status to management, and alert the Integration team of functional dependencies as they relate to strategic initiatives.
Plan, document, and manage the performance of subordinate managers and/or staff. Provide for professional or technical growth through assignment, mentoring, or training.
May plan and manage the unit's budget. Approve expenditures or budget transfers.

**Minimum Experience**
10+ years of related experience

**Specialized Knowledge & Skills**
Expert influencer and change manager
Solid understanding of financial metrics and impact to financial statements
Experience in statistical analysis applications, such as Minitab
Solid experience on process improvement methodologies, such as Lean Six Sigma
Excellent communication and facilitation skills
Proficiency with MS Office, including with experience with Excel, Visio and PowerPoint
Prior consulting work experience preferred

**Qualifications:**
**Education Level:** Masters Degree
**Area of Study:** Business Administration, Computer Science, Finance / Accounting, Information Systems, or Liberal
**Certifications required:** minimum Lean Six Sigma Black Belt; Master Black Belt preferred; PMP or equivalent experience desired
**FLSA Status** Exempt

CONFIDENTIAL

### Process Improvement Program Lead: (Ana's direct reports)

## Position Purpose
This position plans and directs work for staff tasked with process improvement analysis and implementation in critical areas of the company, including Operating Plan strategic initiatives and "business as usual" functions that must be optimized.  PIP leads must be able to operate cross-functionally at all levels of the organization since their focus is to leverage structured methodologies and statistics as they conduct end-to-end analysis resulting in sustainable solutions and cultural change.  The results are measured in dollars impacting the customer's P&L and budget.

## Key Job Functions and Duties
Leverage structured methodologies and statistics to perform end to end analysis of processes, develop and implement sustainable solutions, in line with the corporate goal of increased operational efficiency and achievement of key financial targets.

Contribute to set standards, development plans and training for the Process Improvement team and customers' staff to enable them to become self-sufficient in process improvement.

Utilize wide-ranging experience and broad, end-to-end understanding of business operations, processes and functions to maximize corporate efficiency.

Build productive relationships with assigned project sponsors, keeping them apprised of progress, sensitive issues and barriers, and supporting them in implementing the cultural change required for continuous process improvement.

Facilitate development and implementation of sustainable process improvement solutions involving teams of functional experts reporting to project sponsors and supporting units.

Work with partners, such as HR, Finance, and Communications, to ensure alignment of solutions and consistent message.

Assist in mentoring staff and process improvement practitioners in the tools required by methodology to obtain results and maintain controls after implementation.

Report project status to management, and alert the Integration team of functional dependencies as they relate to strategic initiatives.

Plan, document, and manage the performance of subordinate managers and/or staff. Provide for professional or technical growth through assignment, mentoring, or training.

## Minimum Experience
8+ years of related experience

## Specialized Knowledge & Skills
Expert influencer and change manager
Problem solving and analytical abilities, including hands-on experience in statistical analysis applications, such as Minitab
Demonstrated hands-on experience on process improvement methodologies, such as Lean Six Sigma
Excellent communication and facilitation skills
Solid understanding of financial metrics and impact of projects to financial statements
Proficiency with MS Office, including with experience with Excel, Visio and PowerPoint
Prior consulting work experience is a plus

**Qualifications:**
**Education Level** Bachelor Degree or Equivalent
**Area of Study:** Business Administration, Engineering, Finance, Information Systems, Psychology or Liberal Arts requiring structured thinking
**Certifications Required:** minimum Lean Six Sigma Black Belt; Master Black Belt preferred; PMP desired
**FLSA Status** Exempt

CONFIDENTIAL

FNMA000254

## Process Improvement Best Practices Lead: (Dan's position)

### Position Purpose
This position has three major purposes: (1) to equip and enable Fannie Mae staff with the knowledge and skills necessary to drastically improve our operational processes without relying upon external resources; (2) to coach mentees to drive towards results while learning the methodology; and (3) to identify and disseminate best practices in process improvement. Therefore, it requires advanced process improvement experience, coupled with capability and passion for teaching the discipline to Fannie Mae staff, ensuring that it moves from theory to practice.  The results are measured in dollars impacting the customer's P&L and budget through projects executed by mentees participating in the training program.

### Key Job Functions
Manage the corporate process improvement training program, leveraging structured methodologies and statistics to enable mentees to perform end to end analysis of processes, and develop and implement sustainable solutions, which will enable their business units to increase their operational efficiency and achieve key financial targets.
Assess the appropriate level of training needed and coordinate the logistics for the training.
Develop and maintain course curricula.
Deliver awareness and basic training, such as White Belt, and individual tool applications.
Deliver advance training, such as Green or Black Belt: enforcing the admission criteria for the training, including selecting participants, getting commitment from their managers, ensuring that each of the participants have process improvement appropriate for the class level, customizing and delivering the material, arranging mentors for the participants, and tracking the actual results.
Mentor Green and Black Belts directly or coordinating with other team members in the tools required by methodology to obtain results and maintain controls after implementation.
Identify best practices in process improvement through project mentoring, and conversations with other team members; incorporating best practices in the training material, and making them available through the team's SharePoint site.
Assist in the identification additional process improvement opportunities for consideration by the program.
Assist team members with advanced statistical analysis when required.

### Minimum Experience
10+ years of related experience

### Specialized Knowledge & Skills
Problem solving and analytical abilities, including hands-on experience in statistical analysis applications, such as Minitab
Demonstrated hands-on experience on process improvement methodologies, such as Lean Six Sigma
Excellent training, mentoring, communication and facilitation skills
Familiar with financial metrics and impact of projects to financial statements
Proficiency with MS Office, including with experience with Excel, Visio and PowerPoint
Prior consulting work experience is a plus

### Qualifications:
**Education Level:** Bachelor Degree or Equivalent
**Area of Study:** Business Administration, Engineering, Finance, Information Systems, Psychology or Liberal Arts requiring structured thinking
**Certifications Required:** Lean Six Sigma Master Black Belt
**FLSA Status:** Exempt

CONFIDENTIAL

FNMA000255

 FannieMae

## JOB SUMMARY

### Section I : Overview of Job

**Job Information**

| System Title | DirProcessImprovementStrategy | System Code | SIX122 |
|---|---|---|---|
| Job Family | Six Sigma | FLSA Status | Exempt |

**Position Purpose**

Lead a team of certified experts that increases Fannie Mae?s profitability through process improvement. Therefore, in addition to managing and being an expert in process improvement, this position requires keen understanding of Fannie Mae business and the interaction necessary between major functional units to achieve business results, and expert stakeholder management at all levels within the organization. The results are measured in dollars impacting the customer?s P&L and budget.

### Section II : Key Job Functions and Duties

**Key Job Functions**

Lead and direct process analysis, design, and improvement activities related to changes in process, business needs, regulatory mandates, and strategic initiatives.

Prioritize engagements for the Process Improvement Program to maximize resource investment, in line with the goal of increased operational efficiency and achievement of key financial targets. Leverage wide-ranging experience and broad end-to-end understanding of business operations, processes and functions to engage stakeholders across functional silos and avoid process sub-optimization.

Deliver incremental results, demonstrating value by tracking impact to Fannie Mae?s bottom line and process improvement culture. Set communication strategy, standards, development plans and training for the Process Improvement team and customers? staff to enable them to become self-sufficient in process improvement

Assist program leads with flexible resource allocation, and lifting implementation barriers. Build strong partnerships with support organizations, such as HR, Finance, and Communications, to ensure alignment of solutions and consistent message.

Mentor staff and process improvement practitioners in the tools required by methodology to obtain results and maintain controls after implementation. Ensure the expansion of process improvement is a focus and a discipline across the teams. Augment team expertise, actively participating in process improvement projects when necessary.

Report project status to management, and alert the Integration team of functional dependencies as they relate to strategic initiatives.
Plan, document, and manage the performance of subordinate managers and/or staff. Provide for professional or technical growth through assignment, mentoring, or training. May plan and manage the unit's budget. Approve expenditures or budget transfers.

### Section III : Qualifications

| Education | Required | Preferred |
|---|---|---|
| Level | Bachelor's Degree | Masters Degree |
| Area of Study | | |
| Certifications | | |

**Minimum Experience:**

10+ years of related experience

**Specialized Knowledge & Skills**

FNMA000256