

# Employee Change Notice for Associates (Level A-O)

*HR Business Partner and/or Compensation Consultant complete form;*
*Send to HRSC for internal transfers and changes to current employees.*

### Current Information

| | |
|---|---|
| **Employee Name** (Use legal name)' | LaPera, Ana Cristina ✓ |
| **Employee ID** | 05865 ✓ |
| **Title** (Must match PeopleSoft) | Dir Lean Six Sigma ✓ |
| **Term Employee** (Yes/No) | No |
| **Division** | Operating Plan |
| **Cost Center** | 755 ✓ |
| **Salary** | 183888.002769 ✓ |

### Recommended Changes

| | |
|---|---|
| **Effective Date** | 2/26/12 ✓ |
| **New Job Code and Title** | Dir Process Improvement Strategy/SIX122 ✓ |
| **Term Employee** (Yes/No) | |
| **Exempt/ Non-Exempt** | |
| **New Salary** | |
| **New Cost Center** | |
| **Supervisor** | |
| **Supervisor ID** | |

### Approvals

| **Comp Consultant Approval** | Sonya Matza | Date: 2/24/12 |
|---|---|---|

### Reason for Pay Action

| | |
|---|---|
| ☐ Adjustment for equity with internal market (AJI) <br> ☐ Adjustment for equity with external market (AJE) <br> ☐ In-Place Promotion (PMI) <br> ☒ Change Job Code (CJC) <br> ☐ OTHER | **HR Business Partner:** <br><br> **Shandell Harris** |

**DEFENDANT'S EXHIBIT**

**25**

CNP 2/24/12
Mahi 2/24/12

**Confidential - Restricted**

CONFIDENTIAL

FNMA000282