A. LaPera
October 16, 2014

### Before 2009 Comp Structure / Yr End 2009

| Name | Division | Level | Title | Annualized Salary | Division | Level | Title | Annualized Salary |
|---|---|---|---|---|---|---|---|---|
| Jim Tomasello | Credit | 5 | Sr Project Manager | 109,658.34 | MHA Program | K | Proj Mgr II | 117,862.34 |
| Keith Smith | Finance | 5 | Sr Project Manager | 116,693.85 | Finance | L | Business Analysis Mgr | 125,445.85 |
| Amilda Gjecovici | n/a | n/a | n/a | n/a | Finance | K | Financial Analysis Mgr | 130,000.00 |
| Lea Nicotra | Finance | 4 | Project Manager | 91,520.00 | Finance | L | Non-Technical Proj Mgmt Mgr | 106,000.00 |
| Ted Carter | Enterprise Risk Office | 6/16 | Dir, Oper. Risk Framewk & Rept | 167,857.34 | Enterprise Risk Management | N | Dir Operational Risk | 162,964.34 |
| Michael MacFarland | Technology | 6/16 | Dir, Sys Design/Devel | 156,947.27 | Enterprise Initiatives & Ctrls | N | Dir Tech Archtct | 160,000.27 |
| Ana LaPera | Corporate Program Office | 6/15 | Dir, Human Capital Performance | 166,076.04 | Enterprise Initiatives & Ctrls | M | Dir Lean Six Sigma | 178,532.04 |

### Mid-Yr 2010 / Yr End 2010

| Name | Division | Level | Title | Annualized Salary | Division | Level | Title | Annualized Salary |
|---|---|---|---|---|---|---|---|---|
| Jim Tomasello | MHA Program | L | Mgr Project Management | 131,000.00 | MHA Program | L | Mgr Project Management | 131,000.00 |
| Keith Smith | Finance | L | Business Analysis Mgr | 132,345.37 | Finance | L | Business Analysis Mgr | 132,345.37 |
| Amilda Gjecovici | Finance | K | Financial Analysis Mgr | 130,000.00 | Financial Planning & Analysis | K | Financial Analysis Mgr | 130,000.00 |
| Lea Nicotra | Finance | L | Non-Technical Proj Mgmt Mgr | 110,240.00 | Finance | L | Non-Technical Proj Mgmt Mgr | 110,240.00 |
| Ted Carter | Enterprise Risk Management | N | Dir Operational Risk | 188,453.27 | Enterprise Risk Management | P | VP for Operational Risk Strategy | 205,000.00 |
| Michael MacFarland | Enterprise Initiatives & Ctrls | N | Dir Tech Archtct | 189,000.28 | Enterprise Initiatives & Ctrls | T2 | Principal | 200,000.00 |
| Ana LaPera | Enterprise Risk Management | M | Dir Lean Six Sigma | 183,888.00 | Operating Plan | M | Dir Lean Six Sigma | 183,888.00 |

### Mid-Yr 2011 / Yr End 2011

| Name | Division | Level | Title | Annualized Salary | Division | Level | Title | Annualized Salary |
|---|---|---|---|---|---|---|---|---|
| Jim Tomasello | MHA Program | L | Mgr Project Management | 131,000.00 | Operating Plan | N | Dir Op Plan Program Mgmt | 150,000.00 |
| Keith Smith | Finance | L | Business Analysis Mgr | 132,345.37 | Operating Plan | N | Dir Op Plan Program Analysis | 150,000.00 |
| Amilda Gjecovici | Financial Planning & Analysis | N | Dir Financial Analysis | 145,000.00 | Financial Planning & Analysis | N | Dir Financial Analysis | 145,000.00 |
| Lea Nicotra | Operating Plan | L | Non-Technical Proj Mgmt Mgr | 120,000.00 | Operating Plan | N | Dir Op Plan Program Mgmt | 145,000.00 |
| Ted Carter | Enterprise Risk Management | P | VP for Operational Risk Strategy | 205,000.00 | n/a | n/a | n/a | n/a |
| Michael MacFarland | Technology | T3 | Principal | 210,000.00 | Technology | T3 | Principal | 210,000.00 |
| Ana LaPera | Operating Plan | M | Dir Lean Six Sigma | 183,888.00 | Operating Plan | M | Dir Lean Six Sigma | 183,888.00 |

### Mid-Yr 2012 / Yr End 2012

| Name | Division | Level | Title | Annualized Salary | Division | Level | Title | Annualized Salary |
|---|---|---|---|---|---|---|---|---|
| Jim Tomasello | Corporate Initiatives Prog Off | N | Dir Op Plan Program Mgmt | 150,000.00 | EPMO | N | Dir Op Plan Program Mgmt | 150,000.00 |
| Keith Smith | Corporate Initiatives Prog Off | N | Dir Op Plan Program Analysis | 150,000.00 | EPMO | N | Dir Op Plan Program Analysis | 150,000.00 |
| Amilda Gjecovici | Financial Planning & Analysis | N | Dir Financial Analysis | 145,000.00 | EPMO | N | Dir Financial Analysis | 145,000.00 |
| Lea Nicotra | Capital Markets | N | Dir Proj Management | 145,000.00 | Capital Markets | N | Dir Proj Management | 145,000.00 |
| Ted Carter | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Michael MacFarland | Securitization Cost | T3 | Principal | 210,000.00 | Capital Markets | T3 | Principal | 210,000.00 |
| Ana LaPera | Corporate Initiatives Prog Off | N | Dir Process Improvement Strategy | 183,888.00 | EPMO | N | Dir Process Improvement Strategy | 183,888.00 |

### Mid-Yr 2013 / Yr End 2013

| Name | Division | Level | Title | Annualized Salary | Division | Level | Title | Annualized Salary |
|---|---|---|---|---|---|---|---|---|
| Jim Tomasello | Finance/EPMO | N | Dir Op Plan Program Mgmt | 154,500.00 | SF/CE Strategic Initiatives | N | Dir Prod Devel/Mgmt | 154,500.00 |
| Keith Smith | Finance/EPMO | N | Dir Op Plan Program Analysis | 154,999.50 | Finance/EPMO | N | Dir Op Plan Program Analysis | 154,999.50 |
| Amilda Gjecovici | Finance/EPMO | N | Dir Financial Analysis | 165,000.00 | Finance/EPMO | N | Dir Enterprise Program Mgmt | 165,000.00 |
| Lea Nicotra | SF/Structured Transaction | N | Dir Proj Management | 149,350.00 | SF/Structured Transaction | N | Dir Proj Management | 149,350.00 |
| Ted Carter | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Michael MacFarland | Finance/Securitization | T3 | Principal | 215,250.00 | Finance/Securitization | T3 | Principal | 215,250.00 |
| Ana LaPera | Finance/EPMO | N | Dir Process Improvement Strategy | 189,404.64 | Finance/EPMO | N | Dir Process Improvement Strategy | 189,404.64 |

CONFIDENTIAL

**DEFENDANT'S EXHIBIT 143**