2012 Directors and Officers Year-End Review for Ana Cristina LaPera

# 2012 Directors and Officers Year-End Review for Ana Cristina LaPera

 Talent Central

## Employee Information

| | |
|---|---|
| First Name: | Ana |
| Last Name: | LaPera |
| Manager: | Kathleen Keller |
| Department: | 755 |
| Division: | EPMO |
| Title: | DirProcessImprovementStrategy |
| Hire Date: | 01/24/1994 |
| Originator: | My PerformancManager (AHUS2B1X) |
| Review Period: | 01/01/2012 - 12/31/2012 |
| Due Date: | 02/01/2013 |

**DEFENDANT'S EXHIBIT 221**

## Fannie Mae's Corporate Priorities for 2012

- Set industry standards
- Promote private capital participation
- Minimize taxpayer losses
- Enhance safety and soundness

## 2012 Results - What You Accomplished

**Employee:**

- Update the status for each goal (e.g. Completed, On Course, Not On Course, Not Applicable).
- Type your self-assessment of your progress against your goals in the assessment box using notes from your regular one-on-one discussions, mid-year discussions and other feedback you have received to assist you.
- Provide progress against your development and career goals.
- You may want to print a copy of your self-assessment for your records and discussion.

**Managers:**

- Review the employee's self-assessment for each goal and document your feedback in the comment boxes.
- Solicit feedback regarding the employee's performance from relevant stakeholders (recent former managers, peers/internal customers, and direct reports) via the Feedback Form.
- Use notes from the regular one-one-one discussions, the mid-year discussion and general observations and feedback gathered throughout the year to shape your assessment.
- You cannot send the form back to the employee in the Manager Assessment step. If necessary, you may gather additional information from your direct report via email or Word document. If so, you will need to cut and paste the additional data into the Year-End Form.
- After the ratings distribution is approved in the Finalize and Deliver step, you may send the form back to the employee for any necessary edits. If you do send it back to your employee, the rating and comments you have entered will not be visible to the employee.

### 1.1

**Category: 2012 Performance Goals**

**Goal :** Contribute to minimize taxpayer losses, and enhance safety and soundness through the process improvement program: delivering "Discovery Services"; leading and coaching process improvement projects that deliver "targeted business results"; and developing internal capabilities

**Success Measure :** - Positively affect Fannie Mae's bottom line by $25MM, including admin and credit expenses, and increase in revenue across the entire project portfolio
- Development of a framework that aligns process, architecture, technology and data, and use it to complete End to End initiatives as requested by Operating Plan Initiative Directors, such as Multifamily E2E
- Positive measurable soft savings, time and quality
- Structured and transparent reporting of goals versus results

**Status :** On Course    **Start :** 01/01/2012    **Due :** 12/31/2012

**Notes :**

**Assessment by Ana Cristina LaPera:**
This was a tremendous year for Ana and her teams. As of October 2012, the process improvement team had completed 27 projects, and has 18 active projects, which generated $13.3M in hard savings, representing almost a 700% ROI. Even more important than the contribution to Fannie Mae's bottom line, were Ana's contributions in setting up a sustainable framework for transformation. It started with the Multifamily End to End work that she led in Q1, followed by intense work with metrics, building to the enterprise capability framework. We are leveraging these foundational pieces in the Mortgage Operations' Future State Vision and in the Investment Roadmap.
Ana assumed leadership of the Business Architecture team in late August, which is already facilitating the alignment of processes, architecture, technology and data. She is changing the approach of Business Architecture to ensure that their deliverables are aligned across the enterprise, and are practical (not just theory or a fulfillment of a governance mandate).
**Assessment by Kathleen Keller:**
Ana had led her team to significant results this year. Some of the work that was done in Ana's team will be foundational for building out the business strategy further, specifically the Mortgage operations future state and the capability matrix. Ana has thru grassroots efforts driven the adoption of the capability framework in several areas of the company. This has been important in aiding adoption.

### 1.2

**Category: 2012 Performance Goals**

**Goal :** Actively contribute to transform Fannie Mae's culture towards passion for continuous process improvement, leading by example

**Success Measure :** Number of people that understand the mission of the Process Improvement Program and know how to engage on it
Requests and participation in training: White Belt, Green Belt, and specialized training, such as "Root Cause Analysis"
Breakthroughs at Senior Management level
Relevant knowledge repository (SharePoint) open to Fannie Mae staff

**Status :** On Course    **Start :** 01/01/2012    **Due :** 12/31/2012

**Notes :**

**Assessment by Ana Cristina LaPera:**
White Belt training continues to be the best selling course offered by the Process Improvement team. In total, we trained 227 people in 2012, exceeding the plan by over 10% (7 White Belt classes for 112 people; 1 Green Belt course for 17 people; 8 miscellaneous courses for 98 people). We developed a "Root Cause Analysis" course that enabled the Ops Risk team to close an MRA; and collaborated with Risk to develop and deliver a joint Green Belt class in Q4. In addition, we expect to end the year with 8 additional certified Green Belts across Fannie Mae, bringing the savings generated by our training program in 2012 to $1.5million, with total accumulated hard savings of $342 through the life of the program. The training also allowed the Process Improvement team to hone in their presentation skills, and stay sharp in their technical abilities, as they rotated in supporting Dan Cousino in the delivery of the training.

All the Process Improvement classes are now an integral part of Talent Central, and the schedule is already planned for 2013.

CONFIDENTIAL

FNMA000159

2012 Directors and Officers Year-End Review for Ana Cristina LaPera

**Assessment by Kathleen Keller:**
Ana and her team have provided a training program for lean six sigma certifications. The training course is in high demand with a significant waiting list. Through this program we are upgrading the process skills in the company.

**1.3**

**Category: 2012 Performance Goals**

| | | | | |
|---|---|---|---|---|
| Goal : Provides leadership and management to the Process Improvement team | Success Measure : a. Ensure all of your direct reports have performance and development goals that are aligned to the team's mission and up to date at the end of each quarter.<br>b. Consistently conduct one-on-one meetings with direct reports to offer timely and actionable feedback, and suggestions that help employees in their progress towards performance and development goals.<br>c. Empower and participate in team development activities that raise employee engagement as measured by the Gallup 12 questions | Status : On Course | Start : 01/01/2012 | Due : 12/31/2012 |

**Notes :**

**Assessment by Ana Cristina LaPera:**
Ana is diligent about conducting regular one-on-ones with her staff, and team meetings. She's leveraged the results of the Gallup 12 Question to involve her teams in identifying the areas where everyone needs to work together to create a productive work environment, while increasing personal satisfaction. The results are self evident in the way the Lean Six Sigma team manages itself, and the progress shown in the short time that the Business Architecture team has been under her leadership.
**Assessment by Kathleen Keller:**
Ana is an excellent manager and is focussed on employee develoment. Ana deals with performance issues head on and has made great strides in turning around the business architecture team.

**Behaviors - How You Accomplished Your Goals**

Below are the Leadership Criteria for Directors and Officers. Please provide comments regarding how your employee is accomplishing his/her goals. When writing your comments, be sure to consider all sources of information you have about the employee, including your own observations, feedback from others, and performance relative to their peers.

Refer to the Leadership Criteria for Directors and Officers for more detailed information about each criteria.

Leadership Criteria:

1. Leads Through Change
2. Collaborates Across Boundaries
3. Acts with Courage and Integrity
4. Builds and Applies Our Talent
5. Balances Competing Priorities
6. Delivers Results
7. Creates Competitive Advantage

Managers: Click on the 360 Form History icon on the toolbar to view the Feedback report.

**Comments:**
Ana is strong in many of the leadership critera. She is an excellent manager and has provided leadership in bringing the team thru two major leadership changes this year.
**Strengths:**
Ana's strongest leadership traits are collaborates across boundaries and build and applying tallent. Ana collaborates very well and is often recognized for her strong collaboration skills. She manages her team to ensure that results are delivered on time and are of high quality. She works hard to ensure that she builds the talent in her team. Ana has incredible integrity and courage in her interactions.
**Areas for Development:**
Ana has a lot on her plate and in the next year we will look to find ways to better balance priorities. In the next year, we will work on ensuring she has opportunities to make her points and tha ther voice is heard at a more senior level.

**Overall Rating**

Click here to view the rating scale and definitions.

**Overall Rating 1 - Significantly Exceed Expectations**

**Overall Comments**
**Comments by Kathleen Keller:**
Ana has had a big year this year. While continuing to lead the process improvement team, she has taken on the business architecture team for the enterprise. Her team has been critical in several key pieces of work for the enterprise including Mortgage Operations future state, Process Simplification and the Investment Plan. The business architecture team had several performance issues and Ana was able to take appropriate action quickly to ensure that the team was stabilized and able to move forward effectively on their work.

**2012 Development Goals**

If applicable, review progress on Development Goals. Progress against development goals does not impact the overall year-end performance assessment or rating.

**2.1**

**Category: 2012 Development Goals**

| | | | | |
|---|---|---|---|---|
| Goal : Demonstrate leadership and influencing across Fannie Mae, beyond my own team | Success Measure : - Courageous participating in forums across the enterprise, leading to recognition of Operational Excellence team and acceptance of Lean Six Sigma methodology | Status : On Course | Start : 01/01/2012 | Due : 12/31/2012 |

**Notes :**

**Comments by Ana Cristina LaPera:**
Ana's influence goes well beyond the EPMO team. She has personally influenced the behavior and direction of Mortgage Operations, O&T Leadership team, Multifamily, Customer Engagement, and Risk.
**Comments by Kathleen Keller:**
I concur with Ana's self assessment. Ana is working cross enterprise in many ways throughout all of her work. Her feedback was consistent on how well Ana collaborates.

**2.2**

**Category: 2012 Development Goals**

| | | | | |
|---|---|---|---|---|
| Goal : Continue enhancing professional knowledge by keeping current with advances in the field | Success Measure : Certification achievement based on the role. | Status : On Course | Start : 01/01/2012 | Due : 12/31/2012 |

**Notes :**

CONFIDENTIAL

FNMA000160

2012 Directors and Officers Year-End Review for Ana Cristina LaPera

**Comments by Ana Cristina LaPera:**
Ana is diligent about continuing her professional education, and strongly encourages her team to do the same. Ana reads a lot, participates in on-line forums, and takes the time to attend conferences whenever her schedule allows her. As a result, she'll be able to renew her ASQ Black Belt certification at the end of 2012.
**Comments by Kathleen Keller:**
Ana is clearly committed to her own professional development and the professional development of her team.

## Career Goals

If applicable, review progress on Career Goals.  Progress against career goals does not impact the overall year-end performance assessment or rating.

### 3.1

**Category: Career Goals**
Goal : Expand the impact of my contributions to Fannie Mae by becoming VP of Process Improvement | Success Measure : Promotion Increase span of influence | Status : On Course | Start : 01/01/2012 | Due : 12/31/2012

Notes :

**Comments by Ana Cristina LaPera:**
I believe that I have demonstrated the behaviors and delivered the results required to advance my position to the next level. My responsibilities and expand of influence have increased exponentially during 2012.
**Comments by Kathleen Keller:**
Ana's job has grown significantly this year. In the coming year, she should seek opportunities to continue the discussion of her next career step with our senior vice president.

### 3.2

**Category: Career Goals**
Goal : Continue increasing my leadership coaching expertise | Success Measure : Obtain ICF's PCC Certification in 2013 | Status : Not on Course | Start : 01/01/2012 | Due : 12/31/2012

Notes :

**Comments by Ana Cristina LaPera:**
Fannie Mae continue to benefit from Ana's coaching skills. However, she did not accumulate enough hours to apply for the Professional Coach Certification, and is unlikely that her workload will enable her to meet her PCC goal in 2013.
**Comments by Kathleen Keller:**
Trying to accomplish this on top of the workload that Ana had this year was a stretch objective. Her new role is quite expansive and I understand why this was not met.

## Signature

Employee: I have reviewed this document and discussed the contents with my manager. By signing, I indicate that I have been advised of my performance status. My signature does not, however, necessarily imply that I agree with the evaluation. My comments (if any) are stated below.

Manager: This document contains my evaluation of this employees' performance during the current review cycle. By signing, I indicate that I have discussed the contents of this document with my employee. My comments (if any) are stated below.

Employee: _____ 01/24/2013
        Ana Cristina LaPera
Manager: _____ 01/25/2013
        Kathleen Keller

**Section Comments:**
**Comments by Ana Cristina LaPera:**
2012 was a year of great professional growth for me. I'm very grateful for the great opportunities that Kathy gave me, and for candid feedback, trust and guidance. We navigated through some rough waters, and I couldn't have done it without her leadership and support. She is a great mentor and a true leader.

CONFIDENTIAL

FNMA000161