#15

LAPERA DEP. EX.
NUMBER 18



# Image Impact: Your Professional Presence

**Fannie Mae**

October 2012

P0082

DEFENDANT'S EXHIBIT
34

Case 1:15-cv-00447-BAH    Document 11-21    Filed 10/09/15    Page 2 of 24

# Introductions

## Kali Evans-Raoul

- Chemical Engineer
- Product Developer
- Founder of The Image Studios





P0084

Case 1:15-cv-00447-BAH   Document 11-21   Filed 10/09/15   Page 4 of 24

P0085

# PIE & Career Growth

Performance/Skill
Image/Presence
Exposure/Visibility

**Ambassador/
Thought Leader**

**Enrolling the Contributions
Of Others**

**Individual
Contributor**

P0086

## Your First Impressions



Within **10 seconds** - people make judgments about YOUR...

o   Professionalism

o   Social class

o   Intelligence

o   Morals



## Your First Impressions

Within **10 seconds** - people make judgments about YOUR...

o Professionalism

o Social class

o Intelligence

o Morals



THE WAY YOU LOOK *SHOULD NOT*
MATTER...
BUT IT DOES!

P0087

P0088



# First Impressions Exercise

Please get your handouts and a writing utensil.



Case 1:15-cv-00447-BAH    Document 11-21    Filed 10/09/15    Page 8 of 24

P0089

# Your First Impressions



Make the first
10 seconds
count for YOU!



*Define Your Brand !*

10

# Know Your Message

| | | |
|---|---|---|
| Positive | Polished | Trustworthy |
| Creative | Natural | Smart |
| Successful | Credible | Healthy |
| Conservative | Detail-oriented | Competent |
| Sophisticated | Inspiring | Connected |
| Uniting | Powerful | Sought-after |

List the 3 attributes that best capture your ESSENCE:

1.

2.

3.

For the sake of time, select only from the attribute list above.
After the course, you are welcome to contact The Image Studios to receive a 1-on-1 Personal Branding Session.

P0090

P0091

# Components of Impressions



## Spatial

Office
Car
Home

## Visual

Wardrobe
Personal Grooming



## Vocal

Voice
Speech

## Behavioral

Body Language
Eye Contact
Etiquette



P0092

Case 1:15-cv-00447-BAH    Document 11-21    Filed 10/09/15    Page 12 of 24

P0093

# Visual Communication



## Wardrobe Top Tips



o Tailor 70% - 80% of your wardrobe

Men are twice as likely to make positive first impressions in a business setting.

15

P0094

# Visual Communication



## Grooming Top Tips



o Maintain hair color or don't color

o Wear Makeup – Neatly and Conservatively

o Look at the BACK !



17

Case 1:15-cv-00447-BAH   Document 11-21   Filed 10/09/15   Page 14 of 24

P0095



Case 1:15-cv-00447-BAH    Document 11-21    Filed 10/09/15    Page 15 of 24

P0096

# When Your Voice Matters Most





## When Do You Make a Vocal First Impression?

o Outbound voicemail greeting

o Conference calls

o Phone interviews

o Inbound voicemail messages

# Vocal First Impressions Hot Tips



## Top Tips for Speech

- o Online grammar resources

- o Find your voice of power

  - o Self teaching
  - o Professional voice/speech enhancement

- o Be comfortable with periodic silence

P0097

20

Case 1:15-cv-00447-BAH    Document 11-21    Filed 10/09/15    Page 17 of 24

P0098



# Handshaking



Get feedback on your handshake!

o Handshake pressure should be gender neutral

o 1 hand - 2 or 3 "pumps"

o Arm at elbow height

o Don't pull people toward you...or push them away



P0099

73



P0100

Case 1:15-cv-00447-BAH   Document 11-21   Filed 10/09/15   Page 20 of 24

# Behavioral First Impression Hot Tips

## Top Tips



- Introduce yourself properly

- **Know** and use proper dining etiquette

P0101

P0102

# First Impressions Exercise



Please get your handouts and a writing utensil.



# Personal Image Impact Action Plan

Which Fannie Mae core brand attribute would you like to express more effectively?
*(Select one)*

☐          ☐          ☐

☐          ☐

Identify 1 thing that you can do to better express that attribute in your PRIMARY communication modality (Visual, Vocal, Behavioral, or Spatial)?

Identify 1 thing that you can do to better express that attribute in your SECONDARY or TERTIARY communication modality (Visual, Vocal, Behavioral, or Spatial)?

What additional personal brand attribute(s) would you like to express?

P0103

Case 1:15-cv-00447-BAH    Document 11-21    Filed 10/09/15    Page 23 of 24



P0104



CONFIDENTIAL

FNMB-001607