## Arrington, Leslie

**From:**  Gjecovi, Amilda
**Sent:**  Friday, October 26, 2012 3:08 PM
**To:**  Gehring, Anne
**Subject:** FW: Branding Session...

I'm excited to use Rosanne's energy and ideas to keep the momentum going and achieve small wins immediately. We will get the ball rolling.... ☺

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Nelson, Rosanne
**Sent:** Friday, October 26, 2012 3:06 PM
**To:** Gjecovi, Amilda
**Subject:** RE: Branding Session...

Sounds good. Happy to help...!

Rosanne Nelson
Organizational Change Manager
Fannie Mae
202-752-6891
Rosanne_Nelson@fanniemae.com

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

**From:** Gjecovi, Amilda
**Sent:** Friday, October 26, 2012 3:06 PM
**To:** Nelson, Rosanne
**Subject:** RE: Branding Session...

Very nice feedback. I might take you up on the offer of organizing and leading these brown bags. Let's connect next week please. Have a great weekend!

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Nelson, Rosanne
**Sent:** Friday, October 26, 2012 2:18 PM
**To:** Gjecovi, Amilda
**Subject:** Branding Session...

> **DEFENDANT'S EXHIBIT**
>
> **37**

Amilda –
Thank you again for arranging today's session, it was fabulous! I really think this gives the group superb momentum to both focus on our own individual image, while also addressing our overall EPMO brand. This session created energy for the group...I recommend using this as a launching pad for additional post-work. Consider:

- Rolling this into a brown bag for the team. Use the 'executive presence action plan', as material. This will get folks to be accountable for the post-course work but will also ensure it stays top-of-

1/6/2014

CONFIDENTIAL

FNMA000732

mind from a larger perspective.
- Aligning this to development planning, of some variety (goes back to your competencies from Anne's recent town hall).
- Connecting the EPMO re-branding work to this exercise with 'real' assignments for people via a collective brainstorming session. IE: "how do we build 'trustworthiness as an organization'?" → "each person commits to meeting one new business partner per week". (goes back to Anne's original networking idea, but links specifically to the leadership driven branding efforts). Think of how we can connect our own personal brand (development) focus to the larger organizational re-branding focus.

These sessions are great for many reasons. They encourage us to collaborate with those that we don't work with each day and, ultimately, become a more united EPMO. I also think connecting our own development to the EPMO's rebranding development needs, where possible, will ensure greater buy-in and follow-through from an internal perspective.

Hope this is helpful...let me know if you want to chat further about these ideas!

PS: Just met with Michael Chen Young and tied in suggestions from this morning's session real-time!

Take care,
Rosanne


Rosanne Nelson
Organizational Change Manager
Fannie Mae
202-752-6891
Rosanne_Nelson@fanniemae.com


This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.


1/6/2014

CONFIDENTIAL

FNMA000733