| From: | Lapera, Ana C <ana_c_lapera@fanniemae.com> |
|---|---|
| Sent: | Friday, July 31, 2009 3:41 PM |
| To: | Calahan, Lynn M <lynn_m_calahan@fanniemae.com>; Harris, Nicole <nicole_harris@fanniemae.com>; Henderson, Hallie <hallie_henderson@fanniemae.com>; Sindall, Marilyn D <marilyn_d_sindall@fanniemae.com>; Skinner, Raquel <raquel_skinner@fanniemae.com>; Stoyas, Peter <peter_stoyas@fanniemae.com>; Sullivan, Jonathan P <jonathan_p_sullivan@fanniemae.com>; Wimbley, Michele A <michele_a_wimbley@fanniemae.com> |
| Subject: | Upcoming mentoring circle events |
| Attach: | Managing Authenticity - The Paradox of Great Leadership.pdf; Personal Brand.pdf; leadershipmodel selfdiagnostic-FM.doc |

Our next topic of conversation is "Personal leadership brand". The materials for this topic are enclosed. Please read the articles, and if you have time, then assess yourself against the "Leadership self diagnostic".

I have not received enough responses yet regarding the meeting date, and will update you as soon as I know whether we have quorum.

In addition, Kathy Conron is planning a cross-circle event in the Fall. If we did a leadership panel, who would you like to hear from, and on what subject? Some possibilities are:

- Officer Panel discussion: exs: Your personal leadership style, HASP update, MBS Consolidation project. Ops and Tech focus
- External presenter: Dealing with change, influencing others, presentation skills
- Economic outlook: Doug Duncan, other economists
- Other?

Please send me your feedback to Kathy's question by 8/7 to ensure that your opinion is considered.

Thank you so much and have a great weekend!

Ana

Ana Cristina Lapera (ana_c_lapera@fanniemae.com
Director - Operational Excellence and Lean Six Sigma Program
Fannie Mae
Phone (202) 752-8088; Cell: (202) 528-9712

*Never doubt that a small group of thoughtful, committed people can change the world. Indeed, it is the only thing that ever has. - Margaret Mead*

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

**DEFENDANT'S EXHIBIT**

**1**

CONFIDENTIAL

FNMB-001745



S6

FNMB-001746



To attract followers, a leader has
to be many things to many people.
The trick is to pull that off while
remaining true to yourself.

# MANAGING
# AUTHENTICITY



## THE PARADOX OF
## GREAT LEADERSHIP

by Rob Goffee and Gareth Jones



**Leadership demands the expression of an authentic self.**
Try to lead like someone else—say, Jack Welch, Richard Branson, or Michael Dell—and you will fail. Employees will not follow a CEO who invests little of himself in his leadership behaviors. People want to be led by someone "real." This is partly a reaction to the turbulent times we live in. It is also a response to the public's widespread disenchantment with politicians and businesspeople. We all suspect that we're being duped.

Our growing dissatisfaction with sleek, ersatz, airbrushed leadership is what makes authenticity such a desirable quality in today's corporations—a quality that, unfortunately, is in short supply. Leaders and followers both associate authenticity with sincerity, honesty, and integrity. It's the real thing—the attribute that uniquely defines great leaders.

FNMB-001747

Managing Authenticity: The Paradox of Great Leadership

But while the expression of an authentic self is necessary for great leadership, the concept of authenticity is often misunderstood, not least by leaders themselves. They often assume that authenticity is an innate quality – that a person is either authentic or not. In fact, authenticity is a quality that others must attribute to you. No leader can look into a mirror and say, "I am authentic." A person cannot be authentic on his or her own. Authenticity is largely defined by what other people see in you and, as such, can to a great extent be controlled by you. If authenticity were purely an innate quality, there would be little you could do to manage it and, therefore, little you could do to make yourself more effective as a leader.

Indeed, managers who exercise no control over the expression of their authentic selves get into trouble very quickly when they move into leadership roles. Consider Bill, a manager in a large utility company in Pittsburgh. Bill started out as a trainee electrician, but senior management at the company swiftly spotted his talent. The HR

Bill is still at the utility company, but he will not progress further there. Most of you have probably met more than one failed leader like Bill in your organizations. His story illustrates perfectly how difficult it is for leaders to find a balance between expressing their personalities and managing those of the people they aspire to lead or at least influence. Yet the ability to strike that balance – and to preserve one's authenticity in the process – is precisely what distinguishes great leaders from other executives. The challenge of great leadership is exactly that of managing one's authenticity, paradoxical though it undoubtedly sounds.

Let us be absolutely clear: Authenticity is not the product of pure manipulation. It accurately reflects aspects of the leader's inner self, so it can't be an act. But great leaders seem to know which personality traits they should reveal to whom and when. They are like chameleons, capable of adapting to the demands of the situations they face and the people they lead, yet they do not lose their

## No leader can look into a mirror and say, "I AM AUTHENTIC." A person cannot be authentic on his or her own.

department persuaded Bill to go to university, from which he graduated with a good degree. Afterward, he was warmly welcomed back to his job. His work at the utility company often involved managing projects, and he became adept at assembling and leading teams. His technical abilities and his honesty were his biggest leadership attributes.

Things started to unravel when Bill moved to the head office and became an adviser to some of the most senior executives in the company. HR suggested to Bill that this new job would be good preparation for a major leadership position back on the front lines. But the head office was political, and Bill found that his straight talk hit many wrong notes. He started to get feedback that he didn't fully understand the complexity of situations and that he should develop better skills for influencing others. Bill tried to curb his directness, but he could never mimic his superiors' politically savvy behaviors. He started to lose his way. He alternated between indecision, while he tried to understand the office politics, and sudden bursts of outright aggression as he struggled with his old forthrightness. He began to seriously doubt his abilities.

identities in the process. Authentic leaders remain focused on where they are going but never lose sight of where they came from. Highly attuned to their environments, they rely on an intuition born of formative, sometimes harsh experiences to understand the expectations and concerns of the people they seek to influence. They retain their distinctiveness as individuals, yet they know how to win acceptance in strong corporate and social cultures and how to use elements of those cultures as a basis for radical change.

In the following pages, we'll explore the qualities of authentic leadership, drawing on our five years of research as well as our work consulting to leaders at all levels of organizations in diverse industries. To illustrate our points, we will recount some of the experiences and reflections of the authentic leaders we have known and studied. We don't pretend to have the final word on the subject, of course. Artists, philosophers, and social scientists have debated the concept of authenticity for centuries, and it would be foolish for us to imagine that this discussion could be synthesized by us or anyone else. Nonetheless, we believe that our reflections will contribute to a better

*Rob Goffee (rgoffee@london.edu) is a professor of organizational behavior at London Business School in England. Gareth Jones (garethj@btinternet.com) is a visiting professor at Insead in Fontainebleau, France, and a fellow of the Centre for Management Development at London Business School. He is also a former professor of organizational development at Henley Management College in Oxfordshire, England. Goffee and Jones are the founding partners of Creative Management Associates, an organizational consulting firm in London.*

FNMB-001748

understanding of the relationship between the expression of self and the exercise of leadership. Leaders who know how to manage their authenticity will be all the more effective for it, better able to both energize and retain loyal followers.

## Managing the Perception

Establishing your authenticity as a leader is a two-part challenge. First, you have to ensure that your words are consistent with your deeds; otherwise, followers will never accept you as authentic. Everyone acknowledges and understands the need for consistency when establishing authenticity, but a great leader does a lot more than just pay lip service to it. He will live it every moment of the day. Indeed, it's not an exaggeration to say that a great leader is obsessive about embodying his beliefs.

Consider the case of John Latham, who was until recently the head teacher of an award-winning state school in the United Kingdom. Latham was passionate about creating an academic institution where students, teachers, and administrators respected one another and their environment. As at any school, litter and graffiti were major issues, so who picked up the trash and scrubbed the walls? Latham did. If you visited the school at break times, you would probably have found Latham on the grounds picking up litter rather than in his office behind a desk. "It's the simple, mundane things that matter," he told us, "and I personally fix many of them before day is done." This kind of demonstrated personal commitment to a few basic principles is essential to authentic leadership.

But it is not enough just to practice what you preach. To get people to follow you, you also have to get them to relate to you. So the second challenge of authentic leadership is finding common ground with the people you seek to recruit as followers. This means you will have to present different faces to different audiences, a requirement that many people find hard to square with authenticity. But, as Shakespeare recognized long ago, "All the world's a stage...and one man in his time plays many parts." Such role playing doesn't have to be fake or insincere. That's not to say it's easy – far from it. As we've pointed out, people instinctively recognize fraudulent behavior. If a leader is playing a role that isn't a true expression of his authentic self, followers will sooner or later feel like they've been tricked. And once that impression is out there, it's hard for a leader to recover.

Nestlé CEO Peter Brabeck-Letmathe explicitly recognizes that the very different roles he plays as a leader must be true expressions of his personality. The cover of one of Nestlé's annual reports depicts him sitting in the Swiss mountains wearing climbing clothes. But in the pages of *The Nestlé Leadership and Management Principles*, he is dressed in a dark suit and standing outside corporate headquarters. As he explains, "I wanted to use the image

## ESTABLISHING YOUR AUTHENTICITY

There's no one right way to establish and manage your authenticity. But there are conscious steps you can take to help others perceive you as an authentic leader. Some of these steps entail building up knowledge about your true self; some involve learning more about others.

**Get to know yourself and your origins better by:**

- **Exploring your autobiography.** Familiarize yourself with your identity anchors: the people, places, and events that shaped you. Share these discoveries with others who have had similar experiences.
- **Returning to your roots.** Take a holiday with old friends. Spend time away from the normal trappings of the office.
- **Avoiding comfort zones.** Step out of your routines, seek new adventures, and take some risks.
- **Getting honest feedback.** Ask for 360-degree feedback from close colleagues, friends, family, and so on.

**Get to know others better by:**

- **Building a rich picture of your environment.** Don't view others as one-dimensional; find out about people's backgrounds, biographies, families, and obsessions.
- **Removing barriers between yourself and others.** Selectively show a weakness or vulnerability that reveals your approachability to your direct reports, assistants, secretaries, and so on.
- **Empathizing passionately with your people.** Care deeply about the work your people do.
- **Letting others know what's unique (and authentic) about them.** Give people feedback that acknowledges and validates their origins.

**Connect to the organizational context better by:**

- **Getting the distance right.** Be wary of creating the wrong first impressions. Use both your sense of self and your understanding of your origins to connect with, or to separate yourself from, others.
- **Sharpening your social antennae.** Seek out foreign assignments and other experiences to help you detect the subtle social clues that may spell the difference between your success and failure in attracting followers.
- **Honoring deeply held values and social mores.** You are unlikely to make connections by riding roughshod over other cultures' strongly held beliefs.
- **Developing your resilience.** You will inevitably experience setbacks when you expose yourself to new contexts and cultures. Prepare yourself by learning about and understanding your own values.

FNMB-001749

Managing Authenticity: The Paradox of Great Leadership

of the mountaineer because water and the environment are emotional issues for many people. But the photo is not artificial. That's what I wear on weekends. I'm a climber. In the mountaineering picture, it's a human being talking. In the [other picture] I am talking for the institution. The photographs are different, but they both capture something essential about me."

A long-successful music industry executive we'll call Dick is also a careful communicator of his multiple selves. Dick is from the Caribbean, and on many occasions in the rough-and-tumble of the music business, we have seen him switch from corporate-speak to an island patois liberally sprinkled with expletives. He is absolutely at home in the cutthroat environment that recording artists and their agents operate in. But, at the same time, Dick's parents are affluent, well-established members of Caribbean society, and, on the occasions that require it, Dick can play up this aspect of himself to create a rapport with the media moguls and celebrities with whom he must also deal. All these facets of his personality ring true; his skill is in deciding which to reveal to whom and when.

Playing multiple roles usually demands a lot of thought and work. "Before I go into a situation, I try to understand

But it is one thing to develop this complexity and another thing entirely to wield it effectively. Using your complex self (or, rather, selves) requires a degree of *self-knowledge*, and the willingness and ability to share that self-knowledge with others, what we call *self-disclosure*. This is not to say that authentic leaders spend a lot of time exploring their inner lives through meditation or therapy. They may be profoundly self-aware and essentially authentic (in the sense that we are giving the term here), but not because of contemplation or analysis; they are not characters in some Woody Allen film. Few authentic leaders will even be conscious that they are engaged in self-expression and self-disclosure, which is probably why they are so hard to imitate.

So how do authentic leaders acquire these attributes? The relative simplicity of their goals often helps. A great leader is usually trying to accomplish no more than three or four big goals at a time. He is unwavering about these goals; he doesn't question them any more than he questions himself. That's because the goals are usually connected in some way to one or another of the leader's authentic selves. His pursuit of the goals, and the way he communicates them to followers, is intense—which natu-

## If a leader is playing a role that isn't a TRUE EXPRESSION OF HIS AUTHENTIC SELF, followers will sooner or later feel like they've been tricked.

what it is [people] will be thinking. I prepare what I am going to say and who I am going to be in that context," explains Jean Tomlin, former HR director at Marks & Spencer and one of the most influential black businesswomen in Britain. "I want to be me, but I am channeling parts of me to context. What you get is a segment of me. It is not a fabrication or a facade – just the bits that are relevant for that situation."

Let's look more closely at just what makes it possible for Imbeck-Lemaître, Tomlin, and executives like them to present fragments of themselves – without seeming inauthentic.

## Know Yourself and Others

It goes almost without saying that the exercise of leadership is complex and requires both skills and practice. Over time, and through various life experiences, a leader develops an extensive repertoire of roles, which can make her seem very different to different people in different situations. Indeed, if a leader doesn't acquire this complexity, she will be able to recruit as followers only those people with whom she already shares some common ground.

rally promotes the kind of self-disclosure we are talking about and educates him further about his various selves.

We have also found that great leaders keep close to them people who will give them honest feedback. As Roche Pharmaceuticals head Bill Burns told us, "You have to keep your feet on the ground when others want to put you on a pedestal. After a while on a pedestal, you stop hearing the truth. It's filtered by the henchmen, and they read you so well they know what you want to hear. You end up as the queen bee in the hive, with no relationships with the worker bees. My wife and secretary are fully empowered, if they ever see me getting a bit uppity, to give me a thumping great hit over the head."

As consultants, we often have been called in to do precisely that for senior executives, acting both as priests and spies as we try to make leaders more open to truths about themselves and their relationships with others. This does not necessarily mean helping these leaders develop more of what psychologist Dan Goleman calls emotional intelligence; rather, it means helping them to sharpen their skills in disclosing the emotional intelligence they already have so they can give better performances for their followers.

FNMB-001750

Consider an executive we'll call Josh, the CEO of one of the world's largest TV production companies for the past ten years. When we first met him, Josh was one of the early innovators in the field of documentary TV. Over the years, as he moved up the corporate ladder, he matured into a highly knowledgeable and effective executive who, in the process, became rather serious—even distant and austere—in the eyes of some of his employees. These perceptions were weakening his ability to attract and retain followers, so we coached Josh to return to the mischievous sense of humor that he had displayed more readily earlier in his career. He has an amazing sense of comic timing, which he has learned to use to devastating effect to disarm opponents and delight his followers. At a recent retirement celebration, for example, people expected him to deliver a rather sober speech concerning the departing senior executive. Instead, they were treated to a comic tour de force, which thrilled the retiring executive and stunned Josh's followers,



none of whom would have guessed their boss was so funny. Josh's ability to use humor is an especially important attribute in the entertainment business, and his reputation as a leader has benefited accordingly.

Besides possessing self-knowledge and skills in self-disclosure, great leaders have to be able to recognize which aspects of their authentic selves particular groups of followers are looking for. Most great leaders have highly developed social antennae: they use a complex mix of cognitive and observational skills to recognize what followers are consciously—and unconsciously—signaling to them.

The good news is that while some people seem to be born with these discernment skills, others can, in fact, learn them. We have found that individuals who have had a great deal of mobility early in their lives possess these skills to a higher degree than those who have stayed mostly in one place. It's no coincidence that many CEOs start out in sales and that most senior executives in multinational companies have gone on multiple foreign postings. Exposure to a wide range of experiences during a

manager's formative years enhances her ability to read and empathize with different people and situations.

Experiences outside of an individual's comfort zone can also sharpen her social awareness. Marks & Spencer's Jean Tomlin, for example, developed her social skills during her journey to establish credibility as a black business-woman operating in an environment dominated by white males. And Nestlé's Peter Brabeck-Letmathe learned much from his stint in the military at age 17. The living conditions and treatment were barely tolerable, and several of his fellow soldiers attempted suicide. Brabeck-Letmathe survived by observing his superior officers very closely; the better he anticipated their behavior, the easier it was to stay out of their way.

## Use Where You Come From

By the time a manager rises to a senior leadership position, he may seem like—and, indeed, may well be—a very different person than he was at the start of his journey. But despite any role playing that goes on, the leader's

FNMB-001751

Managing Authenticity: The Paradox of Great Leadership

authenticity is still closely linked to his origins. The *Oxford English Dictionary*, for example, defines "authenticity," in part, as "of undisputed origin." As a result, we think it is fair to say that no leader will ever succeed in establishing his authenticity unless he can effectively manage his relationship with his past and his followers' connections to their roots.

Authentic leaders use their personal histories to establish common ground with their followers. The desire to establish his bona fides with his employees as a regular, approachable guy probably explains why Niall FitzGerald, a former cochairman at Unilever, speaks often and with insight about his Irish heritage and the influence of his mother on both his moral and political worldviews. Similarly, Antony Burgmans, a current chairman at Unilever, obstinately remains the Dutch countryman – as demonstrated in his dress, even in his walk – despite his elevated status. In both cases, these executives are comfortable displaying something of their origins, in a very different context, in order to connect with their followers.

Pride in one's roots, however, needs to be carefully handled. An organization whose CEO trumpets his heritage may well be intimidating or offensive to employees – and customers – who hail from elsewhere. This is one reason that so many authentic leaders work to stay curious and open to their followers' origins. We have worked for many years with a senior executive at a U.S. chemicals company. When he meets new team members, he always begins the conversations with the same question: "Tell me, how did you come to be the kind of guy you are now?" He has an almost insatiable interest in the complex factors that reveal where his direct reports come from because he understands that they (and the organization) will be more likely to succeed if they feel comfortable with their origins.

It is important for leaders to recognize that people frame their backgrounds in different ways and that there are differences among and within cultures. The salient characteristics that people use to define themselves include gender, class, race, status, and geography. And these may be expressed in many ways – through dress, speech, food, and even in different styles of walking. Given these variables, we should be cautious about making simple generalizations about status and societies, though we can draw some comparisons. For instance, some societies focus more on people's *ascribed status* – attributes that are perceived as innate to particular individuals. Others focus more on people's *achieved status* – attributes and roles that individuals attain through their own endeavors. At the most general level, American society places great emphasis on achieved status; the belief that where you're going outweighs where you've been lies close to the heart of the American dream. This is not to say that American society always acts according to this belief. Many commentators worry that the growing gap between rich and poor in the United States will decrease the prospects of social mobil-

ity for many. Even so, the idea that you will get your chance remains strong.

In other societies, elite status remains relatively fixed. For example, the French business elite comprises individuals educated in the grand *écoles* – often from all the same rather privileged backgrounds. In Asian societies, especially in China, family and geography remain highly relevant to people's understanding of their origins.

The variability of social status has important implications for leaders. The relative fluidity of American society, with an avowed emphasis on aspirations, is reflected in followers' attitudes toward their leaders. The Yale-educated Yankee aristocrat George W. Bush, for example, can pose as a regular guy from Texas and be believed because Americans, unlike Europeans, will accept that he can transform himself, and they will respect his aspiration to do so. That kind of metamorphosis simply wouldn't

## A MAN FOR ALL SEASONS

Critics of British Prime Minister Tony Blair often contend that because of his desire to maximize his personal appeal, Blair moves between different, contradictory selves, lacking any central personal beliefs. We would argue, however, that Blair's winning ways stem not from sacrificing himself on the altar of electability but rather from his consummate skill in managing his authenticity. His behavior in a single dramatic week in early July 2005 exemplified how well he does this.

The week began with the Bob Geldof– and Bono-inspired Live 8 pop concert, an event to raise awareness about poverty in Africa. That was followed by Blair's trip to Singapore to lobby the International Olympic Committee, during which he danced a gleeful jig in public when the UK bid to land the 2012 Summer Games was successful. Also that week, he attended the G8 summit in Scotland, where he was able to make headway in addressing some of his most passionate concerns. Then Blair was urgently called back to London because of the terrorist bombings there.

In each of these instances, Blair played different roles to attract followers in different ways. Yet despite the different behaviors he exhibited, Blair was able to communicate a core self; he always connected powerfully with his known personal passions – for pop music, sport, the elimination of poverty in Africa, and the defeat of terrorism. Indeed, his performance that week wrung praise even from his critics. As Andrew Rawnsley wrote in the *Observer*, "People turn admiring when they observe [Blair's] capacity to read, articulate, and mould critical political moments."

FNMB-001752

seem authentic in Britain; to the working-class voter, once an aristocrat, always an aristocrat.

Authentic leaders are comfortable in their skin; they know where they come from and who they are, and they know how to use their backgrounds to build a rapport with followers. Authentic leaders are not threatened by people with other origins; they welcome them. They are sensitive in communicating their origins and are aware of the differences in cultural attitudes toward their backgrounds. As Albert Einstein once said, "I speak to everyone in the same way, whether he is the garbageman or

he preferred the quiet corridors of headquarters to the hurly-burly of the marketplace. Graham had attempted to fit in to the dominant culture. Instead, he had merely conformed – and lost the chance to be an effective change leader.

At the other end of the spectrum, Disney's former president, Michael Ovitz, provides a cautionary tale about not conforming enough. As his boss, Michael Eisner, told Britain's *Telegraph* newspaper: "He started to rub people the wrong way. He was controversial, and it got worse as things went on....We'd all take a bus [at the corporate retreat]

# Leaders may be profoundly SELF-AWARE AND ESSENTIALLY AUTHENTIC but not because of contemplation or analysis; they are not characters in some Woody Allen film.

the president of the university." That statement reflects not only Einstein's comfort with himself but also with the more open society he chose to live in.

## Conform – But Only Just Enough

When picking which aspects of themselves to reveal, and to whom, authentic leaders must judge just how much they need to conform to social and organizational norms. The challenge for these executives is to create just enough distance from the norms so followers will perceive the leaders as special and attractive. It's a very fine judgment call: Too much conformity can render leaders ineffective; too little can isolate them.

Graham, a dynamic sales guy in a fast-moving, Boston-based consumer goods business that we advise, provides a good illustration of what happens when a leader conforms too much. He was, and is, a very effective salesman, albeit in an old-fashioned, in-your-face kind of way. Some people found him brash. We thought he was very bright but a little too forthright for the rather polite culture in which he worked. We urged his managers to give him a chance to grow, though, feeling that his high-energy leadership style could help bring about some much-needed change in the organization.

Graham moved from sales to marketing, then briefly into a production role at a factory, and then back into a senior marketing role. We were amazed and disappointed at the transformation in him when we saw him again. He spoke in nuanced phrases, and he carefully weighed his opinions before expressing them. He defended the status quo, remarking that our proposed change agenda for the organization was "a little simplistic." He even told us that

and he had a limousine: a special driver. Everyone had a walkie-talkie, and you heard [people] saying, 'Who was this guy, and why was he demanding this?' It was a bad vibe, let's put it that way." Ovitz lasted 14 months at Disney.

Authentic leaders know how to strike a balance between their distinctiveness and the cultures in which they operate. They do not immediately seek out head-on confrontations because they recognize that their survival as leaders (and, by extension, the survival of their initiatives) requires a measured introduction to, and adaptation of, the organization's established business networks and social relationships. To influence others, authentic leaders must first gain at least minimal acceptance as members of their organizations.

Perhaps the best example we've seen of this was the case of an executive we'll call Miyako, one of the first female finance directors in a Japanese company. Miyako was an outstanding leader. She helped the company modernize its accounting practices, brought in new talent, and succeeded in breaking up the cozy male cabal at the top. But even as she broke new ground, Miyako was careful to play the role expected of a Japanese woman in social settings. Her situation highlights the universal challenge that women face in establishing themselves as authentic leaders: Unless female leaders acknowledge and validate some of the prevailing organizational norms surrounding gender roles, they will find it hard to obtain acceptance from male followers.

In complex organizations, leaders can select the specific norms and elements they want to be identified with and those they need to reject. Greg Dyke, former director general of the BBC, one of the world's largest media organizations, understands very well how to play different organizational norms against one another. When he took over

FNMB-001753

Managing Authenticity: The Paradox of Great Leadership

at the BBC in January 2000, employees across the organization were unhappy. Shortly after coming into the job, Dyke began poking his nose into offices and studios to understand the staffers' situation better. The more visits he made, the more he came to see that he could win broad acceptance for the major changes he needed to introduce by appealing to the organization's rank and file.

To that end, Dyke began phasing out the cars and chauffeurs that had been assigned to each member of his executive board. The program producers and support staffers were pleased by this move: In an organization with a strong egalitarian aspiration, the long line of expensive black cars parked outside headquarters had been a source of irritation – even alienation – for many staffers. Dyke also cut the large budget spent on outside consultants – in one year, it went from £22 million to £3 million – symbolizing the faith the director general had in the people already inside the organization. He was implicitly saying, "I know we have the talent here."

But it wasn't enough to identify with people near the bottom of the hierarchy. Unlike a typical CEO, Dyke needed the approval of the BBC's very powerful board of governors as well as its chairman at the time, the patrician Sir Christopher Bland. To win their acceptance, Dyke had to show respect for their established mores even while he was appealing to the antiestablishment instincts of most of his employees. For a while, he proved quite adept at managing this relationship. In public, at least, he always addressed Sir Christopher and the other governors in formal language. He was also careful to rein in his own iconoclastic instincts. He moderated his language, dressed more formally than was his normal taste, and publicly emphasized those of his interests (notably museums and science education) that appealed most to the board. In the end, however, the political machinations of the BBC overwhelmed even Dyke, and he was forced to resign.

* * *

Authenticity has often been thought of as the opposite of artifice – something that is straightforward, sincere, and uncomplicated. But that conception of authenticity is not only simplistic, it is also wrongheaded. Managers who assume that their authenticity stems from an uncontrolled expression of their inner selves will never become authentic leaders. Great leaders understand that their reputation for authenticity needs to be painstakingly earned and carefully managed.

The comic George Burns once said of honesty, "If you can fake that, you've got it made." He could equally have been talking about authenticity. Of course, authentic leaders don't really fake it to make it, but Burns's joke resonates precisely because it acknowledges what we might be reluctant to admit – that the expression of one's authentic self is a complicated and contrived act. All authentic leaders are complicated and contrived. Many Americans revere the late Ronald Reagan for his authenticity as president – but he was also the first professional actor to make it to the White House.

Reprint R0512E
To order, see page 155.



"Do me a favor and call Bob; it looks like Jerry is up to something."

FNMB-001754

Harvard Business Review and Harvard Business School Publishing content on EBSCOhost is licensed for the individual use of authorized EBSCOhost patrons at this institution and is not intended for use as assigned course material.  Harvard Business School Publishing is pleased to grant permission to make this work available through "electronic reserves" or other means of digital access or transmission to students enrolled in a course. For rates and authorization regarding such course usage, contact permissions@hbsp.harvard.edu

FNMB-001755

▶ **Tip Sheet**    Branding    BY LESLEY EVERETT

# How to Take Control of Your Personal Brand in Seven Easy Steps

We all have a brand image whether we've consciously cultivated one or not, but what does yours say about you? Is the perception that others have about you really what you think it is and what you want it to be, or is it miles off message?

In a business world where first impressions, trust and credibility have never been more important, and where people represent a brand more strongly than any slick Web site or glossy brochure ever can, it's time to take control of your personal brand, and to manage the perceptions of others more consciously and creatively.

So just how can you cultivate your personal brand?

You have a personal brand "reputation" already—it's what people say about you behind your back and how they describe you to others. We don't always think about how others see us, thus leaving our person brands to chance. At the senior level, often we aren't told what others think of us, so we're even more vulnerable to the wrong impressions being formed.

Our personal brand is a little like a pearl in an oyster—it evolves organically over a period of time. Everything you do every day adds another layer to your personal brand pearl. From every e-mail you send to every presentation you deliver and meeting you attend, you're giving messages out about how you perceive yourself and your brand. The way you present yourself as a leader sets a benchmark for others in the organization. Therefore, are you really reinforcing the corporate brand in a way that maximizes the investment of time and resources?

It's vitally important to take active control of managing others' perceptions about you, and to thereby manage your personal brand more effectively—call it Perception Management.

However, it's not about creating a superficial image that doesn't reflect your true individuality and personality; such attempts will always be transparent and inauthentic. Authenticity in a leader is crucial to business and personal success today, and creating a powerful personal brand works with that authenticity.

Consider the following seven steps that can be taken to develop and sustain a strong personal brand image:

**1. Who You Really Are:** As a very first step, you must clarify exactly what your personal brand is. Base this on your fundamental strengths, your individuality and your core values. Unleash from within what you're outstandingly good at. Now get feedback from others on how they see you, too, in three words. You need to see where the gaps in perception are, or perhaps where others see the flip side of the positive brand values that you have.

**2. The First Seven Seconds:** Now check out the impact of your first impressions—remember that it takes just five to seven seconds for people to initially judge us. Does your first impression reinforce your personal brand in the way you'd like, or does somebody completely different come across? Now we're talking Reputation Management, too.

**3. Dress Like You Mean It:** Style and grooming are the packaging of your personal brand. Do you package and present yourself in such a way that invites trust and credibility as an immediate perception of your brand? How good is

your personal package at marketing *you*? On dress-down days does your professional credibility take a nosedive? Apply the same criteria to your smart casual wardrobe as you do for your sharpest business wardrobe. Do your clothes fit well, are they past their prime, are they up to date? Do your clothes flatter you?

**4. Silent Indicators:** Your body language speaks volumes about you. A genuine smile, a good handshake (not too firm) and positive eye contact are essential when you meet people. Give them your full attention for those few seconds when shaking hands. Sounds like common sense, but is it common practice for you?

Have you ever come out of a meeting and had people tell you that you looked distracted or unhappy during the meeting? Perhaps you frowned as you processed information, or your body indicators made you appear to be closed off to new ideas. You need to know about these perceptions so you can manage them better.

**5. Speak Easy:** What does your voice convey about your brand? Have you listened to your voicemail message to hear how professional you sound? Get others to give you feedback on this, too. Your voice could be the first impression others have of you and your business. You know when you have the feeling that a person will not do what they said they will do—it has nothing to do with what they said but rather the tone in their voice.

**6. Be Interested and Visible:** How do you rate your interaction skills with others? Are you memorable for all the right reasons? Remember, being inter-

ested in others makes you a more interesting person.

Make sure you're visible and memorable within your desired network. Think about who the top 100 people are in your target market. How are you going to be more visible with them? Do they really know who you are, what you do and what you're good at? Develop a visibility plan. Are there articles you could write for industry or company magazines? Can you speak at associations more often, attend networking groups, etc.?

**7. Each Time, All the Time:** Consistency is crucial. For any brand to be 100% successful, it has to be 100% consistent; this is particularly important for a personal brand. Are you consistent with the way you project yourself via various forms of communication, from one-to-one meetings to presentations to telephone messages? Make sure you're not caught off-guard. Your personal brand development is a work-in-progress. Take stock from time to time to audit your personal package, seek feedback and strive to be your best. If we reach for the stars, we will rarely get mud on our hands.

Carpe Diem: Today's the day to take control of your personal brand and start managing those perceptions, which in turn propels you to greater success. **PRN**

## CONTACT:

Lesley Everett is an international speaker on personal branding, and she has written a book on the subject. She can be reached at Lesley@walkingtall.org.

FNMB-001756

Copyright of PR News is the property of Access Intelligence LLC d/b/a PBI Media, LLC and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

FNMB-001757

 **FannieMae**

# Leadership Model Self Diagnostic
*People Manager*

*For each of the following questions, please evaluate your own ability on each of the questions that measure Fannie Mae's Leadership Model*

## Sets Vision and Direction:
## Generates High Value Opportunities

| | Developing | Delivering | Strength |
|---|---|---|---|
| | Some demonstration of attribute | Demonstrates appropriate level of competence | Excels in most aspects of attribute |

*Sets Strategy*

| | Developing | Delivering | Strength |
|---|---|---|---|
| 1.  Translates corporate priorities into clear objectives for group | ☐ | ☐ | ☐ |
| 2.  Connects disparate pieces of information into a useful strategic view | ☐ | ☐ | ☐ |
| 3.  Adapts plans to take advantage of environmental changes | | | |

*Finds Value*

| | Developing | Delivering | Strength |
|---|---|---|---|
| 4.  Finds new ways to create value and act entrepreneurially | ☐ | ☐ | ☐ |
| 5.  Generates ideas to serve clients better | ☐ | ☐ | ☐ |
| 6.  Anticipates important future opportunities and threats | ☐ | ☐ | ☐ |
| 7.  Prioritizes and focuses on the most important issues | ☐ | ☐ | ☐ |

*Competitive Mindset*

| | Developing | Delivering | Strength |
|---|---|---|---|
| 8.  Stays abreast of marketplace trends and changes. | ☐ | ☐ | ☐ |
| 9.  Finds new ways to make Fannie Mae more competitive | ☐ | ☐ | ☐ |
| 10. Keeps current with best practices and trends within core area of expertise | | | |
| 11. Deep understanding of Fannie Mae's business model | | | |
| 12. Knows the mortgage industry | | | |

*Analytical*

| | Developing | Delivering | Strength |
|---|---|---|---|
| 13. Sorts out extraneous, distracting, or irrelevant details. | ☐ | ☐ | ☐ |
| 14. Bases decisions on data and rigorous analysis. | ☐ | ☐ | ☐ |
| 15. Develops practical recommendations. | ☐ | ☐ | ☐ |
| 16. Finds appropriate data-driven solutions to solve business issues. | ☐ | ☐ | ☐ |

## Scoring System
*Count the number of "Developing" responses to determine focus areas for development.*

| Number of "Developing" Responses | Overall Effectiveness of Leadership Competency – Sets Vision and Direction |
|---|---|
| 18 to 27 | Higher Development Need |
| 8 to 17 | Medium Development Need |
| 7 and below | Lower Development Need |

Confidential - Internal Distribution

 **FannieMae**

# Leadership Model Self Diagnostic
*People Manager*

*For each of the following questions, please evaluate your own ability on each of the questions that measure Fannie Mae's Leadership Model*

## Acts with Courage and Initiative:
### Seize Opportunities Swiftly

| | Developing | Delivering | Strength |
|---|---|---|---|
| *Acting Decisively* | Some demonstration of attribute | Demonstrates appropriate level of competence | Excels in most aspects of attribute |
| 17. Acts with a sense of urgency to address business challenges | ☐ | ☐ | ☐ |
| 18. Makes high quality decisions under pressure | ☐ | ☐ | ☐ |
| 19. Presses team members for timely results | ☐ | ☐ | ☐ |
| 20. Emphasizes an open and transparent decision making process | ☐ | | |
| *Applies Effective Team Leadership* | | | |
| 21. Holds others accountable for their words and actions | ☐ | ☐ | ☐ |
| 22. Leads necessary actions, even amidst obstacles, criticisms, or unpopularity | ☐ | ☐ | ☐ |
| 23. Publicly supports team members acting on managerial decisions | ☐ | ☐ | ☐ |
| 24. Demonstrates the courage to terminate unsuccessful projects | ☐ | ☐ | ☐ |
| *Takes Intelligent Risks* | | | |
| 25. Intelligently weighs potential project benefits against potential project risks | ☐ | ☐ | ☐ |
| 26. Mitigates risks with contingency planning | ☐ | ☐ | ☐ |
| 27. Encourages others to take risks | ☐ | ☐ | ☐ |
| 28. Rewards appropriate risk-taking | ☐ | ☐ | ☐ |
| *Flexibility & Adaptability* | | | |
| 29. Leads the team to deal with change | ☐ | ☐ | ☐ |
| 30. Adjusts to dynamic situations | ☐ | ☐ | ☐ |
| 31. Demonstrates high level of comfort with unpredictable problems | ☐ | ☐ | ☐ |

## Scoring System
*Count the number of "Developing" responses to determine focus areas for development.*

| Number of "Developing" Responses | Overall Development Need of Leadership Competency – Acts with Courage and Initiative |
|---|---|
| 15 to 21 | Higher Development Need |
| 8 to 14 | Medium Development Need |
| 7 and below | Lower Development Need |

*Confidential - Internal Distribution*

CONFIDENTIAL

FNMB-001759

 **FannieMae**

# Leadership Model Self Diagnostic
### People Manager

*For each of the following questions, please evaluate your own ability on each of the questions that measure Fannie Mae's Leadership Model*

## Inspires and Motivates:
## Elicits Broad Collaboration

| | Developing | Delivering | Strength |
|---|---|---|---|
| | Some demonstration of attribute | Demonstrates appropriate level of competence | Excels in most aspects of attribute |

*Motivates*

| | Developing | Delivering | Strength |
|---|---|---|---|
| 32. Inspires others to achieve challenging goals | | | |
| 33. Generates sense of pride among coworkers | ☐ | ☐ | ☐ |
| 34. Generates optimism and helps others see possibilities | ☐ | ☐ | ☐ |
| 35. Recognizes the value of individual and group contributions | ☐ | ☐ | ☐ |
| 36. Responds genuinely to others' motivations and concerns | ☐ | ☐ | ☐ |

*Influences Others*

| | Developing | Delivering | Strength |
|---|---|---|---|
| 37. Effectively influences others to move in new directions or adopt new approaches | ☐ | ☐ | ☐ |
| 38. Demonstrates skill at managing upward to influence superiors | ☐ | ☐ | ☐ |
| 39. Adjusts leadership style according to the demands of the situation to effectively influence others | ☐ | ☐ | ☐ |
| 40. Takes into account people's concerns when trying to influence change | ☐ | ☐ | ☐ |

*Communicates Effectively*

| | Developing | Delivering | Strength |
|---|---|---|---|
| 41. Articulates a strong point of view | ☐ | ☐ | ☐ |
| 42. Honestly answers difficult questions | ☐ | ☐ | ☐ |
| 43. Writes concisely and clearly | ☐ | ☐ | ☐ |
| 44. Illustrates ideas using vivid, interesting examples | ☐ | ☐ | ☐ |
| 45. Listens carefully to the ideas of others | ☐ | ☐ | ☐ |
| 46. Appropriately adjusts message to different audiences | ☐ | ☐ | ☐ |
| 47. Ensures effective communication within team, especially among interdependent areas | ☐ | ☐ | ☐ |

*Builds Productive Relationships*

| | Developing | Delivering | Strength |
|---|---|---|---|
| 48. Invests in creating new relationships | ☐ | ☐ | ☐ |
| 49. Cultivates strong relationships with strategic partners, inside and outside of Fannie Mae | ☐ | ☐ | ☐ |
| 50. Effectively leverages relationships to get access to information critical to project success | ☐ | ☐ | ☐ |
| 51. Effectively leverages relationships to gain endorsement from important stakeholders | ☐ | ☐ | ☐ |

*Recognizes Effective Performance*

| | Developing | Delivering | Strength |
|---|---|---|---|
| 52. Rewards outstanding performers | ☐ | ☐ | ☐ |
| 53. Takes appropriate actions on under performing employees | ☐ | ☐ | ☐ |

## Scoring System
*Count the number of "Developing" responses to determine focus areas for development.*

| Number of "Developing" Responses | Overall Effectiveness of Leadership Competency – Inspires and Motivates |
|---|---|
| 14 to 20 | Higher Development Need |
| 7 to 13 | Medium Development Need |
| 6 and below | Lower Development Need |

Confidential - Internal Distribution

CONFIDENTIAL

FNMB-001760

 FannieMae

**Leadership Model Self Diagnostic**
*People Manager*

| *For each of the following questions, please evaluate your own ability on each of the questions that measure Fannie Mae's Leadership Model* | | | |
|---|---|---|---|

## Drives Execution
### Delivers Ambitious Outcomes

| | Developing | Delivering | Strength |
|---|---|---|---|
| *Sets Clear and Executable Agenda* | Some demonstration of attribute | Demonstrates appropriate level of competence | Excels in most aspects of attribute |
| 54. Breaks complex projects down into executable tasks. | ☐ | ☐ | ☐ |
| 55. Able to translate priorities into specific and measurable goals | ☐ | ☐ | ☐ |
| 56. Sets realistic but aggressive targets and deadlines | ☐ | ☐ | ☐ |
| *Delegates* | | | |
| 57. Holds team members accountable for meeting objectives | ☐ | ☐ | ☐ |
| 58. Provides adequate information and resources for employee success | ☐ | ☐ | ☐ |
| 59. Aligns work with employee interests and skills | ☐ | ☐ | ☐ |
| 60. Encourages individual initiative on delegated tasks. | ☐ | ☐ | ☐ |
| 61. Appropriately delegates the right amount of work for employees | ☐ | ☐ | ☐ |
| *Ensures Operational Discipline* | | | |
| 62. Identifies and resolves project roadblocks quickly | ☐ | ☐ | ☐ |
| 63. Identifies and eliminates unnecessary activities and duplications of effort | ☐ | ☐ | ☐ |
| 64. Ensures appropriate documentation | ☐ | ☐ | ☐ |
| 65. Takes advantage of procedures and tasks that have been proven to work | ☐ | ☐ | ☐ |
| 66. Efficiently coordinates the activities of multiple stakeholders | ☐ | ☐ | ☐ |

### Scoring System
*Count the number of "Developing" responses to determine focus areas for development.*

| Number of "Developing" Responses | Overall Effectiveness of Leadership Competency – Drives Execution |
|---|---|
| 18 to 27 | Higher Development Need |
| 8 to 17 | Medium Development Need |
| 7 and below | Lower Development Need |

CONFIDENTIAL

FNMB-001761

 **FannieMae**

# Leadership Model Self Diagnostic
### People Manager

*For each of the following questions, please evaluate your own ability on each of the questions that measure Fannie Mae's Leadership Model*

## Develops Others and Self
## Builds Future Capability

*Develops others*

| | Developing<br>*Some demonstration of attribute* | Delivering<br>*Demonstrates appropriate level of competence* | Strength<br>*Excels in most aspects of attribute* |
|---|---|---|---|
| 67. Provides constructive feedback at the appropriate time | ☐ | ☐ | ☐ |
| 68. Helps employees build development plans | ☐ | ☐ | ☐ |
| 69. Leverages and builds on employee strengths | ☐ | ☐ | ☐ |
| 70. Works to retains top talent employees | ☐ | | |
| *Self Awareness* | | | |
| 71. Seeks feedback from others | ☐ | ☐ | ☐ |
| 72. Admits personal mistakes | ☐ | ☐ | ☐ |
| 73. Aware of personal strengths and weaknesses | ☐ | ☐ | ☐ |
| *Continuous Learning* | | | |
| 74. Actively works to improve as a result of feedback | ☐ | ☐ | ☐ |
| 75. Treats situations as learning opportunities | ☐ | ☐ | ☐ |
| 76. Seeks opportunities to develop professionally | ☐ | ☐ | ☐ |

## Scoring System
*Count the number of "Developing" responses to determine focus areas for development.*

| Number of "Developing" Responses | Overall Development Need of Leadership Competency – Develops Others and Self |
|---|---|
| 12 to 17 | Higher Development Need |
| 6 to 11 | Medium Development Need |
| 5 and below | Lower Development Need |

*Confidential - Internal Distribution*

CONFIDENTIAL

FNMB-001762