| | |
|---|---|
| **From:** | Preston, Lakisha R <lakisha_r_preston@fanniemae.com> |
| **Sent:** | Tuesday, June 4, 2013 1:37 PM |
| **To:** | Nicola Fraser <nicola.fraser@me.com> |
| **Subject:** | |

## VP for Planning and Alignment-35839
**Fannie Mae Job Summary Title**
**- VP for Planning and Alignment**
**Description**

### JOB SUMMARY

The role facilitates consensus around a long term, integrated execution plan for the restructuring of Fannie Mae and the housing industry. The multiyear investment plan includes project deliverables, project milestones, inter-dependencies and funding requirements. The plan is used as the basis of discussion with the Management Committee, Board of Directors, and FHFA for project prioritization and agreement on timing of deliverables. In particular, this role demands intensive interaction with the company's senior management team, initiative leaders, FHFA and other key stakeholders throughout the company. Reporting to the individual will be the Head of Operational Excellence and Lean Six Sigma who is responsible for driving process improvement using the Lean Six Sigma methodology across the entire corporation. In addition, the individual will lead a team that will recommend or implement procedures or business processes that are compliant with Legal and Regulatory directives, corporate mandates, and instruct managers in their use.

### KEY JOB FUNCTIONS & DUTIES

- Act as a trusted advisor and independent lens to the SVP of the EPMO and the CFO. Provide insights and strategic analysis to facilitate decision making. Develop a relationship with the SVP and CFO that promotes role as objective sounding board.

- Develop strong relationships with the senior leadership team on the project teams, particularly the Program Managers. Achieve a deep understanding of the goals and activities in the organization. Identify risks, opportunities and drive collaboration to incorporate a single set of facts into the Multi-Year Investment Plan. To be effective, the Individual must be viewed as a credible and fair broker of strategic recommendations.

- Communicate effectively at the highest levels of the organization. Prepare and deliver written and verbal communications describing the multi-year investment plan to the CFO, the Management Committee, regulators and the Fannie Mae Board of Directors. This will require taking very complex concepts and explaining them in a simple and concise manner. Articulate key messages and knowledgeably respond to clarifying questions with poise and confidence. Remain at the appropriate level of detail for the audience.

- Take ownership of the overall approach for managing the EPMO's relationship with key external stakeholders, including FHFA. Gather input and coordinate responses to, as well as providing briefings on a regular and ad hoc basis.

- Create and maintain tools that document the multi-year investment plan and provide the ability to quickly evaluate multiple scenarios.

- Establish and groom a team of future leaders that are viewed as value added business resources for achieving critical business objectives.

- Assess optimal organizational structure, identify and fill critical skill gaps. Coach team members for professional growth and leadership capabilities. Make touch calls on non-performance as required.

- Consistently support the goals and objectives of the broader EPMO. Build very strong relationships with the leaders of each pillar. Consistently engage, partner and communicate with peers to ensure cohesive execution of organizational goals.

- Provide expert advice and interpretation of corporate governance activities including policies, procedures and Delegations of Authority.

**Qualifications**

### EDUCATION

- Bachelor's Degree or equivalent required; Master's Degree preferred.

DEFENDANT'S
EXHIBIT
43

FNMB-000981

MINIMUM EXPERIENCE

- Years of experience: 10 required.
- Years of managerial experience: 5 preferred.
- Expertise in Program/Project Management or related areas.
- Ability to communicate verbally and in writing - across functions, teams and various levels of management.
- Listen and gather feedback and pertinent information and prepare pointed summaries for executives and stakeholders.
- Demonstrated cross-functional collaboration.
- Effectively build relationships and trust with a wide range of personnel.
- Inspire confidence in superiors, peers and subordinates.
- Flexibility to function in a matrix environment.
- Anticipate problems and take pro-active action to resolve.
- Identify new approaches to address process failures.
- Ability to influence people to get things done even when direct authority does not exist.
- Influence senior stakeholders and command their respect.
- Perceive subtle behavioral cues in surfacing and managing resistance.
- Apply techniques for planning, monitoring and controlling programs.
- Track and manage budgeting and resource allocation processes.
- Drive results in a swift and constructive manner.
- Make sound judgment calls under high uncertainty.

## EMPLOYMENT

As a condition of employment with Fannie Mae, any successful job applicant will be required to pass a pre-employment drug screen and to successfully complete a background investigation, which may also include a credit check for positions in some areas of our business.

Fannie Mae is an Equal Opportunity Employer.
**Manager Level**
-VP
**Job**
-Executive
**Primary Location**
-US-District of Columbia
**Organization**
-Portfolio Solutions
**Schedule**
-Full-time
**Job Type**
-Standard
**Shift**
-Day Job
**Employee Status**
-Regular
**Hiring Manager**
-Anne Gehring
**Recruiter**
-Melissa S Werner
**Relocation Available**
-Yes
**Experience Level**
-3-Seasoned (over 7 years)

*Lakisha*

Lakisha R. Preston
Assistant to:
Kaye Simmons, SVP - FP&A

CONFIDENTIAL

FNMB-000982

*Nicola Fraser, VP - Corporate FP&A*
*Digna Brice, VP - Corporate FP&A*
*Fannie Mae*
*Mail Stop 2H-3W/01*
*(202) 752-8608 (Direct)*
*(240) 699-3209 (Desktop Fax)*
email: **lakisha_r_preston@fanniemae.com**

*If the things around you don't change, then change the things that you are around. Remember, Insanity is doing the same things over and over and expecting new results.*

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

CONFIDENTIAL

FNMB-000983