| | |
|---|---|
| **From:** | Gehring, Anne <anne_gehring@fanniemae.com> |
| **Sent:** | Monday, June 17, 2013 5:14 PM |
| **To:** | Doxie, Monica <monica_doxie@fanniemae.com> |
| **Subject:** | FW: Hello There |

please put this on my calendar

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Nicola Fraser [mailto:nicola.fraser@me.com]
**Sent:** Monday, June 17, 2013 3:22 PM
**To:** Gehring, Anne
**Subject:** Re: Hello There

Hi Anne,

I made a reservation at Village Bistro (1723 Wilson Blvd Arlington, VA 22209) in Arlington. It's just across the river past the Roslyn metro so it should be convenient for you...I hope. I tried to pick a place as close as possible. I have not tried this place before but the reviews are good so thought we could give it a try. You should have received an email from open table with all the details.

I heard you posted a VP position which included some of the work Kathy covered. Anyway, in all serious, I'm hoping you might have a home for me...I'm currently homeless and have not heard from anyone so I'm starting the search :-)

Looking forward to our catch up.

Take care,
Nicola

On Jun 13, 2013, at 3:57 PM, "Gehring, Anne" <anne_gehring@fanniemae.com> wrote:

> Arlington around 6:30 sounds perfect. Very much look forward to seeing you.
>
> Kathy Keller is no longer with FannieMae . . .
>
>
> This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.
>
>
> -----Original Message-----
> From: Nicola Fraser [mailto:nicola.fraser@me.com]

**DEFENDANT'S EXHIBIT 54**

FNMB-000040

Sent: Thursday, June 13, 2013 2:42 PM
To: Gehring, Anne
Subject: Re: Hello There

I've definitely heard the word crazy being used to describe life at Fannie Mae during my maternity leave....ahh, sounds similar to before my leave. I just hope it's a better kind of crazy...the fun kind that folks like you and I thrive on :-)

I can't believe it but I will be make to work in about 5 weeks!!! Holy smokes.

Anyway, don't worry, I won't drag you to the burbs...wouldn't want to stress you out!! Meeting in Arlington somewhere would be good for me; easier than making it to old town if that's okay. What's you timing for dinner on Thursday? Do you want to aim to meet at 6:30 in Arlington in order to get you out of the office? I will check out some ideas on where to meet and get a reservation unless you have somewhere in mind.

On Jun 13, 2013, at 2:03 PM, "Gehring, Anne" <anne_gehring@fanniemae.com> wrote:

> Crazy here. Miss you a lot.
>
> You are in Virginia correct? Once I make it back across the river I can be flexible. You know the geography better than I do.
>
> My favorite place in Old Town is the Majestic, don't know if you have been there, very good food.
>
> Arlington?
>
> Please keep me away from Tysons. You know how the suburbs make me anxious.
>
> This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.
>
> -----Original Message-----
> From: Nicola Fraser [mailto:nicola.fraser@me.com]
> Sent: Thursday, June 13, 2013 2:00 PM
> To: Gehring, Anne
> Subject: Re: Hello There
>
> Hi Anne,
>
> Great to hear from you. Don't worry; completely understand. I was actually planning on reaching out to you again today and having Lakisha or Monica hunt you down for me :-)

CONFIDENTIAL

FNMB-000041

Next Thursday for dinner actually works great for me. Let me know your thoughts on where you want to meet. Happy to meet anywhere that works for you. Looking forward to seeing you.

Take care
Nicola

On Jun 13, 2013, at 12:55 PM, "Gehring, Anne" <anne_gehring@fanniemae.com> wrote:

> So I am a complete ass. I keep thinking about you but then I get caught up in things. Would love to get together for dinner. Would next Thursday work?

> This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

> -----Original Message-----
> From: Nicola Fraser [mailto:nicola.fraser@me.com]
> Sent: Thursday, May 30, 2013 11:19 AM
> To: Gehring, Anne
> Subject: Hello There

> Hi Anne,

> Nicola here...just checking in to say hello and see how you are doing? Geez, I can't believe it is the end of May already...time has gone by so fast. Liam and Keira are doing great. Liam is big little baby...but still fighting the sleep. He is only 11 weeks old so I guess I need to be patient and give him some more time :-)

> How are things with you? I have stayed in touch with several folks at Fannie over the last couple of months but I have not had a chance to catch up with you. I would love to meet up for lunch or drinks/dinner after work if you are up for it. Well, let me know your thoughts on timing. I am available any day next week for either lunch or catching up after work. If next week if too busy for you, let me know your thoughts on timing and we can get something on the calendar. Feel free to call me too if that's easier 703-945-8658.

> Don't work too hard and I hope you are enjoying some time outside the office more these days compared to earlier this year!

CONFIDENTIAL

FNMB-000042

Take care,
Nicola

CONFIDENTIAL

FNMB-000043