| | |
|---|---|
| **From:** | Nicola Fraser <nicola.fraser@me.com> |
| **Sent:** | Thursday, July 11, 2013 2:09 PM |
| **To:** | Werner, Melissa <melissa_werner@fanniemae.com> |
| **Subject:** | Re: EPMO Open VP Position |
| **Attach:** | Fraser_Nicola Resume 7.11.2013.pdf; ATT00001.txt |

Hi Melissa.

Attached is a copy of my updated resume. Please let me know if you need anything else for Monday.  I apologize again for the delay in getting this to you.

Thanks.
Nicola

**DEFENDANT'S EXHIBIT**

**58**

CONFIDENTIAL

# NICOLA FRASER

3205 Latigo Court  |  Oakton, VA  22124  |  703.945.8658  |  nicola.fraser@mc.com

## HIGHLIGHTS

Highly motivated and experienced executive with a track record of expert proficiency in strategic financial planning and analysis, complicated accounting and financial reporting matters, and operational execution. Seasoned, collaborative leader skilled in motivating staff to achieve aggressive goals and objectives. Coordinate effectively with the U.S. Treasury, Securities and Exchange Commission (SEC), Federal Housing Finance Agency (FHFA), and the Financial Accounting Standards Board (FASB). Analytical talent and experience in the financial services & energy industries transferable to positions across industries and specialized management practices. An articulate presenter with outstanding interpersonal skills. Certified Public Accountant.

## PROFESSIONAL EXPERIENCE

**FANNIE MAE,** Washington D.C.
*Vice President, Corporate Financial Planning & Analysis* (2011 – Present)
*Director, Financial Analysis* (2010 – 2011)

Support senior executives through leading teams responsible for the Company's management reporting, forecasting and budgeting processes and addressing public policy matters, such as the future of the mortgage industry and Government-Sponsored Entity reform. Collaborate across the Company to ensure timely communication and manage expectations of results.  Developed key relationships with regulatory bodies including FHFA and the U.S. Treasury.

- **Led the completion of the first annual Risk Plan** required by the U.S. Treasury.
- **Key contributor in the development of the annual Strategic Update,** including leading the related financial analysis, provided to the Board of Directors.
- **Developed and led an analysis of the Company's key priorities** for senior management, the Board of Directors and FHFA enabling timely decisions to be made by the Company and FHFA.
- **Collaborated with business finance teams to establish standard reporting for each business** that provided consistency and aligned with the monthly reporting for the Company.
- **Developed and led the monthly assessment and reporting of the Company's Scorecard provided by** FHFA providing timely communication to senior management, the Board of Directors and FHFA.
- **Led the enhancement of the monthly financial reporting package and development of the annual Financial Plan** for senior management and the Board of Directors.
- **Defined and prepared strategic financial analyses** that provided objective information addressing concerns in the mortgage industry to internal and external audiences such as the U.S. Treasury.
- **Presented monthly financial reports and various strategic financial analyses** to multiple audiences including senior management, the U.S. Treasury, FHFA and U.S. Department of Housing and Urban Development.
- **Successfully built, developed and led finance teams** through significant change within the Company and the organization. Motivated employees to embrace change.  Engaged ongoing professional development for team members.  Efforts increased employee morale and group stability.
- **Implemented specific risk management controls** to ensure accuracy and reliability of strategic financial analyses.

*Director, Accounting Policy* (2008 – 2010)

Recruited to lead the company's accounting policy efforts associated with the adoption of the new consolidation accounting standard. Regularly presented developments to senior management.  Supported new initiatives and products to ensure accurate consolidation and sale accounting under existing and proposed accounting standards. Directed diverse cross-functional teams to ensure consistent accounting methodologies.

- **Authored memos provided to the FASB** addressing significant implementation issues associated with the proposed consolidation accounting standard. Subsequently, the FASB changed the final consolidation accounting standard to address the issues raised.
- **Defended and clarified Fannie Mae's accounting positions before the SEC's Chief Accountant** regarding the implementation of the proposed consolidation accounting standard. Authored letters provided to the SEC staff regarding the company's position on complex implementation issues, including proposed disclosures upon adoption.

CONFIDENTIAL

FNMA000418

**Nicola Fraser, Page Two**

703.945.8658 | nicola.fraser@me.com

## PROFESSIONAL EXPERIENCE - CONTINUED

**CAPITALSOURCE INC.,** Chevy Chase, MD
*Director, Accounting Policy* (2007 - 2008)

Integral team member of an accounting policy group. Provided expert advice and executive guidance on sophisticated accounting treatments, new accounting standards, and unique transactions. Authored and communicated technical accounting policy statements for significant accounting areas.

- **Project leader for the implementation of the new fair value measurement accounting standard,** including presenting educational and status updates to the audit committee and senior management, and coordinating implementation efforts across multiple functions.
- **Demonstrated superior subject matter expertise** in complex accounting and financial reporting issues including real estate transactions, lease accounting, purchase accounting, debt and equity investments, segment reporting, debt transactions, earnings per share and asset impairment analysis.
- **Prepared and reviewed communications with the SEC staff** associated with complex transactions.

**DELOITTE & TOUCHE, LLP**
Washington, D.C. (2004 – 2007)
*Senior Manager, National Office*

Specialized in the firm's National Office SEC Services group. Consulted on SEC accounting and financial reporting issues including segment reporting, financial statement classification, discontinued operations, contingencies, business combinations and other financial statement disclosures. Assisted clients in preparing and communicating with the SEC staff on matters such as requesting a waiver of SEC rules and resolving SEC staff reviews. Assisted clients in connection with initial public offerings, spin-off transactions and other public transactions to ensure compliance with SEC rules including financial statement requirements, age of financial statements, periodic reporting requirements, pro forma financial information, significant acquisitions, financial statements of equity investments not consolidated and other reporting requirements.

- **Project leader for the firm's initial publication of the SEC Reporting Interpretations Manual,** which provides technical guidance relating to SEC developments and Regulation S-X interpretations.
- **Presented at internal (200+ participants) and external (150+ participants) conferences** relating to recent SEC staff comments and developments at the SEC.
- **Facilitated national technical training programs for Partners and Senior Managers** covering financial statement classification, segment presentation, income taxes, stock compensation, and earnings per share.

New York, NY (2002 – 2004)
*Manager, Assurance and Enterprise Risk Services*

Planned, staffed, and managed the annual audits for clients with multi-billion dollar revenues, including publicly traded companies in the energy industry. Promoted early to manager and accepted into the Management Development Program in the firm's National Office.

**ARTHUR ANDERSEN, LLP**
New York, NY, Houston, TX & Philadelphia, PA (1998 – 2002)
*Supervisory Senior, Audit and Business Advisory Services*

Diligently planned, managed, and executed audits for private and public entity clients in the energy, oil field services, manufacturing and communications industries. Facilitated local new hire training covering general auditing techniques and firm standards. Participated in mentoring program for staff employees.

## EDUCATION & AFFILIATIONS

FRANKLIN & MARSHALL COLLEGE – **Bachelor of Arts in Business Administration - Accounting**

Certified Public Accountant, Texas, New York and Washington D.C.

CONFIDENTIAL

FNMA000419