#1.1

## Ana Cristina Lapera
*Washington D.C.*
(703) 318-9486
anacrislapera@yahoo.com

## PROFESSIONAL SUMMARY

- Over Twenty-Five Years of Demonstrated Leadership in business transformation translating strategy into execution, with in-depth experience in Financial Services.
- Experienced enhancing corporate competitive position through business architecture, process improvement, technology integration, and change management leveraging coaching and facilitation.
- Hands-on project management of complex initiatives with short and inflexible time frames, and direct control of multimillion-dollar budgets.
- ASQ Certified Lean Six Sigma Black Belt, who has build and led project teams of 30+ staff, applying process improvement methodologies to optimize value across operational activities.
- ICF Certified Leadership Coach, passionate about developing individuals and teams to deliver results and achieve personal fulfillment.

## EXPERIENCE HIGHLIGHTS

*January 1994 to Present*

**FANNIE MAE**
*Government Sponsored Enterprise providing liquidity to secondary housing finance mortgage market*
*Program Director for Process Improvement Strategy*                    *Jan 2012 - Present*

- Integrated Business Architecture and Operational Excellence teams to create a powerful transformation unit supporting corporate planning and alignment.
  - Institutionalized Fannie Mae's capability framework, which unified business perspectives across the company, enabled analysis of current state (people, process, technology and data) and future state definition, serving as communication vehicle for the Board, Management Committee and staff
  - Partnered with Finance to develop sustainable metrics to manage transformation
- Facilitated working sessions to re-design the future business and operational model of the company, impacting the secondary mortgage finance industry

*Program Director for Operational Excellence and Lean Six Sigma*          *2006 to 2012*

- Led the implementation of the corporate Lean Six Sigma program, methodically changing the culture at all levels of the enterprise from senior management to analysts to focus on continuous improvement towards integrated objectives. Delivered close to $250M in savings from 2010 to 2012 (ROI 794%) with an average team size of 12 people. Responsibilities included:
  - Development of the enterprise deployment framework and training
  - Staffing and managing the process excellence team
  - Creating partnerships with business and corporate support functions (Finance, HR, Business Architecture, and Risk) to deliver results
- Facilitated change management and competitive transformation using best practices from Workout™ and Lean methodologies. Examples include:
  - Designed and facilitated sessions with senior business and technology leaders to develop a shared business architecture framework, agree on definitions describing their business activities, align goals. The new framework is transforming three operating silos into an integrated corporate structure. This work provided the necessary foundation to create effective governance, streamline operations and optimize investments across the firm
  - Improved efficiency and effectiveness of teams by aligning efforts that view individual functions as components of an end-to-end cohesive process, designed to satisfy customers needs, challenging participants to come up with truly innovative solutions
  - Defined prioritization criteria and project sequencing
- Enhanced team effectiveness by raising the awareness of communication styles using Discovery Insights™.
- Used ontological coaching, and Lean Six Sigma tools to establish shared measurable objectives, optimize end-to-end value creation, and increase employee engagement.

Ana Cristina Lapera                    (703) 318-9486                    08/2013

P0001

DEFENDANT'S EXHIBIT 41

LAPERA DEP. EX. NUMBER 11

### Project Management Director
2004 to 2006

- Managed a team of 10 external consultants performing the organizational re-design of Operations and IT. Responsibilities included ensuring that the deliverables reflected Fannie Mae's needs and culture, coordinating interviews during the analysis phase, and preparing presentations to the members of the Executive Committee.
- Responsible for the Project Management team that coordinated project activities to ensure a timely delivery within budget of the FAS 91 Amortization engine. Team building between business and technology, and execution discipline were critical factors for the success of this project. Other work streams replicated approach.

### Director, Fannie Mae eBusiness
1999 to 2004

- Directed a team of more than 35 people (full-time and contract staff) ensuring 99.98% system availability 7 days per week, 24 hours per day for the Web and backend infrastructure supporting an annual book of business of over $20 billion. The focus was on developing and motivating the staff to perform effectively, accelerating change throughout the organization by partnering with other teams, and influencing key decision makers.
- Accountable for all system metrics, e.g., availability, transaction volumes, and transaction response time.
- Managed system capacity planning, deployment and operations of the infrastructure required supporting daily Internet transaction volumes of up to 10,000 transactions/day. Proactive in addressing infrastructure improvements such as server upgrades, network expansion, software changes to ensure capacity scaled in advance of business need and to reduce risk of system outages.
- Account Manager for two of Fannie Mae's top ten lenders with book-of-business $1 billion/month. Responsibilities included relationship building; design, implementation and support of the technical integration between the backend systems of both companies; and production implementation.

### Sr. Consultant, Fannie Mae eBusiness
1994 to 2000

- Managed the Year 2000 (Y2K) compliance efforts for the suite of MORNET and MORNETPlus applications used by lenders to conduct electronic business transactions with Fannie Mae.
- Represented Fannie Mae in the Mortgage Bankers Association (MBA) technology initiatives and led Fannie Mae's efforts on XML.
- Directed the architecture efforts and managed the teams involved in the Extended Enterprise project for Fannie Mae. This strategic project designed and built the infrastructure necessary for secure electronic commerce from loan originators to Fannie Mae at lower costs.

### Additional Fannie Mae Activities

- Involved in volunteer activities, which included process improvement efforts in Montgomery County, MD Clothing Distribution Center that received team recognition by Governor O'Malley; Habitat for Humanity; Discovery Insight facilitation for the National Hispana Leadership Institute; annual mentoring events with the Latino Student Fund.
- Contributed actively to the design of the "Mentoring Circles" program, facilitating a circle of Directors for phase 1. Re-engaged as speaker and facilitator for the 2009 program. Selected for Discovery Insights training and certification in 2009.
- Elected "VP of Internal Affairs" for the Hispanic Employee Network Group from March 2008-2009.
- Selected as "Champion for Change" for the cultural transformation initiative to implement "Our Promise" in June 2006. 48 Champions were selected through competitive evaluation from over 6,000 full time employees.
- Participated in Fannie Mae's corporate mentor program, and was actively involved in targeted coaching.
- Served as co-chair of the 2003 Help the Homeless Auction in Herndon, which raised over $79K.
- Led the "We Are Volunteer Employees" Committee in Herndon in 2004.
- Acted as representative in the Technology Compensation Advisory Group (TCAG) from 2003 to 2005.
- Selected for Leadership development focus groups, including piloting the re-designed Director's program, and efforts impacting culture change.

*CORDANT (Formerly Center Federal Systems, Inc.)*
*Systems Integrator*
*Technical Director of Imaging Programs – Project Engineer*

Reston, VA
*1990 to 1994*

- Managed a technical team of 15 professionals responsible for research, design and implementation of complex systems in response to Government requests for proposals. Specifically tasked with developing unique solutions to requirements ensuring outstanding technical quality of bids involving Imaging Information Systems. The team was successful in winning and implementing the U.S. Air Force Records Management System (ARMS) and the U.S. Navy Bureau of Personnel (BUPERS) procurements.

*SMS Data Products Group, Inc.*
*Systems Integrator*
*Project Manager*

Reston, VA
*1986 to 1989*

- Responsible for Solution Design and all pre-award activities for procurements in the $2 to $40 million range with emphasis on Office Automation.

*General Technology, Inc.*
*Software Development and Computer Consultants*
*Software Engineer*

McLean, VA
*1984 to 1986*

- Responsible for the Analysis and Development of Information Systems for a variety of customers. Projects included applications for Accounting, Financial Systems, Inventory Project Management, and the Automated Work Order Dispatching System specially developed for C & P Telephone and Bell Atlantic.

## TECHNICAL SKILLS
- Minitab, Quality Companion
- Microsoft Office Suite (Word, PowerPoint, Excel, Visio, Project)

## CERTIFICATIONS
- Workout Facilitator
- American Society of Quality (ASQ) Six Sigma Black Belt
- Discovery Insights Facilitator
- International Coaching Federation (ICF) Associate Coaching Certification
- TOGAF 9 ®, parts 1 and 2

## EDUCATION
- **NEWFIELD NETWORK**
  Ontological Coaching

  Washington, DC
  *March 2011- September 2011*

- **SIX SIGMA ACADEMY**
  Gold Belt Training (Lean Six Sigma Black Belt + Change Management)

  Tempe, Arizona
  *January 2007- May 2007*

- **GEORGETOWN UNIVERSITY**
  Professional Certificate in Leadership Coaching

  Washington, DC
  *September 2004 to February 2005*

- **GEORGE WASHINGTON UNIVERSITY**
  Master of Engineering Administration

  Washington, DC
  *1981 to 1982*

- **UNIVERSIDAD METROPOLITANA**
  Systems Engineering Degree *(5 year P.E. program)*

  Caracas, Venezuela
  *1974-1979*

## LANGUAGES
Fluent in English and Spanish

Ana Cristina Lapera          (703) 318-9488                              08/2013