**From:** Lapera, Ana C <IMCEAEX-
_O=FANNIE+20MAE_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=SXUA

**Sent:** Monday, June 10, 2013 12:40 PM

**To:** Werner, Melissa <melissa_werner@fanniemae.com>

**Subject:** RE: Fannie Mae: Your account has been locked

**Attach:** Lapera Resume Sept 2011.docx

---

Hi Melissa,

Sorry I don't have the updated version at work. I'm enclosing the version that I have in my laptop. I'll e-mail you an updated version tomorrow morning.

Thanks!

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

**From:** Werner, Melissa
**Sent:** Monday, June 10, 2013 8:04 AM
**To:** Lapera, Ana C
**Subject:** RE: Fannie Mae: Your account has been locked

Hi Ana,

Pls send me a copy of your resume. I did match you to the job, but there is no resume. THanks!

Melissa Werner
Executive and Officer Recruiting

Federal National Mortgage Association
3900 Wisconsin Avenue, Washington, DC
202/752-6080 direct
410/833-5891 direct
Melissa_Werner@fanniemae.com

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

---

**From:** Lapera, Ana C
**Sent:** Friday, June 07, 2013 3:12 PM
**To:** Werner, Melissa; Clarke, Danielle
**Subject:** RE: Fannie Mae: Your account has been locked

Hi Melissa, Danielle: I'm trying to apply to the position below but somehow messed up the system and my account has been blocked. I'll try again over the weekend, and will reach out to you if I cannot apply directly. Thank you for your help!

Ana

**DEFENDANT'S
EXHIBIT**

**51**

CONFIDENTIAL

FNMA000425

(202) 752-8088

**Vice President for Planning and Alignment (Job Number 35839).**   This position, located in Washington, DC, will report to Anne Gehring and will be responsible for facilitating consensus around a long-term, integrated execution plan for the restructuring of Fannie Mae and the housing industry.   The multi-year investment plan includes project deliverables, project milestones, inter-dependencies and funding requirements.

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

**From:** Fannie Mae Talent Recruiting Center [mailto:careers_mailbox@fanniemae.com]
**Sent:** Friday, June 07, 2013 3:07 PM
**To:** Lapera, Ana C
**Subject:** Fannie Mae: Your account has been locked



Dear Ana:

Your account has been locked after an unsuccessful authentication procedure. To unlock your account, access our Career Section login page, click "Forgot your password?", and follow the instructions. We also invite you to view a list of all current job openings within our organization. Thank you for your interest in Fannie Mae.

Best regards,
Talent Recruiting Center
Fannie Mae

Replies to this message are undeliverable. Please do not reply.

CONFIDENTIAL

FNMA000426

**Ana Cristina Lapera**
*3401  38th Street N.W. #317*
*Washington D.C.20016-3040*
**(703) 318-9486**
**anacrislapera@yahoo.com**

## PROFESSIONAL SUMMARY

- **Over Twenty Years of Demonstrated Leadership** in culture transformation leading to improved corporate competitive position through facilitation, process improvement, coaching, technology integration, and change management.
- **Hands-on Experience in Complex Task Management of Teams** with short and inflexible time frames, and direct control of multimillion Dollar budgets.
- **Fifteen Years of Experience in the Financial Industry** with a thorough understanding of financial operations, including the end-to-end mortgage securitization process.
- **ASQ Certified Lean Six Sigma Black Belt** who has led project teams of 30+ staff in the application of process improvement methodologies to optimize value across operational activities.
- **ICF Certified Leadership Coach** passionate about developing individuals and teams to deliver results and achieve personal fulfillment.

## EXPERIENCE HIGHLIGHTS

**FANNIE MAE**                                                              *January 1994 to Present*

***Program Director for Operational Excellence and Lean Six Sigma***        *2006 to Present*

- Leading the implementation of the corporate Lean Six Sigma program, changing the culture from senior management to analysts to focus on continuous improvement towards integrated objectives. Delivered over $70M in saving in 2010, and on target for savings of over $150M in 2011. Management recognized the value of the Lean Six Sigma program by growing the team from 5 people to 18 in 2010. Responsibilities include:
  - Development of the enterprise deployment framework and training
  - Staffing and managing the process excellence team
  - Creating partnerships with business and corporate support functions (Finance, HR, Business Architecture, and Risk) to deliver results
- Active facilitator of change management and competitive transformation using best practices from Workout™ and Lean methodologies. Examples include:
  - Designing and facilitating sessions with senior business and technology leaders to develop a shared business architecture framework and agree on definitions describing their business activities. The new framework is transforming three operating silos into an integrated corporate structure. This work provided the necessary foundation to create effective governance, streamline operations and optimize investments across the firm
  - Clarifying organizational or team vision and mission
  - Developing teams' positions on a broad range of topics through introspection and dialogue
  - Improving efficiency and effectiveness of teams by aligning efforts that consider individual functions as components of an end-to-end cohesive process designed to satisfy customers needs, challenging participants to come up with truly innovative solutions
  - Defining prioritization criteria and project sequencing
- Enhances team effectiveness by helping participants understand their own communication styles and the preferences of their peers using Discovery Insights™
- Hands-on experience using ontological coaching, and Lean Six Sigma tools to establish shared measurable objectives, optimize end-to-end value creation, and increase employee satisfaction.

---

Ana Cristina Lapera    *3401 38th Street NW #317, Washington DC 20016-3040*  703) 318-9486  anacrislapera@yahoo.com    06/2011

**Project Management Director**                                    *2004 to 2006*

- Managed a team of 10 external consultants performing the organizational re-design of Operations and IT. Responsibilities included ensuring that the deliverables reflected Fannie Mae's needs and culture, coordinating interviews during the analysis phase, and preparing presentations to the members of the Executive Committee.
- Responsible for the Project Management team that coordinated project activities to ensure a timely delivery within budget of the FAS 91 Amortization engine. Team building between business and technology, and execution discipline were critical factors for the success of this project.

**Director, Fannie Mae eBusiness**                                 *1999 to 2004*

- Directed a team of more than 35 people (full-time and contract staff) ensuring 99.9% system availability 7 days per week, 24 hours per day for the Web and backend infrastructure supporting an annual book of business of over $20 billion. The focus was on developing and motivating the staff to perform effectively, accelerating change throughout the organization by partnering with other teams, and influencing key decision makers.
- Accountable for all system metrics, e.g., availability, transaction volumes, and transaction response time.
- Managed system capacity planning, deployment and operations of the infrastructure required supporting daily Internet transaction volumes of up to 10,000 transactions/day. Proactive in addressing infrastructure improvements such as server upgrades, network expansion, software changes to ensure capacity scaled in advance of business need and to reduce risk of system outages.
- Account Manager for two of Fannie Mae's top ten lenders with book-of-business $1 billion/month. Responsibilities included relationship building; design, implementation and support of the technical integration between the backend systems of both companies; and production implementation.

**Sr. Consultant, Fannie Mae eBusiness**                          *1994 to 2000*

- Managed the Year 2000 (Y2K) compliance efforts for the suite of MORNET and MORNETPlus applications used by lenders to do electronic business with Fannie Mae.
- Represented Fannie Mae in the Mortgage Bankers Association (MBA) technology initiatives and leading Fannie Mae's efforts on XML.
- Directed the architecture efforts and managed the teams involved in the Extended Enterprise project for Fannie Mae. This strategic project designed and built the infrastructure necessary for secure electronic commerce for the mortgage finance industry.

**Additional Fannie Mae Activities**

- Active contributor to the design of the "Mentoring Circles" program, with facilitator role for a circle of Directors for phase 1 (June 2008 - December 2008). Re-engaged as speaker and facilitator for the 2009 program. Selected for Discovery Insights training and certification in 2009.
- Elected "VP of Internal Affairs" for the Hispanic Employee Network Group from March 2008-2009.
- Selected as "Champion for Change" for the cultural transformation initiative to implement "Our Promise" in June 2006.  48 Champions were selected through competitive evaluation from over 6,000 full time employees.
- Regular participant in Fannie Mae's corporate mentor program, and actively involved in targeted coaching.
- Co-Chair of the 2003 Help the Homeless Auction in Herndon, which raised over $79K.
- Leader of "We Are Volunteer Employees" Committee in Herndon in 2004.
- Dedicated Channel's representative to the Technology Compensation Advisory Group (TCAG) from 2003 to 2005.
- Active participant in Leadership development focus group, including piloting the re-designed Director's program.

2 | Ana Cristina Lapera    3401 38ᵗʰ Street NW #317, Washington DC 20016-3040   703) 318-9486   anacrislapera@yahoo.com    06/2011

CONFIDENTIAL

FNMA000428

**CORDANT** *(Formerly Center Federal Systems, Inc.)*                Reston, VA
*Systems Integrator*                                                  *1990 to 1994*
**Technical Director of Imaging Programs – Project Engineer**

- Managed a technical team of 15 professionals responsible for research, design and implementation of complex systems in response to Government requests for proposals. Specifically tasked with developing unique solutions to requirements ensuring outstanding technical quality of bids involving Imaging Information Systems. The team was successful in winning and implementing the U.S. Air Force Records Management System (ARMS) and the U.S. Navy Bureau of Personnel (BUPERS) procurements.

**SMS Data Products Group, Inc.**                                    Reston, VA
*Systems Integrator*                                                  *1986 to 1989*
**Project Manager**

- Responsible for Solution Design and all pre-award activities for procurements in the $2 to $40 million range with emphasis on Office Automation.

**General Technology, Inc.**                                         McLean, VA
*Software Development and Computer Consultants*                       *1984 to 1986*
**Software Engineer**

- Responsible for the Analysis and Development of Information Systems for a variety of customers. Projects included applications for Accounting, Financial Systems, Inventory Project Management, and the Automated Work Order Dispatching System specially developed for C & P Telephone and Bell Atlantic.

## TECHNICAL SKILLS

- Microsoft Office Suite (Word, PowerPoint, Excel, Visio, Project), SQL, Oracle, Sybase, SharePoint, XML, Clear Quest, Minitab, Quality Companion.
- Certified Workout Facilitator
- American Society of Quality (ASQ) Certified Black Belt
- Certified Discovery Insights Facilitator
- International Coaching Federation (ICF) Associate Coaching Certification

## EDUCATION

- **NEWFIELD NETWORK**                                         **Washington, DC**
  Ontological Coaching                                         *March 2011- September 2011*

- **SIX SIGMA ACADEMY**                                        **Tempe, Arizona**
  Gold Belt Training (Black Belt + Change Management)          *January 2007- May 2007*

- **GEORGETOWN UNIVERSITY**                                    **Washington, DC**
  Professional Certificate in Leadership Coaching             *September 2004 to February 2005*

- **GEORGE WASHINGTON UNIVERSITY**                             **Washington, DC**
  Master of Engineering Administration                         *1981 to 1982*

- **UNIVERSIDAD METROPOLITANA**                                **Caracas, Venezuela**
  Systems Engineering Degree *(5 year P.E. program)*           *1974-1979*

## LANGUAGES
Fluent in English and Spanish

## SECURITY CLEARANCE
**Secret** *(inactive)*

Ana Cristina Lapera    3401 38th Street NW #317, Washington DC 20016-3040   703) 318-9486   anacrislapera@yahoo.com    06/2011

CONFIDENTIAL

FNMA000429