## Arrington, Leslie

| | |
|---|---|
| **From:** | Gehring, Anne |
| **Sent:** | Wednesday, June 12, 2013 2:47 PM |
| **To:** | Harris, Shandell T |
| **Subject:** | FW: Internal VP candidates for our conversation today. |

**Importance:** High

Please call me to discuss these candidates.  Would like your opinion and insights.

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

---

**From:** Werner, Melissa
**Sent:** Wednesday, June 12, 2013 2:14 PM
**To:** Gehring, Anne
**Cc:** Riddle, Laura
**Subject:** Internal VP candidates for our conversation today.
**Importance:** High

Peter Coccaro
Joe Hallett
David Humble
John (Chris) Kocks
Ana LaPera
Brian McEvoy
Elizabeth Millslein
Rosemary Norwood

John Hickman
Steve Solomon
Piper Beveridge

Melissa Werner
Executive and Officer Recruiting

Federal National Mortgage Association
3900 Wisconsin Avenue, Washington, DC
202/752-6080 direct
410/833-5891 direct
Melissa_Werner@fanniemae.com

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

**DEFENDANT'S EXHIBIT 49**

4/10/2014

CONFIDENTIAL

FNMA000097