**Arrington, Leslie**

| | |
|---|---|
| **From:** | Gehring, Anne |
| **Sent:** | Tuesday, July 09, 2013 1:28 PM |
| **To:** | Werner, Melissa; Harris, Shandell T |
| **Subject:** | RE: EPMO Open VP Position |

Please make it Anne, Shandell and Mike Choi.

We should proceed asap.

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

-----Original Message-----
From: Werner, Melissa
Sent: Monday, July 08, 2013 10:56 AM
To: Gehring, Anne; Harris, Shandell T
Subject: RE: EPMO Open VP Position

Just to confirm, the candidates to interview include:

Nicola
Joe Hallett
Ana Lapera

Who are the interviewers?  Anne, Shandell and anyone additional?

Melissa Werner
Executive and Officer Recruiting

Federal National Mortgage Association
3900 Wisconsin Avenue, Washington, DC
202/752-6080 direct
410/833-5891 direct
Melissa_Werner@fanniemae.com

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

-----Original Message-----
From: Gehring, Anne
Sent: Monday, July 08, 2013 10:29 AM
To: Werner, Melissa; Harris, Shandell T
Subject: RE: EPMO Open VP Position

Melissa and Shandell -

Let's begin the interviewing process as quickly as possible.

Thanks

Anne

1

DEFENDANT'S
EXHIBIT

55

CONFIDENTIAL

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

-----Original Message-----
From: Werner, Melissa
Sent: Monday, July 08, 2013 8:05 AM
To: 'Nicola Fraser'; Harris, Shandell T
Cc: Gehring, Anne
Subject: RE: EPMO Open VP Position

Great and thank you Nicola,

I look forward to receiving your resume and connecting with you soon!

Melissa Werner
Executive and Officer Recruiting

Federal National Mortgage Association
3900 Wisconsin Avenue, Washington, DC
202/752-6080 direct
410/833-5891 direct
Melissa_Werner@fanniemae.com

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

-----Original Message-----
From: Nicola Fraser [mailto:nicola.fraser@me.com]
Sent: Thursday, July 04, 2013 3:08 PM
To: Harris, Shandell T; Werner, Melissa
Cc: Gehring, Anne
Subject: EPMO Open VP Position

Melissa and Shandell,

I wanted to let you know that I met with Dave Benson on Tuesday afternoon and we discussed opportunities for me upon my return on July 22nd.

After giving it further consideration, I sent Dave an email today to let him know that the open position in the EPMO organization is the opportunity I would like to pursue.  I discussed and shared the news with Anne yesterday evening.

I will follow up early next week with a copy of my updated resume.  If you have any questions or would like to discuss, please feel free to reach out to me via this email address or my cell (703) 945-8658.

Hope you all have a wonderful Holiday weekend!

Thanks,
Nicola

2

CONFIDENTIAL

FNMA000101