**Subject:**  Interview - Nicola Fraser - VP EPMO Planning and Alignment (Shandell Harris) - UPDATED RESUME ATTACHED

**Location:**  Shandell's office - 4000 North Bldg Room #5342

**Start:**  7/15/2013 11:30 AM

**End:**  7/15/2013 12:00 PM

**Show Time As:**  Tentative

**Recurrence:**  (none)

**Meeting Status:**  Not yet responded

**Required Attendees:**  Harris, Shandell T; Werner, Melissa

**Resources:**  Shandell's office - 4000 North Bldg Room #5342

When: Monday, July 15, 2013 11:30 AM-12:00 PM (GMT-05:00) Eastern Time (US & Canada).
Where: Shandell's office - 4000 North Bldg Room #5342

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

DEFENDANT'S
EXHIBIT
74

CONFIDENTIAL

FNMB-001325

 **FannieMae**

# VP & Planning and Alignment
## Enterprise Program Management Office
## Washington, D.C.

## THE COMPANY

Fannie Mae exists to expand affordable housing and bring global capital to local communities in order to serve the U.S. housing market. Fannie Mae has a federal charter and operates in America's secondary mortgage market to enhance the liquidity of the mortgage market by providing funds to mortgage bankers and other lenders so that they may lend to home buyers. Our job is to help those who house America.

For more information about Fannie Mae and our career opportunities, please visit www.fanniemae.com.

## JOB SUMMARY

### Overview of Job / Management and Reporting Structure

The role facilitates consensus around a long term, integrated execution plan for the restructuring of Fannie Mae and the housing industry. The multiyear investment plan includes project deliverables, project milestones, inter-dependencies and funding requirements. The plan is used as the basis of discussion with the Management Committee, Board of Directors, and FHFA for project prioritization and agreement on timing of deliverables. In particular, this role demands intensive interaction with the company's senior management team, initiative leaders, FHFA and other key stakeholders throughout the company. Reporting to the individual will be the Head of Operational Excellence and Lean Six Sigma who is responsible for driving process improvement using the Lean Six Sigma methodology across the entire corporation. In addition, the individual will lead a team that will recommend or implement procedures or business processes that are compliant with Legal and Regulatory directives, corporate mandates, and instruct managers in their use.

### Key Job Functions & Duties

Responsibilities include:

- Act as a trusted advisor and independent lens to the SVP of the EPMO and the CFO. Provide insights and strategic analysis to facilitate decision making. Develop a relationship with the SVP and CFO that promotes role as objective sounding board.
  - Develop strong relationships with the senior leadership team on the project teams, particularly the Program Managers. Achieve a deep understanding of the goals and activities in the organization. Identify risks, opportunities and drive collaboration to incorporate a single set of facts into the Multi-Year Investment Plan. To be effective, the individual must be viewed as a credible and fair broker of strategic recommendations.
  - Communicate effectively at the highest levels of the organization. Prepare and deliver written and verbal communications describing the multi-year investment plan to the CFO, the Management Committee, regulators and the Fannie Mae Board of Directors. This will require taking very complex concepts and explaining them in a simple and concise manner. Articulate key messages and knowledgeably respond to clarifying questions with poise and confidence. Remain at the appropriate level of detail for the audience.
  - Take ownership of the overall approach for managing the EPMO's relationship with key external stakeholders, including FHFA. Gather input and coordinate responses to, as well as providing briefings on a regular and ad hoc basis.
  - Create and maintain tools that document the multi-year investment plan and provide the ability to quickly evaluate multiple scenarios.
  - Establish and groom a team of future leaders that are viewed as value added business resources for achieving critical business objectives.
  - Assess optimal organizational structure, identify and fill critical skill gaps. Coach team members for professional growth and leadership capabilities. Make touch calls on non-performance as required.
  - Consistently support the goals and objectives of the broader EPMO. Build very strong relationships with the leaders of each pillar. Consistently engage, partner and communicate with peers to ensure cohesive execution of

{ DATE \* MERGEFORMAT }

CONFIDENTIAL

FNMB-001326

 **FannieMae**

**Job Description - Officers**

> organizational goals.
> - Provide expert advice and interpretation of corporate governance activities including policies, procedures and Delegations of Authority.

## Qualifications
- Years of experience: 10 required.
- Years of managerial experience: 5 preferred.
- Expertise in Program/Project Management or related areas.
- Bachelor's degree required
- Master's degree preferred
- Ability to communicate verbally and in writing - across functions, teams and various levels of management.
  - Listen and gather feedback and pertinent information and prepare pointed summaries for executives and stakeholders.
- Demonstrated cross-functional collaboration.
  - Effectively build relationships and trust with a wide range of personnel.
  - Inspire confidence in superiors, peers and subordinates.
  - Flexibility to function in a matrix environment.
- Anticipate problems and take pro-active action to resolve.
  - Identify new approaches to address process failures.
- Ability to influence people to get things done even when direct authority does not exist
  - Influence senior stakeholders and command their respect.
  - Perceive subtle behavioral cues in surfacing and man
- Apply techniques for planning, monitoring and
  - Track and manage budgeting and reso
- Drive results in a swift and constructive man
  - Make sound judgment calls under high u

## Competencies
**Leads Through Change**
- Builds alignment and commitment around a

**Collaborates Across Boundaries**
- Acts as a leader of Fannie Mae, not just own

**Acts with Courage and Integrity**
- Is truthful and transparent in all business dealing situations

**Builds and Applies Our Talent**
- Uses all available resources to meet challenging g

**Balances Competing Priorities**
- Determines the right people to involve and the right

**Delivers Results**
- Creates detailed strategic and tactical plans that clear. them

**Creates Competitive Advantage**
- Understands and anticipates the needs of our customers best to deliver value
- Maintains a long-term, "big-picture" view, anticipating cha proactive steps to address emerging operational requireme

*[Handwritten note:]* Interview with Shandall Harris. do you recall whether she asked about your technical qualifications?

· did she ask about your leadership capabilities. what is your understanding of the leadership cp

{ DATE \* MERGEFORMAT }

Page 2 of 3

CONFIDENTIAL

 FannieMae

**Job Description - Officers**

## COMPENSATION

Fannie Mae's compensation and benefits package is very competitive. It is designed to help employees meet varying needs throughout their careers and to reward employee's skills, expertise, and potential.

Fannie Mae is an equal employment opportunity employer and considers qualified applicants for employment without regard to race, gender, age, color, religion, national origin, marital status, disability, sexual orientation, or any other protected factor.

As a condition of employment with Fannie Mae, any successful job applicant will be required to pass a pre-employment drug screen and to successfully complete a background investigation. Officer positions will also include a credit check as part of the background investigation process.

Date created: 3/28/2011
Requestor: Anne L. Gehring
Job Code / Title: VP, Planning and Alignment
Position reports to: SVP, EPMO
Cost Center: 835 - EPMO
EC Member: David Benson
HR Business Partner: Harris, Shandell T

{ DATE \* MERGEFORMAT }

CONFIDENTIAL

FNMB-001328

# NICOLA FRASER

3205 Latigo Court | Oakton, VA 22124 | 703.945.8658 | nicola.fraser@me.com

## HIGHLIGHTS

Highly motivated and experienced executive with a track record of expert proficiency in strategic financial planning and analysis, complicated accounting and financial reporting matters, and operational execution. Seasoned, collaborative leader skilled in motivating staff to achieve aggressive goals and objectives. Coordinate effectively with the U.S. Treasury, Securities and Exchange Commission (SEC), Federal Housing Finance Agency (FHFA), and the Financial Accounting Standards Board (FASB). Analytical talent and experience in the financial services & energy industries transferable to positions across industries and specialized management practices. An articulate presenter with outstanding interpersonal skills. Certified Public Accountant.

## PROFESSIONAL EXPERIENCE

**FANNIE MAE,** Washington D.C.
*Vice President, Corporate Financial Planning & Analysis* (2011 – Present)
*Director, Financial Analysis* (2010 – 2011)

Support senior executives through leading teams responsible for the Company's management reporting, forecasting and budgeting processes and addressing public policy matters, such as the future of the mortgage industry and Government-Sponsored Entity reform. Collaborate across the Company to ensure timely communication and manage expectations of results. Developed key relationships with regulatory bodies including FHFA and the U.S. Treasury.

- **Led the completion of the first annual Risk Plan** required by the U.S. Treasury.
- **Key contributor in the development of the annual Strategic Update,** including leading the related financial analysis, provided to the Board of Directors.
- **Developed and led an analysis of the Company's key priorities** for senior management, the Board of Directors and FHFA enabling timely decisions to be made by the Company and FHFA.
- **Collaborated with business finance teams to establish standard reporting for each business** that provided consistency and aligned with the monthly reporting for the Company.
- **Developed and led the monthly assessment and reporting of the Company's Scorecard provided by FHFA** providing timely communication to senior management, the Board of Directors and FHFA.
- **Led the enhancement of the monthly financial reporting package and development of the annual Financial Plan** for senior management and the Board of Directors.
- **Defined and prepared strategic financial analyses** that provided objective information addressing concerns in the mortgage industry to internal and external audiences such as the U.S. Treasury.
- **Presented monthly financial reports and various strategic financial analyses** to multiple audiences including senior management, the U.S. Treasury, FHFA and U.S. Department of Housing and Urban Development.
- **Successfully built, developed and led finance teams** through significant change within the Company and the organization. Motivated employees to embrace change. Engaged ongoing professional development for team members. Efforts increased employee morale and group stability.
- **Implemented specific risk management controls** to ensure accuracy and reliability of strategic financial analyses.

*Director, Accounting Policy* (2008 – 2010)

Recruited to lead the company's accounting policy efforts associated with the adoption of the new consolidation accounting standard. Regularly presented developments to senior management. Supported new initiatives and products to ensure accurate consolidation and sale accounting under existing and proposed accounting standards. Directed diverse cross-functional teams to ensure consistent accounting methodologies.

- **Authored memos provided to the FASB** addressing significant implementation issues associated with the proposed consolidation accounting standard. Subsequently, the FASB changed the final consolidation accounting standard to address the issues raised.
- **Defended and clarified Fannie Mae's accounting positions before the SEC's Chief Accountant** regarding the implementation of the proposed consolidation accounting standard. Authored letters provided to the SEC staff regarding the company's position on complex implementation issues, including proposed disclosures upon adoption.

CONFIDENTIAL

FNMB-001329

## Nicola Fraser, Page Two

703.945.8658 | nicola.fraser@me.com

## PROFESSIONAL EXPERIENCE - CONTINUED

**CAPITALSOURCE INC.,** Chevy Chase, MD
*Director, Accounting Policy (2007 - 2008)*

Integral team member of an accounting policy group. Provided expert advice and executive guidance on sophisticated accounting treatments, new accounting standards, and unique transactions. Authored and communicated technical accounting policy statements for significant accounting areas.

- **Project leader for the implementation of the new fair value measurement accounting standard,** including presenting educational and status updates to the audit committee and senior management, and coordinating implementation efforts across multiple functions.
- **Demonstrated superior subject matter expertise** in complex accounting and financial reporting issues including real estate transactions, lease accounting, purchase accounting, debt and equity investments, segment reporting, debt transactions, earnings per share and asset impairment analysis.
- **Prepared and reviewed communications with the SEC staff** associated with complex transactions.

**DELOITTE & TOUCHE, LLP**
Washington, D.C. (2004 - 2007)
*Senior Manager, National Office*

Specialized in the firm's National Office SEC Services group. Consulted on SEC accounting and financial reporting issues including segment reporting, financial statement classification, discontinued operations, contingencies, business combinations and other financial statement disclosures. Assisted clients in preparing and communicating with the SEC staff on matters such as requesting a waiver of SEC rules and resolving SEC staff reviews. Assisted clients in connection with initial public offerings, spin-off transactions and other public transactions to ensure compliance with SEC rules including financial statement requirements, age of financial statements, periodic reporting requirements, pro forma financial information, significant acquisitions, financial statements of equity investments not consolidated and other reporting requirements.

- **Project leader for the firm's initial publication of the SEC Reporting Interpretations Manual,** which provides technical guidance relating to SEC developments and Regulation S-X interpretations.
- **Presented at internal (200+ participants) and external (150+ participants) conferences** relating to recent SEC staff comments and developments at the SEC.
- **Facilitated national technical training programs for Partners and Senior Managers** covering financial statement classification, segment presentation, income taxes, stock compensation, and earnings per share.

New York, NY (2002 - 2004)
*Manager, Assurance and Enterprise Risk Services*

Planned, staffed, and managed the annual audits for clients with multi-billion dollar revenues, including publicly traded companies in the energy industry. Promoted early to manager and accepted into the Management Development Program in the firm's National Office.

**ARTHUR ANDERSEN, LLP**
New York, NY, Houston, TX & Philadelphia, PA (1998 - 2002)
*Supervisory Senior, Audit and Business Advisory Services*

Diligently planned, managed, and executed audits for private and public entity clients in the energy, oil field services, manufacturing and communications industries. Facilitated local new hire training covering general auditing techniques and firm standards. Participated in mentoring program for staff employees.

## EDUCATION & AFFILIATIONS

FRANKLIN & MARSHALL COLLEGE – **Bachelor of Arts in Business Administration - Accounting**

Certified Public Accountant, Texas, New York and Washington D.C.

CONFIDENTIAL

FNMB-001330