## Arrington, Leslie

| | |
|---|---|
| **From:** | Werner, Melissa |
| **Sent:** | Tuesday, July 16, 2013 1:20 PM |
| **To:** | Gehring, Anne |
| **Cc:** | Harris, Shandell T |

**Subject:** RE: Feedback Requested: Internal Candidates for VP for Planning and Alignment

Ok. Let me get back to you on next steps. Should be quick.

Sent with Good (www.good.com)

-----Original Message-----
**From:** Gehring, Anne
**Sent:** Tuesday, July 16, 2013 01:14 PM Eastern Standard Time
**To:** Werner, Melissa
**Cc:** Harris, Shandell T
**Subject:** RE: Feedback Requested: Internal Candidates for VP for Planning and Alignment

Melissa -

Here is my feedback -

Nicola Fraser is the best candidate.
- well established relationships with David Benson and the management committee that will be critical in this role.
- experience in public policy and strategic planning. This role operationalizes the strategy so deep understanding is important.
- tested VP with excellent leadership and enterprise influencing skills.

Joe Hallett (#2)
- Very thoughtful, measured and deliberate.
- Sees the big picture.
- Great relationship building skills, easy to work with.
- Would be a new VP and need time to grow into the role.

Ana LaPera (#3)
- very execution oriented, self starter
- mature relationships throughout the organization
- does not consistently see the big picture, sometimes has a naive view
- communications skills at executive level need improvement. Not a good fit for MC or FHFA interaction.

Please move forward with Nicola.

Thanks

Anne

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

4/10/2014

**DEFENDANT'S EXHIBIT**

**61**

CONFIDENTIAL

FNMA000105

**From:** Werner, Melissa
**Sent:** Monday, July 15, 2013 8:12 PM
**To:** Gehring, Anne
**Subject:** FW: Feedback Requested: Internal Candidates for VP for Planning and Alignment

FYI

Sent with Good (www.good.com)

-----Original Message-----
**From:** Choi, Mike
**Sent:** Monday, July 15, 2013 07:07 PM Eastern Standard Time
**To:** Werner, Melissa
**Cc:** Gehring, Anne; Harris, Shandell T
**Subject:** RE: Feedback Requested: Internal Candidates for VP for Planning and Alignment

Hi Melissa -

All three bring varying strengths to the table:

Ana Lapera – working knowledge of the EPMO, specifically the P&A team; deep process expertise, extensive Fannie Mae experience and network.

Joe Hallett – strong PM with hands-on delivery experience at Fannie Mae, and working knowledge of the various governance bodies and process that exist.  Can provide valuable perspective on how to further strengthen and align our operating model to improve EPMO's effectiveness.

Nicola Fraser – deep financial background and experience with strong relationships across the organization.  In particular, FP&A, which is a key EPMO partner.  Proven track record for delivery on both tactical and strategic efforts.  Has experience synthesizing financial data to produce information for management consumption.

Considering the above, I believe Nicola would add the most value to the team at this time.  She possesses the analytical skills necessary for the role, is a strategic thinker, and has strong interpersonal and communication skills, which is imperative.  Her previous experience navigating diff client organizations as an auditor is a plus.  I believe Nicola can hit the ground running with minimal ramp up time.

Happy to discuss further.

Mike

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Werner, Melissa
**Sent:** Monday, July 15, 2013 1:53 PM
**To:** Harris, Shandell T; Choi, Mike
**Cc:** Gehring, Anne
**Subject:** Feedback Requested: Internal Candidates for VP for Planning and Alignment

Everyone,

4/10/2014

FNMA000106

Thank you for your time for interviewing Joe Hallett, Nicola Fraser and Ana Lapera.    At your earliest convenience, please provide me and Anne Gehring with your thoughts on these candidates.
You can provide your thoughts in email or if you would prefer to discuss personally, I am happy to call you.
Thank you again for your time in helping attract, develop and retain top talent at Fannie Mae.

Melissa Werner
Executive and Officer Recruiting

Federal National Mortgage Association
3900 Wisconsin Avenue, Washington, DC
202/752-6080 direct
410/833-5891 direct
Melissa_Werner@fanniemae.com


This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

4/10/2014

CONFIDENTIAL

FNMA000107