**From:**   Harris, Shandell T <shandell_t_harris@fanniemae.com>
**Sent:**   Monday, July 15, 2013 4:42 PM
**To:**   Werner, Melissa <melissa_werner@fanniemae.com>
**Cc:**   Gehring, Anne <IMCEAEX-
_O=FANNIE+20MAE_OU=First+20Administrative+20Group_cn=Recipients_cn=anne+5Fgehring@fann
**Subject:** RE: Feedback Requested: Internal Candidates for VP for Planning and Alignment

---

All,

I have completed all my interviews and here are my thoughts. Nicola, by far is the best candidate...a seasoned top-talented leader with demonstrated leadership capabilities. With regard to the two director candidates, I was very impressed with Joe Hallet. He comes across very polished, with strong executive presence and his answers indicated that he has strong leadership skills. He is also very aware of the areas for his continued development, specifically with regard to delegation. Ana has good leadership skills as it relates to managing her team. Her real area of focus would be her executive presence and communicating with the the OC and MC. I think this area of development for her is critical given this role so I would not see her as the best candidate.

Let me know if you need anything else.

Thanks!

*Shandell Harris*
**Human Resources Business Partner III**
**Finance**
**(202) 752-2247**
Shandell_T_Harris@Fanniemae.com

---

**From:** Werner, Melissa
**Sent:** Monday, July 15, 2013 1:53 PM
**To:** Harris, Shandell T; Choi, Mike
**Cc:** Gehring, Anne
**Subject:** Feedback Requested: Internal Candidates for VP for Planning and Alignment

Everyone,

Thank you for your time for interviewing Joe Hallett, Nicola Fraser and Ana Lapera. At your earliest convenience, please provide me and Anne Gehring with your thoughts on these candidates.

You can provide your thoughts in email or if you would prefer to discuss personally, I am happy to call you.

Thank you again for your time in helping attract, develop and retain top talent at Fannie Mae.


Melissa Werner
Executive and Officer Recruiting

Federal National Mortgage Association
3900 Wisconsin Avenue, Washington, DC
202/752-6080 direct
410/833-5891 direct

**DEFENDANT'S EXHIBIT**

**62**

CONFIDENTIAL

FNMA000443

Melissa_Werner@fanniemae.com

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

CONFIDENTIAL

FNMA000444