2012 Directors and Officers Year-End Review for Nicola Fraser

## 2012 Directors and Officers Year-End Review for Nicola Fraser

 Talent Central

### Employee Information

| | |
|---|---|
| First Name: | Nicola |
| Last Name: | Fraser |
| Manager: | Deborah K Arnold-Simmons |
| Department: | 265 |
| Division: | Financial Planning & Analysis |
| Title: | VPforCorpFin Planning&Analysis |
| Hire Date: | 08/11/2008 |
| Originator: | My PerformancManager (AHUS2B1X) |
| Review Period: | 01/01/2012 - 12/31/2012 |
| Due Date: | 02/01/2013 |

### Fannie Mae's Corporate Priorities for 2012

- Set industry standards
- Promote private capital participation
- Minimize taxpayer losses
- Enhance safety and soundness

**DEFENDANT'S EXHIBIT**

**211**

### 2012 Results - What You Accomplished

**Employees:**

- Update the status for each goal (e.g. Completed, On Course, Not On Course, Not Applicable).
- Type your self-assessment of your progress against your goals in the assessment box using notes from your regular one-on-one discussions, mid-year discussions and other feedback you have received to assist you.
- Provide progress against your development and career goals.
- You may want to print a copy of your self-assessment for your records and discussion.

**Managers:**

- Review the employee's self-assessment for each goal and document your feedback in the comment boxes.
- Solicit feedback regarding the employee's performance from relevant stakeholders (recent former managers, peers/internal customers, and direct reports) via the Feedback Form.
- Use notes from the regular one-one-one discussions, the mid-year discussion and general observations and feedback gathered throughout the year to shape your assessment.
- You cannot send the form back to the employee in the Manager Assessment step. If necessary, you may gather additional information from your direct report via email or Word document. If so, you will need to cut and paste the additional data into the Year-End Form.
- After the ratings distribution is approved in the Finalize and Deliver step, you may send the form back to the employee for any necessary edits. If you do send it back to your employee, the rating and comments you have entered will not be visible to the employee.

### 1.1

**Category: 2012 Performance Goals**

**Goal : Analytics**

(1) Appropriate Consistency - Obtain consensus on common metrics and definitions (including consistent risk and financial measures); as appropriate, enhance and/or develop reporting and implement measurement tools used to generate those common metrics that are appropriate for each application and business activity.

(2) Actionable Analytics - Enhance business decision support by building infrastructure to provide actionable metrics and analysis that inform decisions end-to-end; incorporate these into business processes so that businesses can respond. As appropriate, provide oversight to ensure businesses manage to the common metrics framework.

**Success Measure : (1) Appropriate Consistency -** Obtain consensus on common metrics and definitions by 6/30/2012; develop implementation plan for creating measurement tools as necessary and make appropriate progress against 2012 milestones.

(2) Actionable Analytics - Develop implementation plan for building metrics infrastructure by 3/31/2012 and make appropriate progress against 2012 milestones; establish monthly business unit reporting with key customers by 6/30/2012. Ensure accountability through monthly metrics reviews.

Status : Completed          Start : 01/01/2012          Due : 12/31/2012

**Notes :**

**Assessment by Nicola Fraser:**
In late 2011, we developed the enhanced management report for senior management, the Board and FHFA. This report has continued to evolve in 2012; however, the Corporate FP&A's team next immediate effort was to lead in the development of a consistent reporting package for each Business Unit (including all of the support functions). This required working with the BU CFO teams and providing leadership in the development of standard reporting packages, challenging metrics identified and ensuring consistency across all the business units. Senior management embraced the new reporting package and requested a standard Quarterly Business Review (QBR) where each business unit leader presents his/her standard reporting package to the members of the operating committee and, depending on availability, the Chairman of the Board. The first through third quarter QBRs have been successfully held during 2012.

Next we worked with the Lean Six Sigma team (now in the EMPO organization) to develop a capability framework for the Company. This has required significant effort for both teams to develop and challenge the way the Company thinks and measures itself. Furthermore, we have worked closely with the BU CFO teams to ensure engagement and agreement with key business stakeholders in developing the framework. This has been an evolving process and required more time that expected to ensure engagement and success in the future. We are continuing our efforts to identify metrics tied to each capability and the more detailed processes, baseline the identified metrics and establish targets. We have largely focused on metrics impacted by our strategic initiatives in 2012. The further development and expansion of this project will be a priority for 2013.

During the year, we provided significant updates to the Board regarding our progress which have all been received well.
**Assessment by Deborah K Arnold-Simmons:**
Nicola has been very effective in working through periods of many changes, particularly with respect to Corporate Goals. The reporting she developed has been well-received by senior management and is driving change throughout the organization. The QBR process is considered a resounding success even by senior managers who were not supported of it in the beginning of the year. We still have some work to do to enhance the Board reporting based on essential feedback from our Board members. Most of our Board members are very enthusiastic regarding our current materials.

### 1.2

**Category: 2012 Performance Goals**

**Goal : Sustainability**
(1) Reporting - Conduct timely, reliable, accurate, and well-communicated close, forecasting, and metrics reporting.
(2) Operational Discipline - Strengthen operational discipline to achieve and maintain a strong control environment.

**Success Measure : Reporting:**
- Meet expected deadlines to all major Finance stakeholders
- Continued improvement in delivery and timeliness to ensure stronger client usage
- Exhibit improvement in quality of financial analytics to support the validation of results
Operational Discipline:
- Ensure no high priority-rated audit findings
- Manage all administrative expenses within budget

Status : Completed          Start : 01/01/2012          Due : 12/31/2012

2012 Directors and Officers Year-End Review for Nicola Fraser

Notes :

Assessment by Nicola Fraser:
As noted above, in late 2011, we developed a new monthly management report for senior management, the Board and FHFA. This report continued to evolve in 2012. We received positive feedback from the users and consistently used the report for the intended audiences. In 2012, we focused on improving the report throughout the year including enhanced reporting of our revenues, impact of our earnings on the Senior Preferred Stock Purchase Agreement, enhanced monthly trend analyses for administrative expenses, further sensitivities to the forecast, and provided a broader understanding of the key assumptions in the forecast. We are continuing to react to changes in our business and the Company to ensure timely and relevant reporting.

Even though the Board reacted positively to the enhanced monthly financial report, we received internal audit findings in 2012 with respect to providing the Board a better connection between our financial statements and the key assumptions and business activities. This was based on feedback internal audit received from some board members. Some of the improvements noted above have been incorporated in our monthly reporting in the later part of 2012 and the remainder are planned to be addressed in our 2013 Financial Plan report currently scheduled to be provided to the Board in January 2013.

In addition to enhancing the monthly financial report, in January 2012 we developed the 2012 Annual Financial Plan report for senior management and the Board. This was the first comprehensive planning report for our financial statements with respect to our expectations. We are in the process of preparing a report for 2013 which will incorporate our enhanced analyses and reporting noted above.

During 2012, I also focused on the quality of our analyses and related reports. I had some situations during the year in which there were errors in the reports. I took full responsibility for these errors and implemented a plan to mitigate this risk in the future. I believe this has been driven by a combination of increasing demands combined with a high number of new employees. The number of new employees in the Corporate FP&A organization has been driven by the need to build the organization during 2012 in addition to the significant turnover (see below). This risk been mitigated through continued focused on development of our employees, adding two new manager positions in the Corporate Planning & Reporting team (successfully hired in November) and also developing a standard quality control process to be used throughout the Corporate FP&A organization.

In March 2012, FHFA issued an annual GSE Scorecard for the first time. This Scorecard ("FHFA Scorecard") required a standard reporting and governance process to be developed immediately. My team, with limited resources, took on this responsibility until ultimate ownership was determined. It continues to reside within the Corporate FP&A organization and has provided an opportunity to further develop our understanding of our business and the industry. This effort has been significant and involved the development of key milestones for each project, monthly reporting package assessing our performance for each project, establishing a governance process to ensure financial responsibility and continued project management support. We reached out across the Company to identify project leaders and owners; we developed relationships and ensured consistent communication throughout the Company. We established a quarterly process to review and assess our progress against the targets with key leaders at FHFA. Internal Audit has conducted two reviews during the year of both the 2012 FHFA Scorecard and the 2012 Board Goals for which the team is also responsible for reporting on a monthly basis and did not identify have significant issues. There were some opportunities for improvement identified for the Board goals which were addressed in our September reporting to senior management and the Board.

Finally, I ensured timely review of monthly reports to ensure we managed all administrative expenses within budget. We expect to end the year under our 2012 budget.
Assessment by Deborah K Arnold-Simmons:
Nicola continuously refines and improves our reporting and forecasting processes. She takes responsibility to ensure the information is accurate and complete even under arduous time frames. The FHFA Scorecard tracking ensured that Fannie Mae management and FHFA agreed on milestones and results which could easily have slipped by if not for Nicola's team staying on top of the progress.

**1.3**

Category: 2012 Performance Goals

Goal : Human Capital Development
- Develop people
- Retain key talent
- Recruit quality talent to fill critical roles

Success Measure : - Identify training programs and opportunities to develop and grow our people
- Ensure retaining top talent at higher levels than overall Finance.
- Fill open positions with high performing internal candidates or quality external candidates that will be successful at Fannie Mae

Status : Completed        Start : 01/01/2012        Due : 12/31/2012

Notes :

Assessment by Nicola Fraser:
It has been a significant effort in 2012 to build the teams, attract strong talented people and ensure focus on the increasing demands being placed on the Corporate FP&A organization. The depth of talent has improved and the ability of the teams to produce and react to senior management's continued requests has been great. I have spent time developing the knowledge and skills of my direct reports (all new to their positions and/or the firm in 2012). This has started to pay dividends as I can rely on my team to do more and ensure I stay "above the fray" and focused on the big picture.

We have also experienced significant turnover during the first half of the year, especially the Corporate Planning & Reporting team. Irrespective of this, we managed expectations of what we can deliver, ensured strong communication and we continued to stay focused on ensuring people are developing their skill sets and that we have the best people for each role. This included ensuring people are provided opportunities to enhance their skills, attend training (internal and external), and also manage poor performers in a timely and constructive manner. Most of the turnover experienced in 2012 was needed and enabled us to bring in strong talent focused on achieving the new and changing priorities of the teams.
Assessment by Deborah K Arnold-Simmons:
Nicola is an outstanding manager. She sets direction and makes sure everyone has a chance to learn. When she has an issue with an associates performance she handles it quickly and professionally. She has a wonderful personality and her team thoroughly enjoys working with her. She creates a climate where people want to do their best, managing and resolving any conflicts or difficulties in an efficient manner. She strives to make sure she communicates well with peers, subordinates and senior management.

Behaviors - How You Accomplished Your Goals

Below are the Leadership Criteria for Directors and Officers. Please provide comments regarding how your employee is accomplishing his/her goals. When writing your comments, be sure to consider all sources of information you have about the employee, including your own observations, feedback from others, and performance relative to their peers.

Refer to the Leadership Criteria for Directors and Officers for more detailed information about each criteria.

Leadership Criteria:

1. Leads Through Change
2. Collaborates Across Boundaries
3. Acts with Courage and Integrity
4. Builds and Applies Our Talent
5. Balances Competing Priorities
6. Delivers Results
7. Creates Competitive Advantage

Managers: Click on the 360 Form History icon 🔍 on the toolbar to view the Feedback report.

Comments:
Strengths:
Great business partner, responsive team player, strong leader, exceptional ability to synthesize data, thinks quickly on her feet, can do attitude
Areas for Development:
Now that she is more adequately staffed she should focus more on resource planning so that she and her staff are not here on long nights and weekends consistently. Sometimes Nicola's can do attitude can over commit her staff resources and could cause burn out for her and her team.

Overall Rating

Click here to view the rating scale and definitions.

Overall Rating 2 - Exceed Expectations

CONFIDENTIAL

FNMA000175

2012 Directors and Officers Year-End Review for Nicola Fraser

**Overall Comments**

**Comments by Deborah K Arnold-Simmons:**
Nicola is an incredible professional with many qualities and is a pleasure to work with. Nicola has solid relationships across Fannie Mae and is highly respected by senior management. Nicola always acts with integrity, is always truthful and transparent and communicates clearly, even in difficult situations. Nicola has extensive knowledge of our business and its core functions. She understands the organization's goals and strategies, including connections to our day-to-day work. She multi-tasks exceptionally well and works collaboratively across the organization.

**2012 Development Goals**

If applicable, review progress on Development Goals. Progress against development goals does not impact the overall year-end performance assessment or rating.

**Career Goals**

If applicable, review progress on Career Goals. Progress against career goals does not impact the overall year-end performance assessment or rating.

**3.1**

**Category: Career Goals**

Goal : Continue to focus on the development of my finance skills, including seeking out opportunities in my current role.

Success Measure : Recognized as a finance leader in the Company that executes well and understands finance and our business and, therefore, is called upon to assist in projects as the finance expert as needed.

Status : Completed    Start : 01/01/2012    Due : 12/31/2012

Notes :

**Comments by Nicola Fraser:**
During the year, senior management has continued to recognize the contributions provided by the Corporate FP&A organization. I was asked on multiple occasions to lead other projects during the year. For example, the Corporate FP&A organization led the large effort to develop a process for managing the FHFA Scorecard (discussed above) in March. Another example includes the request to assess the Company's priorities in April. This prioritization project was completed with limited time and resources and required a significant effort to reach out across the Company to ensure a well developed assessment was completed for the Management Committee, the BoD and FHFA. We also took a leadership role in supporting David Benson in developing the annual strategy for the BoD in July. Most recently, I have been asked to support David Benson in the completion of the first annual Risk Plan due to the US Treasury in December 2012. These opportunities provided me with an opportunity to further develop my understanding of our business beyond the traditional finance projects that I lead.

**Signature**

Employee:I have reviewed this document and discussed the contents with my manager. By signing, I indicate that I have been advised of my performance status. My signature does not, however, necessarily imply that I agree with the evaluation. My comments (if any) are stated below.

Manager:This document contains my evaluation of this employees' performance during the current review cycle. By signing, I indicate that I have discussed the contents of this document with my employee. My comments (if any) are stated below.

Employee: _____  01/29/2013
        Nicola Fraser
Manager: _____  02/01/2013
        Deborah K Arnold-Simmons

Section Comments:

**Comments by Nicola Fraser:**
I appreciate the feedback and look forward to 2013 and what it may bring.

CONFIDENTIAL

FNMA000176