| From: | Fraser, Nicola <nicola_fraser@fanniemae.com> |
|---|---|
| Sent: | Tuesday, July 23, 2013 10:02 AM |
| To: | Lapera, Ana C <ana_c_lapera@fanniemae.com> |
| Cc: | Cousino, Daniel L <daniel_l_cousino@fanniemae.com>; Cruz-Rodriguez, Shirley M <shirley_m_cruz-rodriguez@fanniemae.com>; Gowd, Niri <niri_gowd@fanniemae.com>; Kovatch, Jeffrey M <jeffrey_m_kovatch@fanniemae.com>; Lawrence, Kathryn P <kathryn_p_lawrence@fanniemae.com>; Lutz, Kirsten R <kirsten_r_lutz@fanniemae.com>; Price, Farley T <farley_t_price@fanniemae.com>; Ramos, Liza Marie <liza_marie_ramos@fanniemae.com>; Baer, Carla K <carla_k_baer@fanniemae.com>; Brumbaugh, Patricia E <patricia_e_brumbaugh@fanniemae.com>; Doran, Edward <edward_doran@fanniemae.com>; Genoff, Stephen J <stephen_j_genoff@fanniemae.com>; Kurkowski, Edward T <edward_t_kurkowski@fanniemae.com>; Mayabhate, Amit <amit_mayabhate@fanniemae.com>; Mey, Rian J <rian_j_mey@fanniemae.com>; Purcell, Dina L <dina_l_purcell@fanniemae.com>; Saunders, Kimberly x <kimberly_x_saunders@fanniemae.com>; Taylor, Jalissa M <jalissa_m_taylor@fanniemae.com> |
| Subject: | RE: Welcome to our team! |

Thank you for the welcome note Ana…I'm finally connected and back in the system ☺

I'm very excited to work in the EPMO organization and look forward to working with you all. I know there has been a lot of change at Fannie Mae and I'm just one more change for all of you but I hope it will be a fun and exciting change. I'm looking forward to leading this great team, getting to know you all and learning from each of you.

Thanks again,
Nicola

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

**From:** Lapera, Ana C
**Sent:** Friday, July 19, 2013 3:05 PM
**To:** Fraser, Nicola
**Cc:** Cousino, Daniel L; Cruz-Rodriguez, Shirley M; Gowd, Niri; Kovatch, Jeffrey M; Lawrence, Kathryn P; Lutz, Kirsten R; Price, Farley T; Ramos, Liza Marie; Baer, Carla K; Brumbaugh, Patricia E; Doran, Edward; Genoff, Stephen J; Kurkowski, Edward T; Mayabhate, Amit; Mey, Rian J; Purcell, Dina L; Saunders, Kimberly x; Taylor, Jalissa M
**Subject:** Welcome to our team!

Hi Nicola,

Congratulations on your new position as VP of Planning and Alignment! Our team is excited to have you on board, and we are ready to bring you up to speed on our initiatives.

DEFENDANT'S
EXHIBIT
85

CONFIDENTIAL

FNMB-001049

Let us know what we can do to integrate you into our activities.  We are all looking forward to welcoming you during the Town Hall on Monday.

Best regards,

Ana

*Ana Cristina Lapera* (ana_c_lapera@fanniemae.com
Director - Process Improvement Program
Fannie Mae
Phone (202) 752-8088; Cell: (703) 318-9486
*Never doubt that a small group of thoughtful, committed people can change the world. Indeed, it is the only thing that ever has. - Margaret Mead*
This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

CONFIDENTIAL

FNMB-001050