## JAMS ARBITRATION

_____

|  |  |  |
|---|---|---|
| ANA LAPERA, | ) | |
| | ) | |
| | ) | |
| Claimant, | ) | |
| | ) | |
| v. | ) | **JAMS Ref. No. 1410006405** |
| | ) | **Hon. James Robertson (ret.)** |
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION (FANNIE MAE), | ) | |
| | ) | |
| Respondent. | ) | |

_____)

### DECLARATION OF KARL B. JOHNSON, JR.

Karl B. Johnson, Jr. hereby deposes and says:

1. My name is Karl B. Johnson, Jr.

2. I am currently employed at the Federal National Mortgage Association ("Fannie Mae") as a Senior Paralegal in the Employment Group of the Fannie Mae Legal Department. I have been employed at Fannie Mae since 2003.

3. One of my responsibilities in my current position at Fannie Mae is to track notices that Fannie Mae receives from the United States Equal Employment Opportunity Commission ("EEOC"), the District of Columbia Office of Human Rights ("DCOHR"), and other state and local equal employment commissions informing Fannie Mae that a complaint against the Company has been filed with one of those commissions or offices. In the event that such a notice is received at Fannie Mae, they are to be forwarded to me.

4. Fannie Mae has not received a notice from the EEOC, DCOHR, or any other state or local equal employment commission or office informing Fannie Mae that Ana

Lapera has filed a charge of discrimination against Fannie Mae with one of those offices or commissions.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my personal knowledge.

_____
Karl B. Johnson, Jr.

Executed this _____Day of August, 2014 in Washington, D.C.

2