# Exhibit C

Employee Review through SS

# 1.3.12

New Window | Help | Customize Page | 

## Rating History

LaPera,Ana Cristina

**Employee Job Information**

| | |
|---|---|
| **EmplID:** | 05865 |
| **Department:** | EPMO Planning & Alignment |
| **Job Title:** | DirProcessImprovementStrategy |
| **Payroll Status:** | Active |

**Employee Review**          Customize | Find | 

First  1-16 of 16  Last

| Effective Date | Review Rating | Results | Leadership | Success | Level |
|---|---|---|---|---|---|
| 02/10/2013 | Sgnf Excee | | | | N |
| 02/12/2012 | Meet | | | | M |
| 02/13/2011 | Exceed | | | | M |
| 02/14/2010 | Exceed | | | | M |
| 03/06/2009 | FM | R+ | L | | 6 |
| 02/17/2008 | FM+ | R+ | L+ | | 6 |
| 01/21/2007 | FM | R | L+ | | 6 |
| 01/22/2006 | FM | R | L+ | | 6 |
| 01/23/2005 | FM | R | L+ | | 6 |
| 01/25/2004 | FM | R | L | | 6 |
| 01/26/2003 | CEE | | | | 6 |
| 01/01/2002 | CEE | | | | 6 |
| 02/25/2001 | FEE | | | | 6 |
| 02/27/2000 | FEE | | | | 5 |
| 02/28/1999 | FEE | | | | 5 |
| 03/02/1998 | CEE | | | | 2 |

Note: The review rating and rating scales have changed over the years and some of the attributes may be blank depending on the rating scale used that year.

**Contact the HR Service Center for salary and job history prior to 1998.**

P0020

# 1.3.16

 Talent Central

# 2013 Directors and Officers Mid-Year Review for
# Ana Cristina LaPera

The Mid-Year Review Form will help you prepare to deliver feedback to your employee. The review includes measuring results/progress against his/her goals, and how he/she is accomplishing goals relative to peers. Also, it is an opportunity to update an employee's goals to address changing business priorities.

Last Name:  LaPera
First Name:  Ana
Title:  DirProcessImprovementStrategy
Manager:  Anne Gehring
Hire Date:  01/24/1994
Originator:  My PerformancManager (AHUS2B1X)
Review Period:  01/01/2013 - 06/30/2013
Due Date:  08/09/2013

Select a status for each goal and provide comments. Consider relativity of your employee's performance to his/her peers.

| Goal: | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| Business Architecture - Implement business architecture standards that articulate the future state in business terams and are embraced by the business teams. Driven by the investment plan, engage with key business areas to develop and pivot their current and future state business architecture into the new standards. Notes | 90 % of capabilities affected by SIs represented in accordance to business architecture standards in MEGA and accessible Clear and accepted engagement model to ensure Business Architecture is consulted at the right time for SIs and BAU projects | On Course | 01/01/2013 | 12/31/2013 |

| Goal: | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| Develop Enterprise Subject Data & Conceptual Data Models for all critical subject areas. Notes | Key Enterprise Subject Area Model & Enterprise Conceptual Data Model developed and accepted | On Course | 01/01/2013 | 12/31/2013 |

P0028

| Goal: | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| Suport investment plan aligned projects using disciplined methods to create operational efficiencies and cost savings for the enterprise.<br>- Develop a process to ensure that process improvement is engaged on the appropriate projects at the appropriate times.<br>- Deliver results to Fannie Mae by executing process improvement projects.<br>- Evolve and deliver the LSS program<br>**Notes** | $10M saved for enterprise 100% of team members participated in Strategic or BAU Initiatives 250 FM FTEs exposed to Process Improvement training | On Course | 01/01/2013 | 12/31/2013 |

| Goal: | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| Provide leadership and management to the Business Architecture and Process Improvement team | a. Ensure all of your direct reports have performance and development goals that are aligned to the team's mission and up to date at the end of each quarter.<br>b. Consistently conduct one-on-one meetings with direct reports to offer timely and actionable feedback, and suggestions that help employees in their progress towards performance and development goals.<br>c. Empower and participate in team development activities that raise employee engagement as measured by the Gallup 12 questions. Engagement target > 3 | On Course | 01/01/2013 | 12/31/2013 |

**Notes**

**Comments Related to Performance Against Goals**

**Comments by Anne Gehring:**
Ana and her team are consistently productive. They collaborate well across the enterprise. It will be important in the second half of 2013 to push business architecture and process improvement up the maturity curve. For both areas, it is important to define the "product" offerings. As we are not able to resource each project fully, a risk based assessment of project needs is critical. We must be able to articulate who needs our help, why, and what we will provide. We need to move beyond the "on request" business model.

**Behaviors – How You Are Accomplishing Your Goals**

Below are the Leadership Criteria for Directors and Officers. Please provide comments regarding how your employee is accomplishing his/her goals. When writing your comments, be sure to consider all sources of information you have about the employee, including your own observations, feedback from others, and performance relative to their peers.

Refer to the Leadership Criteria for Directors and Officers for more detailed information about each criteria.

Leadership Criteria:

1. Leads Through Change

*Page 2 of 4*

*2013 Directors and Officers Mid-Year Review for Ana Cristina LaPera*

P0029

2. Collaborates/Works Across Boundaries
3. Delivers Results
4. Builds and Applies Talent
5. Balances Competing Priorities
6. Acts with Courage and Integrity
7. Creates Competitive Advantage

Comments Related to Behaviors

### General Comments:
Ana collaborates well and builds great teams. Ana's lengthy tenure and business knowledge provide her with a unique perspective and approach that are highly valuable in the current Fannie Mae environment.

### Strengths:
Ana's teams are focused on the work and do not appear to spend vast amounts of time in Fannie "politicking." They all consistently focus on doing the right thing for the business.

### Areas for Development:
Ana should continue to focus on executive presence. There are two specific aspects to executive behavior that Ana could think about. The first is to remove herself from the "ain't it awful" crowd. At any given time in a large corporation there are plenty of reasons to be cynical. An executives job is to maintain a consistently positive attitude in public and work influence the organization's leaders with the right audience in a more private setting. Try not to confuse the content with the delivery. Ana frequently makes the right conclusions but delivers the message in the wrong forum or in a not constructive manner. The second aspect of executive presence is big picture perspective. Closer to the top of the organization the issues become larger and far more difficult to impact or solve. It is very important to balance issue relevance with all the moving pieces. In isolation a problem may seem quite critical but when balanced against the entire landscape it is a lower priority. Sometimes, all issues facing the organization will not be known to every executive. It is important to take the verbal and non-verbal cues that now is not the time to add more to the pile of immediate concerns.

### Overall Mid-Year Trend:

Assess your employee as either "On Track" or "Off Track". "On Track" means that the employee is performing consistently with his/her peers. "Off Track" means that the employee is performing below his/her peers in either their performance against his/her goals or the behaviors. Of note, an employee with significant gaps across the behaviors, regardless of performance against goals, will be assessed "Off Track".

Mid-Year Trend: On Track

### Acknowledgements

I acknowledge that I have had a mid-year discussion with my manager.

Employee: _Ana Cristina LaPera_                    08/09/2013
     Ana Cristina LaPera

Section Comments:

### Comments by Ana Cristina LaPera:
I appreciate Anne's thoughtfulness in delivering my mid year review, including the specific details that she provided in my strengths and even more importantly, in the areas requiring development. Her complements on how I was able to turn around the Business Architecture team and my continued delivery of business results, sustain my commitment to Fannie Mae and the EPMO team.
It's unfortunate that the "product offering" from Business Architecture and Process Improvement is still not well understood since we have done significant progress standardizing our deliverables, but this is somewhat understandable given the leadership priority in activities in other areas of EPMO.
Re: executive presence, I understand her points, which I'll need to reconcile with my own core values and the examples that I receive in my daily interactions with our leaders.

### Development Goals

Review progress on the Development Goals. Performance against development goals does not impact the overall mid-year assessment.

P0030

| Goal:<br>Demonstrate leadership and influencing across Fannie Mae, beyond my own team | Success Measure:<br>- Courageous participating in forums across the enterprise, leading to recognition of Business Architecture and Process Improvement approach and value. | Status:<br>On Course | Start:<br>01/01/2013 | Due:<br>12/31/2013 |

**Notes**

| Goal:<br>Continue enhancing professional knowledge by keeping current with advances in the field | Success Measure:<br>Certification achievement based on the role. Integration of knowledge gained (internal and external) with team's best practices | Status:<br>On Course | Start:<br>01/01/2013 | Due:<br>12/31/2013 |

**Notes**

Review progress on the Career Goals. Performance against career goals does not impact the overall mid-year assessment.

| Goal:<br>Expand the impact of my contributions to Fannie Mae by becoming VP of Process Transformation | Success Measure:<br>Promotion<br>Increase span of influence<br>Team leadership development | Status:<br>On Course | Start:<br>01/01/2013 | Due:<br>12/31/2013 |

**Notes**

Comments Related to Career Goals

Comments by Anne Gehring:
Ana is actively pursuing VP roles in the organization. Continued progress on executive presence will enhance her efforts.

*2013 Directors and Officers Mid-Year Review for Ana Cristina LaPera*

*Page 4 of 4*

# 1.3.17

# 2012 Directors and Officers Year-End Review for Ana Cristina LaPera

⅋ Talent Central

## Employee Information

First Name: Ana
Last Name: LaPera
Manager: Kathleen Keller
Department: 755
Division: EPMO
Title: DirProcessImprovementStrategy
Hire Date: 01/24/1994
Originator: My PerformancManager (AHUS2B1X)
Review Period: 01/01/2012 - 12/31/2012
Due Date: 02/01/2013

## Fannie Mae's Corporate Priorities for 2012

Set industry standardsPromote private capital participationMinimize taxpayer lossesEnhance safety and soundness

## 2012 Results - What You Accomplished

**Employees:**

• Update the status for each goal (e.g. Completed, On Course, Not On Course, Not Applicable).
• Type your self-assessment of your progress against your goals in the assessment box using notes from your regular one-on-one discussions, mid-year discussions and other feedback you have received to assist you.
• Provide progress against your development and career goals.
• You may want to print a copy of your self-assessment for your records and discussion.

**Managers:**

• Review the employee's self-assessment for each goal and document your feedback in the comment boxes.
• Solicit feedback regarding the employee's performance from relevant stakeholders (recent former managers, peers/internal customers, and direct reports) via the Feedback Form.
• Use notes from the regular one-one-one discussions, the mid-year discussion and general observations and feedback gathered throughout the year to shape your assessment.
• You cannot send the form back to the employee in the Manager Assessment step. If necessary, you may gather additional information from your direct report via email or Word document. If so, you will need to cut and paste the additional data into the Year-End Form.
• After the ratings distribution is approved in the Finalize and Deliver step, you may send the form back to the employee for any necessary edits. If you do send it back to your employee, the rating and comments you have entered will not be visible to the employee.

*2012 Directors and Officers Year-End Review for Ana Cristina LaPera*

*Page 1 of 6*

P0032

**Category: 2012 Performance Goals**

**Goal :** Contribute to minimize taxpayer losses, and enhance safety and soundness through the process improvement program: delivering "Discovery Services"; leading and coaching process improvement projects that deliver "targeted business results"; and developing internal capabilities

**Success Measure :** - Positively affect Fannie Mae's bottom line by $25MM, including admin and credit expenses, and increase in revenue across the entire project portfolio
- Development of a framework that aligns process, architecture, technology and data, and use it to complete End to End initiatives as requested by Operating Plan Initiative Directors, such as Multifamily E2E
- Positive measurable soft savings, time and quality
- Structured and transparent reporting of goals versus results

**Status :** On Course    **Start :** 01/01/2012    **Due :** 12/31/2012

**Notes :**

**Assessment by Ana Cristina LaPera:**
This was a tremendous year for Ana and her teams. As of October 2012, the process improvement team had completed 27 projects, and has 18 active projects, which generated $13.3M in hard savings, representing almost a 700% ROI. Even more important than the contribution to Fannie Mae's bottom line, were Ana's contributions in setting up a sustainable framework for transformation. It started with the Multifamily End to End work that she led in Q1, followed by intense work with metrics, building to the enterprise capability framework. We are leveraging these foundational pieces in the Mortgage Operations' Future State Vision and in the Investment Roadmap. Ana assumed leadership of the Business Architecture team in late August, which is already facilitating the alignment of processes, architecture, technology and data. She is changing the approach of Business Architecture to ensure that their deliverables are aligned across the enterprise, and are practical (not just theory or a fulfillment of a governance mandate).

**Assessment by Kathleen Keller:**
Ana had led her team to significant results this year. Some of the work that was done in Ana's team will be foundational for building out the business strategy further, specifically the Mortgage operations future state and the capability matrix. Ana has thru grassroots efforts driven the adoption of the capability framework in several areas of the company. This has been important in aiding adoption.

*2012 Directors and Officers Year-End Review for Ana Cristina LaPera*

P0033

**Category: 2012 Performance Goals**

**Goal :** Actively contribute to transform Fannie Mae's culture towards passion for continuous process improvement, leading by example

**Success Measure :** Number of people that understand the mission of the Process Improvement Program and know how to engage on it

Requests and participation in training: White Belt, Green Belt, and specialized training, such as "Root Cause Analysis"

Breakthroughs at Senior Management level

Relevant knowledge repository (SharePoint) open to Fannie Mae staff

**Status :** On Course    **Start :** 01/01/2012    **Due :** 12/31/2012

**Notes :**

**Assessment by Ana Cristina LaPera:**
White Belt training continues to be the best selling course offered by the Process Improvement team. In total, we trained 227 people in 2012, exceeding the plan by over 10% (7 White Belt classes for 112 people; 1 Green Belt course for 17 people; 8 miscellaneous courses for 98 people). We developed a "Root Cause Analysis" course that enabled the Ops Risk team to close an MRA; and collaborated with Risk to develop and deliver a joint Green Belt class in Q4. In addition, we expect to end the year with 8 additional certified Green Belts across Fannie Mae, bringing the savings generated by our training program in 2012 to $1.5million, with total accumulated hard savings of $342 through the life of the program. The training also allowed the Process Improvement team to hone in their presentation skills, and stay sharp in their technical abilities, as they rotated in supporting Dan Cousino in the delivery of the training.

All the Process Improvement classes are now an integral part of Talent Central, and the schedule is already planned for 2013.
**Assessment by Kathleen Keller:**
Ana and her team have provided a training program for lean six sigma certifications. The training course is in high demand with a significant waiting list. Through this program we are upgrading the process skills in the company.

**Category: 2012 Performance Goals**

**Goal :** Provides leadership and management to the Process Improvement team

**Success Measure :** a. Ensure all of your direct reports have performance and development goals that are aligned to the team's mission and up to date at the end of each quarter.
b. Consistently conduct one-on-one meetings with direct reports to offer timely and actionable feedback, and suggestions that help employees in their progress towards performance and development goals.
c. Empower and participate in team development activities that raise employee engagement as measured by the Gallup 12 questions

**Status :** On Course    **Start :** 01/01/2012    **Due :** 12/31/2012

**Notes :**

**Assessment by Ana Cristina LaPera:**
Ana is diligent about conducting regular one-on-ones with her staff, and team meetings. She's leveraged the results of the Gallup 12 Question to involve her teams in identifying the areas where everyone needs to work together to create a productive work environment, while increasing personal satisfaction. The results are self evident in the way the Lean Six Sigma team manages itself, and the progress shown in the short time that the Business Architecture team has been under her leadership.
**Assessment by Kathleen Keller:**
Ana is an excellent manager and is focussed on employee develoment. Ana deals with performance issues head on and has made great strides in turning around the business architecture team.

**Behavior: How You Accomplished Your Goals**

*2012 Directors and Officers Year-End Review for Ana Cristina LaPera*

Below are the Leadership Criteria for Directors and Officers.  Please provide comments regarding how your employee is accomplishing his/her goals. When writing your comments, be sure to consider all sources of information you have about the employee, including your own observations, feedback from others, and performance relative to their peers.

Refer to the Leadership Criteria for Directors and Officers for more detailed information about each criteria.

Leadership Criteria:

1. Leads Through Change
2. Collaborates Across Boundaries
3. Acts with Courage and Integrity
4. Builds and Applies Our Talent
5. Balances Competing Priorities
6. Delivers Results
7. Creates Competitive Advantage

Managers: Click on the 360 Form History icon      on the toolbar to view the Feedback report.

Comments:
Ana is strong in many of the leadership critera. She is an excellent manager and has provided leadership in bringing the team thru two major leadership changes this year.

Strengths:
Ana's strongest leadership traits are collaborates across boundaries and build and applying tallent. Ana collaborates very well and is often recognized for her strong collaboration skills. She manages her team to ensure that results are delivered on time and are of high quality. She works hard to ensure that she builds the talent in her team. Ana has incredible integrity and courage in her interactions.

Areas for Development:
Ana has a lot on her plate and in the next year we will look to find ways to better balance priorities. In the next year, we will work on ensuring she has opportunities to make her points and tha ther voice is heard at a more senior level.

**Overall Rating:**

Click here to view the rating scale and definitions.

Overall Rating 1 - Significantly Exceed Expectations

Overall Comments
Comments by Kathleen Keller:
Ana has had a big year this year. While continuing to lead the process improvement team, she has taken on the business architecture team for the enterprise. Her team has been critical in several key pieces of work for the enterprise including Mortgage Operations future state, Process Simplification and the Investment Plan. The business architecture team had several performance issues and Ana was able to take appropriate action quickly to ensure that the team was stabilized and able to move forward effectively on their work.

**2012 Development Goals**

If applicable, review progress on Development Goals.  Progress against development goals does not impact the overall year-end performance assessment or rating.

*2012 Directors and Officers Year-End Review for Ana Cristina LaPera*

P0035

**Category: 2012 Development Goals**

Goal : Demonstrate leadership and influencing across Fannie Mae, beyond my own team

Success Measure : - Courageous participating in forums across the enterprise, leading to recognition of Operational Excellence team and acceptance of Lean Six Sigma methodology

Status : On Course    Start : 01/01/2012    Due : 12/31/2012

Notes :

**Comments by Ana Cristina LaPera:**
Ana's influence goes well beyond the EPMO team. She has personally influenced the behavior and direction of Mortgage Operations, O&T Leadership team, Multifamily, Customer Engagement, and Risk.

**Comments by Kathleen Keller:**
I concur with Ana's self assessment. Ana is working cross enterprise in many ways throughout all of her work. Her feedback was consistent on how well Ana collaborates.

**Category: 2012 Development Goals**

Goal : Continue enhancing professional knowledge by keeping current with advances in the field

Success Measure : Certification achievement based on the role.

Status : On Course    Start : 01/01/2012    Due : 12/31/2012

Notes :

**Comments by Ana Cristina LaPera:**
Ana is diligent about continuing her professional education, and strongly encourages her team to do the same. Ana reads a lot, participates in on-line forums, and takes the time to attend conferences whenever her schedule allows her. As a result, she'll be able to renew her ASQ Black Belt certification at the end of 2012.

**Comments by Kathleen Keller:**
Ana is clearly committed to her own professional development and the professional development of her team.

**Career Goals**

If applicable, review progress on Career Goals.  Progress against career goals does not impact the overall year-end performance assessment or rating.

**Category: Career Goals**

Goal : Expand the impact of my contributions to Fannie Mae by becoming VP of Process Improvement

Success Measure : Promotion Increase span of influence

Status : On Course    Start : 01/01/2012    Due : 12/31/2012

Notes :

**Comments by Ana Cristina LaPera:**
I believe that I have demonstrated the behaviors and delivered the results required to advance my position to the next level. My responsibilities and expand of influence have increased exponentially during 2012.

**Comments by Kathleen Keller:**
Ana's job has grown significantly this year. In the coming year, she should seek opportunities to continue the discussion of her next career step with our senior vice president.

*2012 Directors and Officers Year-End Review for Ana Cristina LaPera*

*Page 5 of 6*

**Category: Career Goals**
**Goal :** Continue increasing my leadership coaching expertise

**Success Measure :** Obtain ICF's PCC Certification in 2013

**Status :**
Not on Course

**Start :** 01/01/2012    **Due :** 12/31/2012

**Notes :**

**Comments by Ana Cristina LaPera:**
Fannie Mae continue to benefit from Ana's coaching skills. However, she did not accumulate enough hours to apply for the Professional Coach Certification, and is unlikely that her workload will enable her to meet her PCC goal in 2013.
**Comments by Kathleen Keller:**
Trying to accomplish this on top of the workload that Ana had this year was a stretch objective. Her new role is quite expansive and I understand why this was not met.

**Employee:** I have reviewed this document and discussed the contents with my manager. By signing, I indicate that I have been advised of my performance status. My signature does not, however, necessarily imply that I agree with the evaluation. My comments (if any) are stated below.

**Manager:** This document contains my evaluation of this employees' performance during the current review cycle. By signing, I indicate that I have discussed the contents of this document with my employee. My comments (if any) are stated below.

Employee: _____    01/24/2013
            Ana Cristina LaPera

Manager: _____    01/25/2013
            Kathleen Keller

**Section Comments:**
**Comments by Ana Cristina LaPera:**
2012 was a year of great professional growth for me. I'm very grateful for the great opportunities that Kathy gave me, and for candid feedback, trust and guidance. We navigated through some rough waters, and I couldn't have done it without her leadership and support. She is a great mentor and a true leader.

*Page 6 of 6*

*2012 Directors and Officers Year-End Review for Ana Cristina LaPera*

# 1.3.18

# 2012 Directors and Officers Mid-Year Review for Ana Cristina LaPera

 Talent Central

The Mid-Year Review Form will help you prepare to deliver feedback to your employee. The review includes measuring results/progress against his/her goals, and how he/she is accomplishing goals relative to peers. Also, it is an opportunity to update an employee's goals to address changing business priorities.

|  |  |
|---|---|
| Last Name: | LaPera |
| First Name: | Ana |
| Title: | DirProcessImprovementStrategy |
| Manager: | Kathleen Keller |
| Hire Date: | 01/24/1994 |
| Originator: | My PerformancManager (AHUS2B1X) |
| Review Period: | 01/01/2012 - 06/30/2012 |
| Due Date: | 08/01/2012 |

Select a status for each goal and provide comments. Consider relativity of your employee's performance to his/her peers.

**Category: 2012 Performance Goals**

**Goal :** Contribute to minimize taxpayer losses, and enhance safety and soundness through the process improvement program: delivering "Discovery Services"; leading and coaching process improvement projects that deliver "targeted business results"; and developing internal capabilities

**Success Measure :** - Positively affect Fannie Mae's bottom line by $50MM, including admin and credit expenses, and increase in revenue across the entire project portfolio
- Development of a framework that aligns process, architecture, technology and data, and use it to complete End to End initiatives as requested by Operating Plan Initiative Directors, such as Multifamily E2E
- Positive measurable soft savings, time and quality
- Structured and transparent reporting of goals versus results

**Status :** On Course  **Start :** 01/01/2012  **Due :** 12/31/2012

Notes :

**Category: 2012 Performance Goals**

**Goal :** Actively contribute to transform Fannie Mae's culture towards passion for continuous process improvement, leading by example

**Success Measure :** Number of people that understand the mission of the Process Improvement Program and know how to engage on it
Requests and participation in training: White Belt, Green Belt, and specialized training, such as "Root Cause Analysis"
Breakthroughs at Senior Management level
Relevant knowledge repository (SharePoint) open to Fannie Mae staff

**Status :** On Course    **Start :** 01/01/2012    **Due :** 12/31/2012

**Notes :**

**Category: 2012 Performance Goals**

**Goal :** Provides leadership and management to the Process Improvement team

**Success Measure :** a. Ensure all of your direct reports have performance and development goals that are aligned to the team's mission and up to date at the end of each quarter.
b. Consistently conduct one-on-one meetings with direct reports to offer timely and actionable feedback, and suggestions that help employees in their progress towards performance and development goals.
c. Empower and participate in team development activities that raise employee engagement as measured by the Gallup 12 questions

**Status :** On Course    **Start :** 01/01/2012    **Due :** 12/31/2012

**Notes :**

**Comments Related to Performance Against Goals**

**Comments by Kathleen Keller:**
Ana has been engaging to create awareness of process improvement in the organization on many fronts. The tactical process improvement team has gained significant traction in Legal and Customer Engagement areas. We need to continue to coodinate with Operations, Finance and Risk as they are working to create process improvement teams. The training program has a lot of demand as well.

**Behaviors – How You Are Accomplishing Your Goals**

Below are the Leadership Criteria for Directors and Officers. Please provide comments regarding how your employee is accomplishing his/her goals. When writing your comments, be sure to consider all sources of informaiton you have about the employee, including your own observations, feedback from others, and performance relative to their peers.

Refer to the Leadership Criteria for Directors and Officers for more detailed information about each criteria.

Leadership Criteria:

1. Leads Through Change
2. Collaborates/Works Across Boundaries
3. Delivers Results
4. Builds and Applies Talent
5. Balances Competing Priorities
6. Acts with Courage and Integrity

*2012 Directors and Officers Mid-Year Review for Ana Cristina LaPera*

P0039

7. Creates Competitive Advantage

Comments Related to Behaviors
**General Comments:**
Ana is very collaborative and delivers results consistently.
**Strengths:**
**Areas for Development:**

**Overall Mid-Year Trend**

Assess your employee as either "On Track" or "Off Track". "On Track" means that the employee is performing consistently with his/her peers. "Off Track" means that the employee is performing below his/her peers in either their performance against his/her goals or the behaviors. Of note, an employee with significant gaps across the behaviors, regardless of performance against goals, will be assessed "Off Track".

Mid-Year Trend: On Track

**Acknowledgement**

I acknowledge that I have had a mid-year discussion with my manager.

Employee: _____    *07/27/2012*
              Ana Cristina LaPera

**Development Goals**

Review progress on the Development Goals. Performance against development goals does not impact the overall mid-year assessment.

**Category: 2012 Development Goals**

Goal : Demonstrate leadership and influencing across Fannie Mae, beyond my own team | Success Measure : - Courageous participating in forums across the enterprise, leading to recognition of Operational Excellence team and acceptance of Lean Six Sigma methodology | Status : On Course    Start : 01/01/2012    Due : 12/31/2012

Notes :

**2.2**

**Category: 2012 Development Goals**
Goal : Continue enhancing professional knowledge by keeping current with advances in the field | Success Measure : Certification achievement based on the role. | Status : On Course    Start : 01/01/2012    Due : 12/31/2012

Notes :

Comments Related to Development Goals
**Comments by Kathleen Keller:**
Ana finds opportunities to increase her skills.

**Career Goals**

Review progress on the Career Goals. Performance against career goals does not impact the overall mid-year assessment.

P0040

**Category: Career Goals**
**Goal :** Expand the impact of my contributions to Fannie Mae by becoming VP of Process Improvement

**Success Measure :** Promotion Increase span of influence

**Status :** On Course  **Start :** 01/01/2012  **Due :** 12/31/2012

**Notes :**

**Category: Career Goals**
**Goal :** Continue increasing my leadership coaching expertize

**Success Measure :** Obtain ICF's PCC Certification in 2013

**Status :** On Course  **Start :** 01/01/2012  **Due :** 12/31/2012

**Notes :**

Comments Related to Career Goals
Comments by Kathleen Keller:
Ana is on track to meet this goal.

*Page 4 of 4*

*2012 Directors and Officers Mid-Year Review for Ana Cristina LaPera*

# 1.3.19

# 2011 Directors and Officers Year-End Review for
## Ana Cristina LaPera

〉Talent Central

| | |
|---|---|
| First Name: | Ana |
| Last Name: | LaPera |
| Manager: | Kathleen Keller |
| Department: | 835 |
| Division: | Operating Plan |
| Title: | Dir Lean Six Sigma |
| Hire Date: | 01/24/1994 |
| Originator: | My PerformancManager (AHUS2B1X) |
| Review Period: | 01/01/2011 - 12/31/2011 |
| Due Date: | 01/27/2012 |

### Fannie Mae's Corporate Priorities for 2011

Acquire and manage a profitable, high-quality book of new business and achieve key financial targets
Serve the housing market by being a major source of liquidity, effectively managing the legacy book, and assisting troubled borrowers
Improve the company's risk and control environment
Improve the company's capabilities, infrastructure, and efficiency

### 2011 Review: What You Accomplished

**Employees:**

• Update the status for each goal (e.g. Completed, On Course, Not On Course, Not Applicable).
• Type your self-assessment of your progress against your goals in the assessment box using notes from your regular one-on-one discussions, mid-year discussions and other feedback you have received to assist you.
• Provide progress against your development and career goals.
• You may want to print a copy of your self-assessment for your records and discussion.

**Managers:**

• Review the employee's self-assessment for each goal and document your feedback in the comment boxes.
• Solicit feedback regarding the employee's performance from relevant stakeholders (recent former managers, peers/internal customers, and direct reports) via the Feedback Form.
• Use notes from the regular one-one-one discussions, the mid-year discussion and general observations and feedback gathered throughout the year to shape your assessment.
• You cannot send the form back to the employee in the Manager Assessment step. If necessary, you may gather additional information from your direct report via email or Word document. If so, you will need to cut and paste the additional data into the Year End Form.
• After the ratings distribution is approved in the Finalize and Deliver step, you may send the form back to the employee for any necessary edits. If you do send it back to your employee, the rating and comments you have entered will not be visible to the employee.

P0042

**Goal:**
Actively transform Fannie
Mae's culture towards
passion for continuous
process improvement,
leading by example

**Success Measure:**
Number of people
influenced by Operational
Excellence team; includes
participants to White Belt
training, belts mentored,
etc.
Breakthroughs at Senior
Management level

**Status:**
On Course

**Start:**
01/01/2011

**Due:**
12/31/2011

**Notes**

**Assessment by Ana Cristina LaPera:**
Despite the fact that there was a significant (5 months) discontinuity in management support during 2011, my team and I contributed to
transform Fannie Mae's culture leading by example through each of the projects executed by the Process Improvement team, specially,
the Quick Hits program highlighted in Mike Williams' Homesite message. The contributions are reflected in an ROI of more than 450% for
the team in projects executed across the company, and extensive targeted training that includes:
- 153 Trained White Belts in 2011, in 8 sessions (16 days) across at least 6 business groups. This accounts for approximately 3% of the
total FNMA FTE population, with highest impact on Finance, where at least 5 directors and one VP attended the training. Five of the
sessions were conducted for the Campus New Hire Program, 94 people across all areas of the enterprise. White Belt training is now a
part of their overall program and led to 8 of them applying for Green Belt Training that will start in December, with 4 people selected
(O&T; Ops Risk). Particularly noteworthy is the 4.5 (5 point scale) overall satisfaction rating across all sessions for the year, and the
newly created expectation that questioning our process to eliminate waste is encouraged, and that data must drive our solutions.
- Interactive process improvement awareness sessions in team town halls for Procurement (~ 50 people) and EDW (~ 100 people).

Breakthroughs at senior management level are exemplified by Anne Gehring's continuous support; Zach Oppenheimer's sponsorship of
projects within Customer Engagement to standardize and improve processes across the regions; two separate instances were leaders in
Finance (Jim Horne for GLAMRR: $1.5M PWC alternative) and Risk (Gwen Muse-Evans in solving an Audit issue: $900K McKinsey
alternative) requested the help of our team, explicitly citing our delivery versus the cost and depth that they've seen from external
consultants; and, Kelli Parsons' use of our statistical analysis of staff's "Insights" preferences to refine the internal corporate
communication strategy.
**Assessment by Kathleen Keller:**
Under Ana's leadership the team has been able to engage across the company, primarily at a grassroots level, to achieve and surpass
hard savings goals.

*2011 Directors and Officers Year-End Review for Ana Cristina LaPera*

P0043

| Goal: | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| Support the implementation of the Operating Plan as approved by management and the Board. Work effectively with Op Plan team, external advisor and ECSC to deliver against timeline | Track progress against operating plan and budget forecast. | On Course | 01/01/2011 | 12/31/2011 |

Notes

**Assessment by Ana Cristina LaPera:**
I personally contributed to the Operating Plan by facilitating several sessions with Ops Plan directors, particularly around integration and dependencies, and vendor management. I also was an active member of the Securitization workstream while Claude Wade was leading it, contributing to develop alternative organizational structures, guiding the team in execution, and unsuccessfully working with Brian Cobb (SVP of Mortgage Ops) to develop an internal optimization strategy. Upon Claude's departure, I helped bring Adam Newman up to speed as the new Securitization lead, and designated several talented team members, including Michelle Coelho, William Washington, Brian Scullin and Jeff Kovatch to continue assisting Adam.

My team also contributed to ALM and CLM, helping Rick Sorkin and Rich McGhee establish metrics for their programs and refine their plans; Finance Infrastructure, improving critical processes such as Accruals and Accounts Payable, and contributing to cost reductions through the Quick Hits program; and Customer Engagement, working with Philson Lescott to develop a contact center strategy, and manage the McKinsey engagement for the Unified Platform Portal.

In addition to the work directly supporting the Operating Plan, my team was instrumental in executing and mentoring projects across Fannie Mae that improved the company's capabilities, infrastructure, and efficiency. These efforts resulted in savings of over $360M, including $18M in hard cost savings affecting Fannie Mae's bottom line.

**Assessment by Kathleen Keller:**
Ana's lead her team on several operating plan engagements. The team was successful in many cases when the work fit the team's work profile. There were a few occasions where the team was deployed on work that was not a great fit for the skill set. Where the team was deployed against work that fit the skill set of the team, the team was successful in making a contribution.

| Goal: | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| Foster a high performing enviornment. | Provide clear feedback and guidance to direct reports Distinguish compensation based on performance, leadership, future fit, etc | On Course | 01/01/2011 | 12/31/2011 |

Notes

**Assessment by Ana Cristina LaPera:**
Myself and my leadership team actively work to create a high performing environment, where measurable targets are established upfront and collectively reviewed throughout the year. Direct feedback is expected and welcomed across sub-team lines and levels since every one understands that this is a powerful mechanism for growth and increased strength. Individual members are challenged to enhance their performance with work and volunteer opportunities that push their limits, requiring them to learn more about the business and take active leadership roles. Examples include the process improvement work that the analysts lead with the Montgomery County Interfaith Closing Center, and process improvement projects within Fannie Mae, such as Quick Hits. Accruals, Accounts Payable, reduction of time for REO rentals, BoA Suspense Accounts, and individual Green/Black Belt projects executed by the analysts.

**Assessment by Kathleen Keller:**
Ana keeps an open environment within her team and people are comfortable voicing concerns and raising issues. The team functions well as a unit. Ana recognizes performance issues and takes appropriate steps to address them.

P0044

| | | | | |
|---|---|---|---|---|
| **Goal:** Provides timely and actionable feedback to direct reports for continuous improvement. | **Success Measure:** a. Ensure all of your direct reports have performance and development goals that are up to date at the end of each quarter. b. Host periodic one-on-one meetings with direct reports to offer observations and suggestions that help employees in their progress towards performance and development goals. | **Status:** On Course | **Start** 01/01/2011 | **Due:** 12/31/2011 |

**Notes**

**Assessment by Ana Cristina LaPera:**
In addition to setting and tracking team and individual goals for 2011, the entire team developed tactical and strategic career plans, which enabled every member to conciously focus on contributing to Fannie Mae's business objectives, while also developing skills and experiences in areas of their own personal interest for their strategic goals. The career plans were reviewed by each of the managers, and in some cases when the employee requested additional coaching, by me.
I conducted bi-weekly 1-1's with my direct reports, and held leadership and team meetings on alternative weeks. These communication mechanisms were the forums to provide direct feedback, review progress, inform the team of important events, and keep the team learning and workingn in alignment. The team meetings also provided a good structured opportunity for the analysts to practice their leadership and presentation skills.

**Assessment by Kathleen Keller:**
Ana provides feedback to her team consistently and takes action on poor performance as needed.

**Behaviors - How You Accomplished Your Goals**

In addition to results against goals, employees are assessed on how they accomplished their goals. Provide comments regarding how your employee accomplished his/her goals, using the leadership criteria. Consider your own observations, feedback from others, and relativity to his/her peers.  For behavioral examples, you may refer to the Leadership Criteria

Leadership Criteria:
1. Leads Through Change
2. Collaborates Across Boundaries
3. Delivers Results
4. Builds and Applies Our Talent
5. Balances Competing Prioritie
6. Acts with Courage and Integrity
7. Creates Competitive Advantage

Managers: Click on the 360 Form History icon         on the toolbar to view the Feedback report.

**Comments:**
Ana consistently delivers results and is recognized as a great team leader and mentor.

**Strengths:**
Building and applying talent and Collaboration Across Boundaries

**Areas for Development:**
Influencing Senior Management

**Overall Rating**

Click here to view the rating scale and definitions.

Overall Rating 3 - Meet Expectations

*2011 Directors and Officers Year-End Review for Ana Cristina LaPera*

P0045

Overall Comments

Comments by Kathleen Keller:
Ana is a very good leader of her team. Her team culture is an open, honest environment where people at all levels are comfortable raising issues and concerns. It will be important in the coming year to influence senior management to adopt the new team strategy.

If applicable, review progress on Development Goals. Progress against development goals does not impact the overall year-end performance assessment or rating.

| Goal: | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| Advance to the next level of Lean Six Sigma (or other role appropriate) certification or maintain current level if MBB or BB | Certification achievement based on the role. | On Course | 01/01/2011 | 12/31/2011 |

**Notes**

Comments by Ana Cristina LaPera:
I mantained my current Black Belt level certification by setting strategy, actively working in selected projects, and attending appropriate training, such as Process Excellence Conference, ASQ meetings, internal management training.
Comments by Kathleen Keller:
Completed

| Goal: | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| Improve communications to be more effective in "leading through change" and presenting a strategic vision | Feedback of manager, team members and customers. Success: Delivery of concise and clear messages appropriate to the role Productive communication with people with different style | On Course | 01/01/2011 | 12/31/2011 |

**Notes**

Comments by Ana Cristina LaPera:
I've made significant progress in making clear requests, providing actionable feedback, and ensuring that my message was appropriate for the audience instead of just comfortable for my own style. "Leading through change" became easier as the alignment between my message became more consistent with my actions.
Regarding "presenting a strategic vision", there are two aspects to consider: (1) at the corporate level, and (2) at the team level. From the corporate perspective, I contributed by openly requesting clarity in our vision, facilitating a few Operating Plan meetings, and participating in the initial integration sessions. From the team perspective, the major milestones were the work in January setting the strategy for the year, and the development of the "business plan" at Kathy Keller's request. This last document helped crystallize our vision, and will be the foundation for our work in 2012.
Comments by Kathleen Keller:
The first steps are in place on this objective. The next steps for 2012 will be to establish the new team brand and approach through out the organization.

P0046

| | | Status: | Start | Due: |
| --- | --- | --- | --- | --- |
| | | On Course | 01/01/2011 | 12/31/2011 |

**Goal:**
Demonstrate leadership and influencing across Fannie Mae, beyond my own team

**Success Measure:**
- Courageous participating in forums across the enterprise, leading to recognition of Operational Excellence team and acceptance of Lean Six Sigma methodology

**Notes**

Comments by Ana Cristina LaPera:
My activities influenced broadly in Fannie Mae during 2011. Our project work touched Securitization, ALM, Customer Engagement, Credit Loss Management, Finance and Mortgage Operations. I extended our influence by personally working with: Operational Risk, aiding in the remediation of incidents at their request and presenting a plan to John Nichols and Stephanie Bahr to further increase the partnership between our teams; HR, extending their organizational design framework to include goals and metrics, and actively working as a facilitator for the Insights Discovery instrument, and helping to pilot the module on "Team Insights"; and furthering the process improvement culture change by offering White Belt training to targeted teams, such as the college recruits assigned to units across the company, and the Finance team, particularly FP&A and Systems & Services.

Comments by Kathleen Keller:
This will be an area of continued focus as the new team structure and brand is rolled out.

**Career Goals**

If applicable, review progress on Career Goals. Progress against career goals does not impact the overall year-end performance assessment or rating.

| | | Status: | Start | Due: |
| --- | --- | --- | --- | --- |
| | | Completed | 01/01/2011 | 03/31/2011 |

**Goal:**
Create a development plan for self and ensure that each direct report has a 5 year career plan by March 31st, remembering that development is self responsibility
- Short term focus: Green Belt certification of analyst

**Success Measure:**
Career development plans on file by March 30th, with activities in 2011 broken down by quarter

**Notes**

Comments by Ana Cristina LaPera:
Career development was a critical focus of our team in 2011, enabling us to anchor our work on activities and skills that were valuable to each team member and contributed to Fannie Mae. I led the initial discussions and provided supporting material; myself and each of my direct reports monitored the career development plans for the staff, also serving as coaches and mentors depending on the situation.

Comments by Kathleen Keller:
This objective is complete

**Signature**

Employee: I have reviewed this document and discussed the contents with my manager. By signing, I indicate that I have been advised of my performance status. My signature does not, however, necessarily imply that I agree with the evaluation. My comments (if any) are stated below.

Manager: This document contains my evaluation of this employees' performance during the current review cycle. By signing, I indicate that I have discussed the contents of this document with my employee. My comments (if any) are stated below.

Employee: _____    01/20/2012
Ana Cristina LaPera

Manager: _____    01/23/2012
Kathleen Keller

2011 Directors and Officers Year-End Review for Ana Cristina LaPera

Section Comments:

Comments by Ana Cristina LaPera:
I am completely disappointed by the rating of "Meets Expectations" at many levels. From the objective measurable perspective, I exceeded my goals by 3X, with a return of investments of almost 500% for my team. From the intangible perspective, we made tremendous inroads in changing Fannie Mae's culture towards continuous process improvement, as exemplified by the support that we get from major stakeholders, such as Anne Gehring, and engagements in new areas, such as Zach Oppenheimer's Customer Engagement teams. How many directors met a bar like this?

We accomplished these goals with minimal management sponsorship for our work: the first 5 months of 2011 Claude Wade was focused on Securitization; from May to September, Linda was barely involved (I talked to her in 1-1's 2 times during this period) - I feel that she simply was never interested nor understood our work; and Kathy has been in her current role since September, mainly focused on other areas, being the first manager who was truly interested in Process Improvement in a long time.

I'm at wits ends trying to understand what are the criteria that senior leadership (Linda Knight) uses to determine performance rankings. At this point, it is starting to feel that the ratings are arbitrary and discriminatory, making me wonder if there is a future for me and my team in Fannie Mae.

P0048

2011 Directors and Officers Mid Year Review for Ana Cristina LaPera

# 1.3.20

## 2011 Directors and Officers Mid Year Review for Ana Cristina LaPera

✦ Talent Central

**Instructions for Managers:**

The Mid-Year Performance Review form will help you prepare to deliver one-on-one feedback to your employee regarding his/her accomplishments, both Results and Behaviors, against goals. It also provides an opportunity to update an employee's goals if business priorities have changed.

**Employee Information**

| | |
|---|---|
| Last Name: | LaPera |
| First Name: | Ana |
| Title: | Dir Lean Six Sigma |
| Manager: | Linda K Knight |
| Hire Date: | 01/24/1994 |
| Originator: | My PerformancManager (AHUS281X) |
| Review Period: | 01/01/2011 - 06/30/2011 |
| Due Date: | 08/05/2011 |

---

### Results Against Goals - What You Are Accomplishing

Select a status for each goal and provide comments. Consider relativity of your employee's performance to his/her peers.

**1.1**

| Goal: | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| Actively transform Fannie Mae's culture towards passion for continuous process improvement, leading by example | Number of people influenced by Operational Excellence team; includes participants to White Belt training, belts mentored, etc. Breakthroughs at Senior Management level | none | 01/01/2011 | 12/31/2011 |

**Notes**

**1.2**

| Goal: | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| Support the implementation of the Operating Plan as approved by management and the Board. Work effectively with Op Plan team, external advisor and ECSC to deliver against timeline | Track progress against operating plan and budget forecast. | On Course | 01/01/2011 | 12/31/2011 |

**Notes**

**1.3**

| Goal: | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| Foster a high performing environment. | Provide clear feedback and guidance to direct reports Distinguish compensation based on performance, leadership, future fit, etc | On Course | 01/01/2011 | 12/31/2011 |

**Notes**

**1.4**

| Goal: | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| Provides timely and actionable feedback to direct reports for continuous improvement. | a. Ensure all of your direct reports have performance and development goals that are up to date at the end of each quarter. b. Host periodic one-on-one meetings with direct reports to offer observations and suggestions that help employees in their progress towards performance and development goals. | On Course | 01/01/2011 | 12/31/2011 |

**Notes**

---

**Comments Related to Performance Against Goals**

**Comments by Linda K Knight:**
Ana's performance is on track through the first half of the year. Ana has done a good job managing the LSS team and ensuring they are engaged in high impact initiatives. Ana works well with a wide range of peers and colleagues. I have encouraged her to focus on relationships with Finance, Op Plan, Infrastructure, HR and Ops Risk - all of which will be key to her ability to engage and influence projects and outcomes over the rest of the year.

---

**Behaviors - How You Are Accomplishing Your Goals**

Provide summary comments regarding how your employee is accomplishing his/her goals, using the Leadership Criteria. Consider your own observations, feedback from others, and relativity to his/her peers. For behavioral examples, click here.

**Leadership Criteria:**

1. Leads Through Change - Leads team forward into uncharted territory
2. Collaborates Across Boundaries - Builds relationships and works effectively beyond own team
3. Acts with Courage and Integrity - Does the right thing for the company
4. Builds and Applies Talent - Empowers and supports people to work to their potential
5. Balances Competing Priorities - Makes effective trade-offs for the company

P0049

# 2011 Directors and Officers Mid Year Review for Ana Cristina LaPera

6. Delivers Results - Drives for exceptional results
7. Creates Competitive Advantage - Builds capacity for Fannie Mae to deliver a compelling value proposition to customers and ne competitive in the market

**Comments Related to Behaviors**
**General Comments:**
Ana demonstrates many of these leadership qualities with an emphasis on collaboration, delivering results and balancing competing priorities.
**Strengths:**
**Areas for Development:**

**Overall Mid-Year Trend**
Assess your employee as either "On Track" or "Off Track". "On Track" means that the employee is performing consistently with his/her peers. "Off Track" means that the employee is performing below his/her peers in either their performance against his/her goals or the behaviors. Of note, an employee with significant gaps across the behaviors, regardless of performance against goals, will be assessed "Off Track".

Mid-Year Trend: On Track

**Acknowledgement**
I acknowledge that I have had a mid-year discussion with my manager.

Employee: _Ana Cristina LaPera_          08/04/2011
          Ana Cristina LaPera

**Development Goals**
Review progress on the Development Goals. Performance against development goals does not impact the overall mid-year assessment.

**2.1**

**Goal:**
Advance to the next level of Lean Six Sigma (or other role appropriate) certification or maintain current level if MBB or BB
**Notes**

**Success Measure:**
Certification achievement based on the role.

**Status:**
On Course

**Start:** 01/01/2011

**Due:** 12/31/2011

**2.2**

**Goal:**
Improve communications to be more effective in "leading through change" and presenting a strategic vision

**Notes**

**Success Measure:**
▪ Feedback of manager, team members and customers. Success: Delivery of concise and clear messages appropriate to the role
▪ Productive communication with people with different style

**Status:**
On Course

**Start:** 01/01/2011

**Due:** 12/31/2011

**2.3**

**Goal:**
Demonstrate leadership and influencing across Fannie Mae, beyond my own team

**Notes**

**Success Measure:**
- Courageous participating in forums across the enterprise, leading to recognition of Operational Excellence team and acceptance of Lean Six Sigma methodology

**Status:**
On Course

**Start:** 01/01/2011

**Due:** 12/31/2011

**Career Goals**
Review progress on the Career Goals. Performance against career goals does not impact the overall mid-year assessment.

**3.1**

**Goal:**
Create a development plan for self and ensure that each direct report has a 5 year career plan by March 31st, remembering that development is self responsibility
- Short term focus: Green Belt certification of analyst
**Notes**

**Success Measure:**
Career development plans on file by March 30th, with activities in 2011 broken down by quarter

**Status:**
none

**Start:** 01/01/2011

**Due:** 03/31/2011

P0050

#1.3.21

# 2010 Directors and Officers Year End Review for Ana Cristina LaPera

⅍ Talent Central

## Employee Information

| | |
|---|---|
| Last Name: | LaPera |
| First Name: | Ana |
| Title: | Dir Lean Six Sigma |
| Manager: | Claude E Wade |
| Hire Date: | 01/24/1994 |
| Originator: | My PerformancManager (AHUS2B1X) |
| Review Period: | 01/01/2010 - 12/31/2010 |
| Due Date: | 03/04/2011 |

## Fannie Mae's Corporate Goals for 2010

Manage our credit book Provide liquidity to the market Strengthen operational discipline Focus on people and culture Invest in the future

## 2010 Results: What You Accomplished

One of aspects for an employee's assessment is results they have accomplished this year.

**Employees:**
• Update the status for each goal (e.g. Completed, Not On Course, Off Course, Not Applicable).
• Type your self-assessment of your progress against your goals in the assessment box using notes from you discussions (e.g., 1:1s, mid-year, etc.) and other feedback to assistyou.
• Indicate progress made against your development goals.
• You may want to print a copy of your self-assessment for your records and discussion with your manager. To do so, click on the printer icon from the top right and select the format to print your document before sending it to the next step for review by your manager.

**Managers:**
• Review the employee's self-assessment for each goal and document your feedback in the comment boxes.
• Solicit feedback regarding the employee's performance from relevant stakeholders (recent former managers, peers/internal customers and direct reports) via the Feedback Form
• Use notes from your discussions (e.g., 1:1s, mid-year, etc.), general observations and feedback gathered throughout the year to shape your assessment.
• You can send the form back to the employee in the Manager Assessment step, so the employee can make any necessary edits. If you do send it back to your employee during this phase, the comments you have entered so far will not be visible to the employee.

## 1.1

| Goal: | Success Measure: | Status: | Start | Due: |
|---|---|---|---|---|
| Baseline current process performance to enable prioritization of future process improvement efforts, measurement of the impact, and determination of factors critical to delivery and quality | See sub-goals | On Course | 01/01/2010 | 12/31/2010 |

Notes

**Assessment by Ana Cristina LaPera:**
During the first half of 2010, this goal focused on baselining Mortgage Operations and Financial Planning and Analysis. This goal was transformed to support the planning of the "3 year plan" during the 2nd half of 2010. Ana re-directed her team's efforts to support the Securitization, Customer Engagement, Asset Liability Management, and Credit Loss Management functions, while guiding the Pricing and Underwriting function directly herself. Thru the "3 year plan", the team introduced basic LSS tools, specifically charters and metrics, as the foundation to Fannie Mae's transformation.

P0051

| | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| **11** | Process maps produced and validated by the business by May 2010 Pain points and process metrics identified | Completed | 01/15/2010 | 05/01/2010 |

**Goal:**
Complete mapping of SF and HCD Operations (Sourcing, Delivery and Servicing chevrons) by May 2010

**Notes**

06/15/2010       Ana Cristina LaPera

Process maps for SF and HCD Operations were completed by May 2010. Over 19 pages of pain points were identified and grouped into themes. Basic process metrics (processing volumes, people, # of apps, # of EUCs and cost) were identified, but additional metrics must be collected.

**Assessment by Ana Cristina LaPera:**
Ana's team in partnership with Business Architecture completed the Level 1 and Level 2 maps for Single Family and HCD Operations by May 2010. Ana delegated this work to Angie Kennard's team, while she remained actively involved in lifting barriers, participating in Kaizen events, and ensuring smooth communication with Brian Cobb's management team.

**Assessment by Claude E Wade:**
Ana did a great job managing this deliverable which has been foundational to the execution of the 3 year operating plan.

| | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| **12** | Breakdown of corporate expenses by major functional areas with Finance agreement | Completed | 01/01/2010 | 06/30/2010 |

**Goal:**
Baseline administrative expenses for major functions by 2Q'10

**Notes**

05/26/2010       Ana Cristina LaPera

All administrative expenses were mapped by organizations, performing analysis of the major drivers. In addition to serving as a baseline for our team, this work contributed to the Budget and 3 year plan.

**Assessment by Ana Cristina LaPera:**
Bob Saylor, under Ana's direction, completed the baseline mapping of administrative expenses across Fannie Mae during 1H2010. This analysis was very reveling, and pointed to the use of consultants as the root cause of large expenses.
This baseline was expanded with further detail through the expense analysis of the end-to-end cost of MBS for Single Family, Structured Transactions and Multifamily during the 2H2010. Ana partnered with FP&A to set the analysis framework, ensuring repeatability and consistency in the interview and reporting process, personally conducting the interviews for Single Family and Multifamily business, executing the interviews through her team, lifting barriers, and then, helping to create summary presentations for the members of the Executive Committee.

**Assessment by Claude E Wade:**
Ana did a great job managing this deliverable which has been foundational to the execution of the 3 year operating plan.

| | Success Measure: | Status: | Start: | Due: |
|---|---|---|---|---|
| **13** | See sub-goals | On Course | 01/01/2010 | 12/31/2010 |

**Goal:**
Strengthen LSS execution capacity and capability in order to increase process discipline across Fannie Mae

**Notes**

**Assessment by Ana Cristina LaPera:**
The work performed by the LSS team during 2010 demonstrated the value of this framework, and set a solid foundation for continuous improvement and transformation. With the addition of Jeff Kovatch, as project manager, the team was able to develop a solid score card to manually track project implementation, while a more robust tool was researched. Ana got distracted in August, and did not insist on tracking the projects with the necessary discipline.

*2010 Directors and Officers Year End Review for Ana Cristina LaPera*

P0052

| 12.1 | | Status: | Start | Due: |
|---|---|---|---|---|
| **Goal:** Define organizational requirements and build the capacity to fulfill the demand for Process Improvement expertize by 2Q10 | **Success Measure:** Development of the organizational chart with roles and responsibilities Recruitment of staff | Completed | 01/01/2010 | 05/31/2010 |

**Notes**

06/15/2010     Ana Cristina LaPera

Organizational requirements were completed. Successfully increased the team from 5 to 14 (280%), with excellent new team members. The reason it is "Not on Course" is that 2 additional positions have not been fulfilled in Dallas, though candidates were identified.

**Assessment by Ana Cristina LaPera:**
Ana built a solid Lean Six Sigma organization during 2010, expanding her team from 5 people to 18. Ana guided each of her new hires through the adaptation process as they joined Fannie Mae, and based on their experiences, capabilities and areas of interest, she aligned them to different functional areas, where they have been extraordinarily productive in a short period of time. Using her strong leadership skills, Ana created opportunities for all team members to know and trust each other, recognizing that we should all be able to challenge each other to develop the best solutions. She now has three strong candidates as part of her succession planning.

**Assessment by Claude E Wade:**
Ana's staffing plan and hiring selections have been critical to the success of the execution phase of the operating plan. The master black belts Ana has hired have been fully deployed and are highly regarded.

| 12.2 | | Status: | Start | Due: |
|---|---|---|---|---|
| **Goal:** Develop and conduct 1 wave of Green Belt training per quarter with 20 participants per wave | **Success Measure:** # of Green Belt training waves conducted # of Green Belt trained | Completed | 01/01/2010 | 12/31/2010 |

**Notes**

06/15/2010     Ana Cristina LaPera

As of June 2010, we have developed the material and conducted 2 waves of Green Belt training. The upcoming classes are filled to capacity.

**Assessment by Ana Cristina LaPera:**
Ana's team developed a Green Belt program that customized off-the-shelf training with Fannie Mae relevant examples. This training was delivered by Ana's staff and an external consultant to 69 people in 4 Green Belt waives; the last wave was delivered entirely with in-house resources, proving basic program sustainability.

**Assessment by Claude E Wade:**
The LSS training program has been extremely well received by the organization.

P0053

**Goal:**
Develop and conduct 1 wave of Black Belt training with 20 participants per wave.

**Success Measure:**
# of Black Belt training waves conducted
# of Black Belts trained

**Status:** Completed

**Start** 03/15/2010

**Due:** 12/31/2010

**Notes**

06/15/2010    Ana Cristina LaPera

The materials were developed and the first wave of Black Belt training is currently under way. Given the competing priorities of the organization (including Ops Risk), we only had 14 participants enrolled, and therefore, will suspend the second waved planned for November and December 2010. Resources will be diverted to an additional Green Belt class to meet the demand and create capacity.

**Assessment by Ana Cristina LaPera:**
Ana's team developed a Black Belt program that customized off-the shelf training with Fannie Mae relevant examples, and avoided repetition of material from Green Belt training, optimizing the training time for the candidates. Only 1 wave was delivered due to the lack of qualified candidates; 12 people were trained in this first wave.

**Assessment by Claude E Wade:**
The LSS training program has been extremely well received by the organization.

**Goal:**
Develop White Belt training and conduct by September 2010; covering 10% of Fannie Mae staff by 12/31/2010

**Success Measure:**
Course material
% of employee covered

**Status:** On Course

**Start** 01/01/2010

**Due:** 12/31/2010

**Notes**

06/15/2010    Ana Cristina LaPera

Material completed and 50 people pilot lined up with HR.

**Assessment by Ana Cristina LaPera:**
A 4 hour White Belt training program was developed and tested with 2 HR teams. The intent of the program is to provide hands-on training to teams to increase their value added and effectiveness through the use of basic Lean Six Sigma tools.

**Goal:**
Support Process Owners in defining their future vision, creating roadmaps and executing projects to achieve the process improvement milestones

**Success Measure:**
Development of process ownership standards.

**Status:** Completed

**Start** 01/01/2010

**Due:** 12/31/2010

**Notes**

**Assessment by Ana Cristina LaPera:**
The only deliverable produced in support of this goal was a draft "Process Owner Manual", however, the Lean Six Sigma team was not involved in "Strenghtening Operations" task force, where the concept of "Process Owners" would be fully implemented.

**Assessment by Claude E Wade:**
Ana led the completion of a "Process Owner" manual which will lead newly appointed process owners through the steps necessary to understand the strengths, weakness and complexity of their end to end processes.

*2010 Directors and Officers Year End Review for Ana Cristina LaPera*