# Exhibit D

#1.3.4

**From:** Lawrence, Nayo L
**Sent:** Friday, July 29, 2011 5:49 PM
**To:** Ross, Shaun; Belay, Ted; Nestor, Scott x; Lapera, Ana C
**Cc:** Hisey, David; Richards, Ramon J; Yadav, Umesh; Knight, Linda K; de Carbonnieres, Tanguy
**Subject:** Patent Issuance: AmEngine (IP-05619-PT-AP-01/US/2)

**Attachments:** AmEngine Patent.pdf

We are pleased to report that the US Patent & Trademark Office has granted Fannie Mae a patent for AmEngine. The patent issued on July 19, 2011 and will endure for a term of 20 years from the application date (May 23, 2007).

This patent protects a computerized accounting system including an amortization engine that provides a flexible framework for implementing accounting policy changes. A modular approach facilitates updating accounting policies. The accounting policies may be versioned as policies change over time. The accounting policies may also be selectively applied to the accounting data to determine the impact of a change in accounting policy. For example, financial data may be processed using two different versions of accounting policies to compare results under the different versions of the accounting policies. This information may be used, for example, to allow the organization to determine how two equally applicable yet alternative accounting policies will affect the organization before those policies are implemented.

Congratulations to inventors Shaun Ross, Ted Belay, Scott Nestor and Ana Lapera who contributed to this filing, along with former employees Timothy McLuckie, Abbas Valliani, Bediako George, Jaykumar Menon and Jateendra Gullapalli.

A copy of the patent is attached for your records.

Tanguy de Carbonnières, Associate General Counsel
Nayo Lawrence, Paralegal
Fannie Mae | Legal

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

P0008