# Exhibit E

Ana Lapera:

Director Human Capital Performance

The Lean Six Sigma Master Black Belt is responsible for deploying and driving Lean Six Sigma across assigned divisions/functions. This position has significant leadership impact on the success of the Lean Six Sigma program and reports directly to the Director of Operational Excellence.  As a senior member of the Lean Six Sigma Team, this position will drive results oriented performance improvement initiatives using the proven methodologies of Lean and Six Sigma while ensuring accountability, focus, strategic alignment and cross functional relationships with the other Fannie Mae entities through the use of metrics based goals and objectives.  This position will also develop and deliver the materials and method for effectively training Champions, Sponsors, Black Belt and Green Belts on the Lean Six Sigma methodologies.

**Program Sustainability and Deployment Strategy**

- Lead the development and implementation of Lean Six Sigma for Fannie Mae and establish a sustainable model for continuous process improvement
- Advise and support Senior Management regarding culture change needed to successfully accomplish and maintain improvements
- Align Lean Six Sigma initiative and project objectives to business strategy, and prioritize projects accordingly
- Act as change agent to instill Lean Six Sigma culture throughout the organization

**Training, Development and Coaching**

- Train, coach and develop Black Belt and Green Belt resources assigned to projects related to Lean Six Sigma tools and methodology and offer technical expertise and guidance in project
- Expand the education and develop training curriculum for Fannie Mae leaders, managers and process improvement teams regarding Lean Six Sigma
- Serve as internal expert on process improvement tools and techniques focusing on Lean Six Sigma and coach process owners, black belts, and deployment leaders
- Provide technical leadership and coordination to major improvement projects within the business
- Provide problem resolution point of contact for Black Belts and Green Belts to offer technical or professional expertise

**Project Oversight**

- Lead multiple process improvement teams towards quantifiable result in defect reduction, cost avoidance, loss reduction or revenue enhancement
- Deliver significant operational improvement and financial benefit across assigned divisions/functions
- Lead the identification, prioritization and selection of process improvement opportunities

Confidential - Internal Distribution

- Facilitate quality and change management processes; identify customer needs and key drivers to reach customer satisfaction goals with financial benefit
- Monitor service delivery to ensure customer satisfaction and project delivery to ensure benefits are realized
- Bachelors Degree in Finance, Statistics, Business or Economics required
- Masters in Real Estate Finance, Finance, Statistics, Mathematics, Business or Economics required
- Lean Six Sigma Master Black Belt Certification required
- 5+ years of Lean and/or Six Sigma performance improvement and change management experience, with a minimum of 2 years of experience as a Master Black Belt
- Completion of 3 transactional-related projects with demonstrated success and financial results (preferably in the mortgage or finance services industry)
- Demonstrated technical competency in Lean Six Sigma skills: Lean, DMAIC, DFSS, Kaizen/Work-out, process management, change management and advanced statistical techniques
- Extensive training, coaching and mentoring experience
- Extensive Lean and/or Six Sigma Performance Improvement experience 5+ years consulting or management experience in the mortgage or finance services industry
- Demonstrated success in leading teams who have accomplished significant process improvements
- Strong leadership abilities and experience including situations involving organizational culture change and strong group facilitation skills, especially as it relates to identifying opportunities for improvement
- Ability and demonstrated experience in providing education and training related to process improvement including Lean Six Sigma
- Strong written and verbal communication skills with emphasis on oral presentation skills and class room training techniques
- Ability to interact with multiple layers of the organization with demonstrated success initiating change and ability to influence at all levels

Confidential - Internal Distribution

CONFIDENTIAL

FNMA001009