# Exhibit F

Ted Carter:

Title: Dir, Op. Risk Framework & Rept.(19705)

Job Posting Date:  March  7, 2007

Date Applied:  March 22, 2007

Grade/Level: 6 - Director

Status: Hired/Hired

Internal Job Description:

The position of director for OR Frameworks & Reporting will own the OR framework and reporting responsibilities related to operational risk. This position leads the development of enterprise-wide operational risk frameworks, including risk control self assessment, loss event data collection, key risk indicators, and other tools as deemed necessary by the SVP, ORO. This position will also lead efforts in development of scenario analysis, conducted in cooperation with the VP, Operational Risk Oversight, and drawing on input provided by the BU's and subject matter experts, as required. The position is also responsible for providing timely, relevant and actionable reporting, above all on Fannie Mae's operational risk exposure and loss experience. The director for OR Frameworks & Reporting will report to the VP for OR Policy & Frameworks, and will have 3 Level 5s reporting to him/her.

- Lead the development and ongoing maintenance of OR frameworks, including risk control self assessment, loss event data collection, key risk indicators, and other tools deemed necessary by the SVP, ORO. Design appropriate processes, terminology and execution requirements for delivery of ORO frameworks.  Advise Dir., OR Policy, Education & Awareness in the development of training materials and communication supporting the introduction and maintenance of the OR framework.
- Responsible for timely and  accurate reporting of corporate operational risk position, as captured through the OR framework as executed by the business lines. Develop and maintain reporting format for OR information generated by use of OR frameworks, including data requirements and methodology for data retrieval and storage. Provide limited quality control on data to ensure consistency of information provided by business lines / support functions. Ensure that the reporting format is targeted, relevant and actionable. Continuously work to improve reporting format.
- Lead the development of central risk scenarios. Identify enterprise-wide risk scenarios based on the key risk identification workshops, as well as separate investigations, such as external loss data. Support execution of scenario development under the direction of the VP, OR Oversight & Support, including solicitation of input from external relevant experts as necessary.
- Stay abreast of industry development in the discipline of operational risk management, particularly pertaining to OR frameworks and their effective use within operationally intensive financial services firms.

CONFIDENTIAL

FNMA001034

- Manage three level 5 staff in achievement of above functions.
- Seven to nine years experience in operational risk or related risk function within a top financial services, capital markets, or insurance organization.
- Three to five years of experience managing staff.
- Significant experience in a reporting role, with an understanding of best practice.
- Demonstrated success in building operational risk frameworks for a major financial institution other than Fannie Mae.
- Excellent analytical and modeling skills.
- Excellent communication skills in order to facilitate risk scenario development and reporting process.
- Detailed understanding of the current regulatory environment as it relates to operational risk (Basel II).
- High degree of intellectual rigor and discipline.
- Strong project management and execution skills, particularly with regards to development of risk frameworks.

**Title: Dir Operational Risk Oversight (19161)**

**Job Posting Date: November 7th, 2006**

**Date Applied:** November 9th, 2006

**Grade/Level: 6 – Director**

**Status: Hired/Hired**

**External Job:**

## THE COMPANY

Fannie Mae is a shareholder-owned company with a public mission: to tear down barriers, lower costs, and increase the opportunities for homeownership and affordable rental housing for all Americans. Over our 70-plus year history, Fannie Mae has worked with housing partners to provide low-cost financing for more than 60 million American families to own or rent a home. For more information about Fannie Mae and our career opportunities, please visit www.fanniemae.com

The position of Director for Operational Risk Oversight is reponsible for providing active oversight of operational risk activities for the Enterprise Systems and Operations Division. While initially each Director for Operational Risk Oversight will support the implementation of corporate operational risk frameworks within the ESO division, the mid- to long term responsibility is to serve as an independent oversight function in assessing the effectiveness of Divisional operational risk management programs. He/she will report to the VP for Operational Risk Oversight, providing the VP for Operational Risk Oversight, Division management, senior management and the Board with the confidence that operational risk management within

Confidential - Internal Distribution

CONFIDENTIAL

FNMA001035

covered Division conforms with Fannie Mae operational risk policy. This position will share responsibilities for content expertise within the Oversight team, providing Fannie Mae management with a corporate wide view of operational risk exposures and will support the VP-ORO in the development/management of Lean Six Sigma activities.

- Provide dedicated oversight to local operational risk management for Enterprise Systems and Operations division. Develop thorough understanding of business activities that generate operational risk, and partner with relevant Division Operational Risk Officer to best apply and integrate operational risk management tools and processes into day-to-day business risk management.   Review results and documentation from business areas, provide oversight and high-level quality assurance on divisional operational risk reporting. Ensure operational risk exposures are within preset limits / thresholds. Partner with relevant Divisional Operational Risk Officer and support them as appropriate.
- Serve as proactive conduit between operational risk specialists (e.g. information security, fraud risk management, business continuity) and Divisional Operational Risk Officers, to accelerate introduction and maintenance of operational risk management programs. Provide feedback to VP, Operational Risk Policy and Frameworks as to the effectiveness of operational risk programs as implemented by Divisions.
- Perform critical communication and escalation role in alerting operational risk specialists and ORO team as to significant exposures requiring corporate action.
- Support VP, Operational Risk Policy and Frameworks as content experts in creating corporate operational risk position reporting, for senior management and Board.
- Participate in regular Operational Risk Oversight team meetings to address outstanding issues, discuss issues of common concern, and update the team on recent developments within the divisions.  Provide support to the VP-ORO in his/her role as the lead in developing/managing Lean Six Sigma activities for the division.
- Seven to nine years experience in an operational or risk function, within a top financial services, capital markets, or insurance organization.
- Three to five years in a leadership position.
- Significant business experience in a non-oversight position, in the business activity of an Enterprise Systems and Operations division of a large organization.
- Demonstrated success as a change agent in the implementation of new risk management programs.
- Detailed understanding of operational risk management concepts and methodologies, in general and as applicable to Fannie Mae
- Advanced understanding of the Enterprise Systems and Operations Division.
- Ability to learn quickly and establish credibility with BUs and directors under him/her, in order to ensure buy-in to implementation of the operational risk framework. Strong interpersonal and influencing skills, and ability to work with business lines, embedded risk managers and corporate risk staff.
- Detailed understanding of the current regulatory environment as it relates to operational risk (Basel II).

**COMPENSATION**

CONFIDENTIAL                                                                                          FNMA001036

Fannie Mae's compensation and benefits package is very competitive. It is designed to help employees meet varying needs throughout their careers and to reward employee's skills, experience, and potential.

Fannie Mae is an equal employment opportunity employer and considers qualified applicants for employment without regard to race, gender, age, color, religion, national origin, marital status, disability, sexual orientation, or any other protected factor.

As a condition of employment with Fannie Mae, any successful job applicant will be required to pass a pre-employment drug screen and to successfully complete a background investigation, which may also include a credit check if the position is sensitive in nature.

**Title: VP for Operational Risk Strategy #27844**

**Job Posting Date: November 9th, 2006**

**Date Applied: July 2, 2010**

**Grade/Level: Risk management**

**Status: Hired/hired**

**Internal Job Description:**

## JOB INFORMATION

The Operational Risk Management (ORM) team is part of the Enterprise Risk Management Division in Washington DC. The role of the Vice President of Operational Risk is to manage the team in support of the achievement of Fannie Mae's corporate objectives by providing operational risk management expertise and tools to our business partners to attain regulatory safety and soundness, and prudently manage risk exposure from inadequate or failed internal processes, people, technology, or from external events.

The VP of Operational Risk Strategy reports to the Senior Vice President for Operational Risk Strategy and Process Excellence and is responsible for driving the development and implementation of a comprehensive Operational Risk Management framework.

## KEY JOB FUNCTIONS

**Develop and oversee the implementation of the company's Operational Risk Management Program.**

CONFIDENTIAL                                                                                                  FNMA001037

- Develop and maintain the framework, tools and templates for operational incident reporting, risk control self assessments, key risk metrics, operational risk analytics and economic capital and associated training.
- Oversee the deployment and execution of the company's operational risk management framework.

**Provide Operational Risk Oversight**

- Ensure consistent execution of the Operational Risk Program across the company in support of aggregate reporting and mitigation.

**Provide Operational Risk Expertise**

- Implement tools and techniques designed to enhance business unit operational risk consciousness in the processes/products they manage or support.
- Identify and communicate goals based on strategic operational risk initiatives and track business unit performance against those goals.

**Relationship Management**

- Builds and maintains strong relationships across the businesses and with various subject matter experts enterprise-wide to enable the effective implementation of the corporate operational risk programs.
- Successfully represents Operational Risk Management at external industry forums when required
- Years of experience: Min of 8 years of industry related experience required. 8 - 10 years preferred.
- Years of managerial experience: at least 3 years required. 5 years preferred.
- Experience in Director, VP level or related positions.
- Expertise in process related fields (operational risk operations or other related fields).
- Bachelor's degree required
- Master's degree preferred
- Understanding of operational risk management or expert in operational excellence.
- Min of 5 years of Operational Risk Management related experience
- Detailed understanding of process mapping and process mapping analysis
- Six Sigma Black Belt certification or must meet requirement of obtaining Fannie Mae's Internal Lean Six Sigma Black Belt certification within one year
- Experience leading large scale projects through an entire lifecycle, including effectively identifying requirements, scope and project deliverables with proven track record of delivering intended results.
- Knowledge of Financial Services operations
- Secondary Mortgage Market experience preferred

**Leads Through Change**
Builds alignment and commitment around an overall strategy and direction for the future

Confidential - Internal Distribution

CONFIDENTIAL   FNMA001038

Doesn't wait for top-down directive to clarify own role and direction for own group
Thinks through proposed changes and all their implications before reacting
When circumstances change, directly engages the team to set a new direction

**Collaborates / Works Across Boundaries**
Challenges silo thinking by seeking expertise and working with others outside own area
Takes the time to learn about the upstream and downstream implications of own work

**Delivers Results**
Holds self and others accountable for achieving results, even under difficult circumstances
Gets to the bottom of problems; doesn't accept superficial answers or solutions

**Builds and Applies Our Talent**
Ensures team members are committed and understand the importance of their work to Fannie Mae's mission

**Balances Competing Priorities**
When objectives conflict, negotiates path forward that's best for the company

**Acts with Courage and Integrity**
Is mindful of the impact of own words and actions on group/others' morale
Is truthful and transparent in all business dealings; no hidden agendas

Confidential - Internal Distribution

CONFIDENTIAL

FNMA001039