# Exhibit G

Mike MacFarland:

**Title: Direct, System Design/Development (15856)**

**Job Posting Date:  Oct 6th, 2005**

**Date Applied:  Oct 13th, 2005**

**Grade/Level: 6 - Director**

**Status: Hired/Hired**

**Internal Job Description:**

FAPT is looking for a Director, System Design and Development.  This position is responsible for partnering with Controllers to design the integrated execution flows, for documenting the flows, figuring out how to test them and then for developing the software to coordinate the execution.  It is expected that the majority of the software development will be in Ab Initio.

**Key Responsibility Areas (and brief description of associated duties):**

- Consult with customers to review requirements and define solutions for Integrated execution needs.
- Provide approach, recommendation, and level-of-effort estimates for implementing solutions including resource and cost allocations.
- Architect solutions given approved approach to satisfy Integrated Execution for Restatement needs. Identify best practice toolset and framework for implementation.
- Document the integrated execution  flows and work with Controllers and QA to develop test strategy

- Eight or more years in a technical role with increasing level of responsibility.
- Three or more years working in financial software discipline.
- Software Development / coding experience.
- Software lifecycle methodology experience
- Systems architecture experience
- Programming experience with Oracle databases and utilities
- Knowledge of ETL (ideally Ab Initio) applications development
- Work independently with limited supervision
- Ability to work with business analysts to identify requirements
- Ability to document best practices and lead team by example in following process
- Delegate, mentor and coach junior-level team members
- Keen understanding of the business needs for Restatement execution

Confidential - Internal Distribution

CONFIDENTIAL                                                                                      FNMA001031

Director of Technical Architecture:

## THE COMPANY

Fannie Mae exists to expand affordable housing and bring global capital to local communities in order to serve the U.S. housing market. Today, our focus is on preventing foreclosures, making mortgages and rental housing as affordable as possible, and supporting the housing recovery. We are rapidly building and realigning our company to better serve the market as we support the Administration's Homeowner Affordability and Stability Plan.

Join our dedicated, diverse, high-performing workforce and put your unique talents to good use as we work with our partners to advance our nation's housing recovery.

For more information about Fannie Mae and our career opportunities, visit www.fanniemae.com.

## JOB INFORMATION

Plan and direct the work of a unit whose staff design methods for various forms of technology, hardware, operating systems, applications, communications, and nodes on a network to operate in an optimized and integrated manner. Staff in the unit apply varied hardware engineering and software design theories to produce robust, integrated functioning of various systems and technology interfaces. Assess functioning of overall technology and communications systems to look for ways to upgrade and optimize systems in the future. Staff participate in projects to upgrade or install workstations, networks, platforms or enterprise software.

## KEY JOB FUNCTIONS

- Confer with management and staff of units concerned with computing hardware and networks, telecommunications infrastructure, operating systems, and enterprise software to assess and plan the interaction of these varied systems and applications.
- Study and direct the study of the productivity and efficiency of varied technology infrastructure and IT/IS systems; conduct engineering studies of their interaction and integration, and of prospective enhancements or additions to existing systems.
- Formulate and communicate standards and technical methodology to staff working on varied analytical, engineering, or systems integration projects. Assess the progress of these projects by reviewing reports against these standards and methodology.
- Prepare, or review the preparation of reports assessing the effectiveness of current systems, and the new systems needed, engineering required, and cost of new systems to be purchased, introduced and integrated with existing architecture and systems.
- Report to senior management on the unit's production, activities, and efforts.
- Represent the unit as an expert or resource to cross-functional project or coordinating teams.
- Plan, document, and manage the performance of subordinate managers and/or staff. Provide for professional or technical growth through assignment, mentoring, or training.
- Plan and manage the unit's budget. Approve expenditures or budget transfers.

## EDUCATION

CONFIDENTIAL

FNMA001032

- Bachelor's Degree or Equivalent required

## MINIMUM EXPERIENCE

- 10+ years of related experience

## SPECIALIZED KNOWLEDGE & SKILLS
- Architect-level experience in providing technology solutions
- Experience working with and influencing enterprise technology architecture policies, standards, and processes
- Demonstrable matrix management experience

## EMPLOYMENT

As a condition of employment with Fannie Mae, any successful job applicant will be required to pass a pre-employment drug screen and to successfully complete a background investigation, which may also include a credit check for positions in some areas of our business.

Fannie Mae is an Equal Opportunity Employer.

Confidential - Internal Distribution

CONFIDENTIAL

FNMA001033