# Exhibit H

Summer 2009   # 1.3.7

## Key Points on New Compensation Structure

### Summary

- Company is rolling out a new compensation structure for all employees at the vice president level and below. The new structure includes:
  o New formal salary structure;
  o New incentive program design; and,
  o Updated job titling, job summaries, and job families.
- Under the new structure, we're keeping total compensation targeted at the 50th percentile of the market.
- However, we will no longer have any form of annual bonuses for the covered employees. Instead, total compensation will have two components:
  o Salary – most employees will receive a salary increase; no employee will receive a salary cut; and,
  o Long-term Incentive Compensation (LTI) – some employees will be eligible for restricted cash grants that pay out over two years.
- Compared to 2007 – the last full-year cycle under our previous compensation structure – a number of employees covered by the new structure will see an increase in their total compensation.
- A number of others covered by the new structure will have the opportunity to earn total cash compensation that is the same or higher than 2007, based on performance.
- At the same time, as a result of significant market changes, we expect 2009 total compensation for vice presidents and directors to be down approximately 15 to 30 percent from 2007.
- Together, these changes:
  o Provide more certainty to most employees by increasing salaries;
  o Provide greater value to many employees by increasing the cash component (versus depending on stock awards);
  o Simplify our compensation structure;
  o Support pay for performance; and,
  o Target employee retention by having incentive awards pay out over two years.

### Compensation -- Salary

- New structure includes 18 market-based salary grades.
- You will be informed of your new salary grade and the salary range for that grade.
- Subject to the new salary range for your grade – and as part of the new compensation structure – you may be receiving a salary increase.
- Your new salary will go into effect on July 5 and will begin appearing in your July 17 paycheck.
- Pay increases will be retroactive to the beginning of 2009 and employees actively employed on July 17 will receive a lump sum payment on July 17 to cover the first half of the year.

Confidential - Internal Distribution

- A small number of employees (less than 10 percent) are outside the salary ranges of their new positions.
  - Those already above the range for their position will not receive a salary increase.
  - Those below the range for their position will be brought up to the minimum.

## Long-term Incentive Compensation (LTI)

- LTI grants will be available for the majority of salary grades; managers can and should differentiate performance using LTI.
- Employees in certain grades will be eligible for an LTI grant from the Top Performer Incentive pool similar to the prior levels 1-5 bonus pool. Not all employees in these grades will receive an award.
- Employees in higher salary grades, including all current vice presidents and directors, will be eligible for LTI grants from a different pool.
- You will be informed by your manager whether or not you are eligible for LTI.
- LTI grants will pay out in two installments:
  - Two-thirds of the grant will pay out in the first quarter of 2010
  - One-third of the grant will pay out in the first quarter of 2011
- The size of any individual's LTI award will depend upon a lot of factors, including the individual's performance for 2009, the company's performance, and the level at which the pools are funded.

## Job Titles, Job Summaries, and Job Families

- The new structure also includes updated job titles and job summaries.
- The titles we will start using – which will include all employees at the vice president, director, manager, and associate levels – are meant to be more descriptive of the work you actually do and more consistent across the company.
- In addition, we have written new job summaries for every position at the company.
- We're also introducing job families – a new concept at Fannie Mae. These are groups of jobs that involve work of the same nature but require different levels of skill, responsibility, and expertise. This will give employees a clearer sense of the experience, skills, and responsibilities needed to move from one position to another.

\* \* \*

- We are starting to rollout the new compensation structure (including updated job titles, job summaries, and job families) through a series of briefing sessions, Live Meetings, and online training sessions. After these communications are complete you will meet with your manager to go over your new salary and the other elements of the new structure.

Confidential - Internal Distribution