# Exhibit I

\# 1.3.15     Page 1 of 2

🛒 My Job Cart | Sign In

| Apply Online | Add to My Job Cart |

## Job Description

# Director, Middle Office-30224
**Fannie Mae Job Summary Title** - Dir Proj Management

## Description

### JOB INFORMATION

Focus on process improvement, business process management and measurement, and cultural change. Interacts with all levels of management and supports the activities of the Customer Engagement Division as well as coordinating other resources directed toward the initiative. Participates as a member of the Customer Engagement Leadership Team with associated responsibilities related to overall management of the Customer Engagement Division.

### KEY JOB FUNCTIONS

- Develops and manages quality infrastructure that initiates and completes process improvement projects and initiatives which transforms the Customer Engagement business.
- Identifies core process activities and develops business process management systems including performance dashboards.
- Implements process mapping at each department level to ensure all key departmental activities, roles and responsibilities are identified and subject to quality and return on investment measurement.
- Performs  business continuity planning, monitor delegations of authority, manages budget, leads project management, and provides general management support, including business reporting functions.
- Manages executive engagement process.
- Oversees Corporate Governance functions, operational risk management, and policy and procedure.
- Coordinate business reporting functions.

## Qualifications

### EDUCATION

- Bachelor's Degree or equivalent required

### MINIMUM EXPERIENCE

**Refer a friend for this job**
Tell us about a friend who might be interested in this job. All privacy rights will be protected.
Refer a friend

https://fanniemae.taleo.net/careersection/10001/jobdetail.ftl          6/23/2011

P0026

Job Description - Director, Middle Office (30224)

- 8 years of related experience

## SPECIALIZED KNOWLEDGE & SKILLS

- Extensive financial analysis acumen with experience managing a large (multi-million dollar) budget
- Proven ability to interact effectively with executives, while building consensus, and demonstrating a bias for action
- Experience with activities required of a PMO/Middle Office, as well as Corporate Governance and Operational Risk management
- Strong people management and leadership skills
- Exemplary written and oral communication skills
- Mortgage financing knowledge

## EMPLOYMENT

As a condition of employment with Fannie Mae, any successful job applicant will be required to pass a credit check for positions in some areas of our business.

Fannie Mae is an Equal Opportunity Employer.
**Grade-**N
**Manager Level-**Director
**Job-**Information Management
**Primary Location-**US-District of Columbia
**Organization-**Single Family Management
**Schedule-**Full-time
**Job Type-**Standard
**Shift-**Day Job
**Employee Status-**Regular
**Hiring Manager-**Zach Oppenheimer
**Recruiter-**Annette Barnes
**Employee Referral Bonus-**5,000
**Relocation Available-**No
**Experience Level-**3-Seasoned (over 7 years)

| Apply Online | Add to My Job Cart |

Job 1 out of 1 Previous**1**Next

Powered by Taleo ✕

https://fanniemae.taleo.net/careersection/10001/jobdetail.ftl

6/23/2011

P0027