# Exhibit J

1.3.8

**From:** Wade, Claude E
**Sent:** Friday, July 24, 2009 2:07 PM
**To:** Lapera, Ana C
**Subject:** RE: Position level challenge
I've done some research.  Let's discuss next week.

C. E. Wade

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

---

**From:** Lapera, Ana C
**Sent:** Saturday, July 18, 2009 12:32 PM
**To:** Wade, Claude E
**Subject:** Position level challenge

Hi!  After our conversation last week and further research, I've decided that I'd like to challenge the M level currently assigned to my position on the following basis:

**Position Responsibilities:**
The LSS Job family recently updated as part of the new Compensation and Career realignment is as follows:

| | |
|---|---|
| Lean Six Sigma Prog Mgr | I |
| Lean Six Sigma Green Belt | J |
| Lean Six Sigma Black Belt | K |
| Lean Six Sigma Master Black Belt | L |
| Dir Lean Six Sigma | M |

This structure does not consider the logical responsibility progression that the Director of Process Excellence & Lean Six Sigma Program has.  In addition to the process improvement skills required for the positions above, this position coordinates and leads the work of the team members supporting the Lean Six Sigma program; manages the career development of team members; requires significant interfacing and influencing skills with senior members of the management team; requires strategic vision and thorough understanding of the corporate priorities and the initiatives in progress to drive the coordinated process improvement efforts based on the new target architecture.

**Personal Experience relevant for the position:**
I have an solid track record delivering results for Fannie Mae, based on educational background (Masters in Engineering Administration, Black Belt education, and Leadership Coach certification). I know Fannie Mae's business and have built the personal and professional relationships necessary to be successful in this position through over 15 years of experience in different roles in Fannie Mae from technology (development and integration) and operations to project management.  I have a proven record managing and developing team, fostering accountability and creating sustainability. In my role as Director of Process Excellence, I have already demonstrated my experience in process improvement by personally leading 2 projects, participating as a member in the MBS Lean Six Sigma review, supporting the CLM effort, and mentoring several Green Belts through their projects; I kept the program alive for over 1 year with minimum executive support until you assumed the VP position 2 years ago; and used my influencing skills to help create a line of sight to align the company's activities and drive process improvement activities.

I value your opinion and would like your advise on the next steps to move this petition forward.  Could we talk next week, please?

Thanks!

P0013

Ana          ·  ·  ··

**Ana Cristina Lapera** (ana_c_lapera@fanniemae.com
Director - Operational Excellence and Lean Six Sigma Program
Fannie Mae
Phone (202) 752-8088; Cell: (202) 528-9712

*Never doubt that a small group of thoughtful, committed people can change the world. Indeed, it is the only thing that ever has. - Margaret Mead*

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

file://D:\Data\ALapera\Staff\2009\Ana Lapera\RE Position level challenge.htm                    8/26/2013