# Exhibit K

#1.3.10

**From:** Harris, Shandell T
**Sent:** Tuesday, April 26, 2011 9:00 AM
**To:** Lapera, Ana C
**Subject:** Re: Job Descriptions
I know but it doesn't give us any leverage to address. Sorry!

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

---

**From:** Lapera, Ana C
**Sent:** Tuesday, April 26, 2011 08:23 AM
**To:** Harris, Shandell T
**Subject:** Re: Job Descriptions

I don't understand their logic. Thank you for trying!
Ana Cristina Lapera (from PDA)

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

---

**From:** Harris, Shandell T
**Sent:** Tuesday, April 26, 2011 08:14 AM
**To:** Lapera, Ana C
**Subject:** Job Descriptions

Ana, Comp has reviewed the job description and are saying it still maps to a level M.  Not sure we can do much more with this.

*Shandell Harris*
**Human Resources Business Partner III**
**Finance**
**(202) 752-2247**
Shandell_T_Harris@Fanniemae.com

file://D:\Data\ALapera\Staff\2011\Ana Lapera\Re Job Descriptions.htm                    8/26/2013