# Exhibit L

Compensation Notice

Page 1 of 1

#1.4.1



## 2012 Performance Year

# Employee Compensation Statement

**Ana LaPera**
**DirProcessImprovementStrategy**

### Performance Rating: 1 – Significantly Exceed Expectations

*Current FTE Annualized Salary*: Is your salary as of December 31, 2012. If you were promoted or had a salary change during the first quarter of 2013, the salary associated with the change may not be reflected.

*New FTE Annualized Salary*: Is your new salary as of February 10, 2013 and will be reflected in your February 22nd paycheck. If you were promoted or had a salary change during the first quarter of 2013, the salary associated with the change may not be reflected.

*2012 Long-Term Incentive Award (LTI)*: 2012 LTI awards are payable over two years. 67% of the award will be included in your February 22nd paycheck. **The remaining 33% will be paid in Q1 of 2014. Payments are contingent upon continued employment with Fannie Mae and require that you be employed by Fannie Mae on the payment date.

*2011 Long-Term Incentive Award (LTI)*: The 2nd installment of your 2011 LTI award is shown and is based on 33% of your 2011 target LTI, adjusted for corporate and individual performance. This 2nd installment of your 2011 LTI will be included in your February 22nd paycheck. Payment of the award requires that you be employed by Fannie Mae on the date the payment is made.

*2013 Compensation Level*: Is your compensation level as of December 31, 2012. No compensation level changes were made as part of annual compensation planning. This information is being shown for your reference. If you changed positions during the first quarter of 2013, the level, salary range and long-term incentive information may not reflect your new position.

*2013 New FTE Salary Range*: Is the 2013 salary range for your compensation level. No changes were made to the salary structure for 2013.

*2013 Long-Term Incentive*: You are eligible to receive a long-term incentive award and your target is shown. Your actual award may vary significantly from your target based on corporate and individual performance, and may be zero. Awards are payable over two years with 67% payable in Q1 2014 and the remaining 33% payable in Q1 2015. Subject to the terms of the program, you must be employed by Fannie Mae on the installment payment date to earn and receive the payment.

### 2012 Performance Results

| | |
|---|---|
| Current FTE Annualized Salary: | $183,888 |
| Merit Increase: | $5,517 (3%) |
| New FTE Annualized Salary: | $189,405 |
| 2012 LTI Award 1st Installment: | $48,772 |
| **2012 LTI Award 2nd Installment: | $24,022 |
| 2nd Installment of 2011 LTI Award: | $13,259 |

### 2013 Compensation Structure

| | |
|---|---|
| Compensation Level: | N |
| New FTE Salary Range: | $129,000 - $175,000 - $222,000 |
| Long-Term Incentive Target: | 35% of Salary |

https://performancemanager4.successfactors.com/acme?bplte_company=Fannie...    2/13/2013

P0076

Page 1 of 2

Compensation Notice

1.4.2


**FannieMae**

## 2011 Performance Year

# *Employee Compensation Statement*

**Ana LaPera**
**Dir Lean Six Sigma**
**Performance Rating: 3 - Meet Expectations**

*Current FTE Annualized Salary*: Reflects your salary as of December 30, 2011. If you were promoted or had a salary change during the first quarter of 2012, the salary associated with the change may not be reflected.

*2010 Long-Term Incentive Award (LTI)*: The 2nd installment of your 2010 LTI award is shown and is based on 33% of your 2010 target LTI, adjusted for corporate and individual performance. This 2nd installment of your 2010 LTI will be included in your February 16th paycheck. Payment of the award requires that you be employed by Fannie Mae on the date the payment is made.

*2011 Long-Term Incentive Award (LTI)*: 2011 LTI awards are payable over two years. The 1st installment of your LTI award for 2011 is shown and is based on 67% of your target, adjusted for corporate and individual performance. This 1st installment of your 2011 LTI award will be paid in your February 16th paycheck. Payment of the award is contingent upon continued employment with Fannie Mae and requires that you be employed by Fannie Mae on the date the payment is made.

**The 2011 LTI Carry Forward (the remaining 33% of your 2011 LTI target) is shown at target and will be subject to corporate and individual performance in 2011 and 2012. The actual amount will be determined as part of the 2012 compensation process. This target is not guaranteed and your actual award may be zero. Payment of the award is contingent upon continued employment with Fannie Mae and requires that you be employed by Fannie Mae on the date the payment is made.

*2012 Compensation Level*: Reflects your compensation level as of December 30, 2011. No compensation level changes were made as part of annual compensation planning. This information is being shown for your reference. If you changed positions during the first quarter of 2012, the level, salary range and long-term incentive information may not reflect your new position.

*2012 FTE Salary Range*: Reflects the 2012 salary range for your compensation level.

*2012 Long-Term Incentive*: You are eligible to receive a long-term incentive award and your target is shown. Your actual award may vary significantly

| | |
|---|---|
| Current FTE Annualized Salary: | $183,888 |
| 2nd 2010 LTI Installment: | $12,000 |
| 1st 2011 LTI Installment: | $36,290 |
| **2011 LTI Carry Forward (target): | $12,137 |

### 2012 Compensation Structure

| | |
|---|---|
| Compensation Level: | M |
| FTE Salary Range: | $112,000 - $153,000 - $194,000 |
| Long-Term Incentive Target: | 20% of salary |

https://performancemanager4.successfactors.com/acme?bplte_company=FannieMae&fbac...    2/13/2012

Compensation Notice

from your target based on corporate and individual performance, and may be zero. Awards are payable over two years with 67% of target subject to corporate and individual performance for 2012 and payable in Q1 2013 and the remaining 33% of target subject to corporate and individual performance in 2012 and 2013, and payable in Q1 2014. Subject to the terms of the program, you must be employed by Fannie Mae on the installment payment date to receive the payment.

https://performancemanager4.successfactors.com/acme?bplte_company=FannieMae&fbac...    2/13/2012

P0078

Compensation Notice

**FannieMae**

# 143

## 2010 Performance Year

# *Employee Compensation Statement*

**Ana LaPera**
**Dir Lean Six Sigma**
**Performance Rating: 2 - Exceed Expectations**

*Current FTE Annualized Salary*: Reflects your salary as of December 31, 2010. If you were promoted or had a salary change during the first quarter of 2011, the salary associated with the change may not be reflected.

*2010 Long-Term Incentive Award (LTI)*: 2010 LTI awards are payable over two years. The 1st installment of your LTI award for 2010 is shown and is based on 67% of your target, adjusted for corporate and individual performance. This 1st installment of your 2010 LTI award will be paid in your February 25th paycheck. Payment of the award is contingent upon continued employment with Fannie Mae and requires that you be employed by Fannie Mae on the date the payment is made.

**The 2010 LTI Carry Forward (the remaining 33% of your 2010 LTI target) is shown at target and will be subject to corporate and individual performance in 2010 and 2011. The actual amount will be determined as part of the 2011 compensation process. This target is not guaranteed and your actual award may be zero. Payment of the award is contingent upon continued employment with Fannie Mae and requires that you be employed by Fannie Mae on the date the payment is made.

*2009 Long-Term Incentive Award (LTI)*: The 2nd installment of your 2009 LTI award will be included in your February 25th paycheck. Payment of the award requires that you be employed by Fannie Mae on the date the payment is made.

*2011 Compensation Level*: Reflects your compensation level as of December 31, 2010. No compensation level changes were made as part of annual compensation planning. This information is being shown for your reference. If you changed positions during the first quarter of 2011, the level, salary range and long-term incentive information may not reflect your new position.

*2011 FTE Salary Range*: Reflects the 2011 salary range for your compensation level.

*2011 Long-Term Incentive*: You are eligible to receive a long-term incentive award and your target is shown. Your actual award may vary significantly from your target based on corporate and individual performance, and may be zero. Awards are payable over two years with 67% of target subject to

| | |
|---|---|
| Current FTE Annualized Salary: | $183,888 |
| 2010 LTI Award - February 25, 2011: | $33,266 |
| **2010 LTI Carry Forward (target): | $12,137 |
| 2nd 2009 LTI Installment: | $12,662 |

**2011 Compensation Structure**

| | |
|---|---|
| Compensation Level: | M |
| FTE Salary Range: | $112,000 - $153,000 - $194,000 |
| Long-Term Incentive Target: | 20% of salary |

Compensation Notice

corporate and individual performance for 2011 and payable in Q1 2012 and the remaining 33% of target subject to corporate and individual performance in 2011 and 2012, and payable in Q1 2013. Subject to the terms of the program, you must be employed by Fannie Mae on the installment payment date to receive the payment.

P0080

Compensation Notice

## FannieMae

# 2009 Performance Year

# *Employee Compensation Statement*

**Ana LaPera**
**Dir Lean Six Sigma**

**Performance Rating: 2 - Exceed Expectations**

*Salary Actions*: Your new salary is effective as of February 14, 2010 and will be reflected in your February 26th paycheck. If you were promoted or had a salary change during the first quarter of 2010, the salary associated with the change may not be reflected and you may have an earlier effective date.

*2009 Long-Term Incentive Award (LTI)*: Your 2009 LTI award will be paid out in 2 installments. 67% of the award will be included in your February 26th paycheck. The remaining 33% will be paid in Q1 of 2011. Payments are contingent upon continued employment with Fannie Mae and require that you be employed by Fannie Mae on the date the payment is made.

*2010 Compensation Level*: Reflects your compensation level as of December 31, 2009. No compensation level changes were made as part of the annual compensation planning. This information is being shown for your reference. If you changed positions during the first quarter of 2010, the level salary range and long-term incentive may not reflect your new position.

*2010 New FTE Salary Range*: Reflects the salary range for your compensation level. These ranges have been increased based on market movement for 2010 salary structures.

*2010 Long-Term Incentive*: You are eligible to receive a long-term incentive award and your target is shown. Your actual award may vary significantly from your target based on company and individual performance, and may be zero. Funding of the long-term incentive pool is not guaranteed.

### 2009 Performance Results

| | |
|---|---|
| Current FTE Annualized Salary: | $178,532 |
| Merit Increase: | $5,356 (3%) |
| New FTE Annualized Salary: | $183,888 |
| LTI Award: | $38,370 |
| 1st Installment: | $25,708 |
| 2nd Installment: | $12,662 |

### 2010 Compensation Structure

| | |
|---|---|
| Compensation Level: | M |
| New FTE Salary Range: | $112,000-$153,000-$194,000 |
| Long-Term Incentive Target: | 20% of Salary |

https://performancemanager4.successfactors.com/acme?bplte_company=FannieMae&fbac...    1/19/2011

P0081

#3



| | 90 |
|---|---|
| | 2047 |

**Seagull Quest** — *Empowering your Quest for Excellence*

Ana Cristina Lapera    Total Compensation Loss Calculation due to early separation from FannieMae

| Age | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Salary | 178,532 | 183,888 | 183,888 | 183,888 | 183,888 | 189,405 | 195,087 | 200,940 | 206,968 | 213,177 | 219,572 | 226,159 | 232,944 | 239,933 | 247,131 |
| Merit Increase | | 5,356 | 0 | 0 | 0 | 5,517 | 5,682 | 5,853 | 6,028 | 6,209 | 6,395 | 6,587 | 6,785 | 6,988 | 7,198 |
| Percentage Increase | | 3.00% | 0.00% | 0.00% | 0.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Actual Bonus | | 38,370 | 33,266 | 12,137 | 48,772 | | | | | | | | | | |
| Bonus Target | | 20.00% | 20.00% | 20.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% |
| Actual Bonus % | | 20.87% | 18.09% | 6.60% | 26.52% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% |
| Potential Bonus | | | | | | 66,292 | 68,281 | 70,329 | 72,439 | 74,612 | 76,850 | 79,156 | 81,530 | 83,976 | 86,496 |
| Potential Compensation | 178,532 | 222,258 | 217,154 | 196,025 | 232,660 | 255,697 | 263,368 | 271,269 | 279,407 | 287,789 | 296,423 | 305,315 | 314,475 | 323,909 | 333,626 |
| Actual Compensation | 178,532 | 222,258 | 217,154 | 196,025 | 232,660 | 189,405 | | | | | | | | | |
| Difference (1) | 0 | 0 | 0 | 0 | 0 | 66,292 | 68,281 | 70,329 | 72,439 | 74,612 | 76,850 | 79,156 | 0 | 0 | 0 |
| Potential Pension (2) (3) | | | | | | | | | | | | | 56,898 | 56,898 | 56,898 |
| Actual Pension(4) | | | | | | | | | | | | | 43,864 | 43,864 | 43,864 |
| Pension Difference (5) | | | | | | | | | | | | | 13,034 | 13,034 | 13,034 |
| Cumulative Bonus Value | | | | | | 66,292 | 134,572 | 204,901 | 277,340 | 351,952 | 428,802 | 507,958 | | | |

| | | 90 / 2047 |
|---|---|---|
| | | 1,536,249 |
| | | 1,184,333 |
| | | 351,916 |

| | |
|---|---|
| Estimated loss from unearned potential bonuses | 507,958 |
| Estimated loss from pension earnings retiring at 62 | 351,916 |
| **Total estimated loss** | **859,874** |

Note (1) Bonuses Only
Note (2) $4,742 Monthly $56,898 Yearly
Note (3) Starting at 62 years & 1 day
Note (4) $3,655 Monthly $43,864 Yearly
Note (5) Assuming death at 90 years of age



P0116