# Exhibit M

## Arrington, Leslie

| | |
|---|---|
| **From:** | Harris, Nicole |
| **Sent:** | Monday, June 03, 2013 1:29 PM |
| **To:** | Officers; Directors |
| **Cc:** | Werner, Melissa |

**Subject:** Position Announcement on Behalf of Brian McQuaid

Colleagues,

I am pleased to announce that we are recruiting for the following officer position in the **Enterprise PMO Organization:**

**Vice President for Planning and Alignment (Job Number 35839).** This position, located in Washington, DC, will report to Anne Gehring and will be responsible for facilitating consensus around a long-term, integrated execution plan for the restructuring of Fannie Mae and the housing industry. The multi-year investment plan includes project deliverables, project milestones, inter-dependencies and funding requirements.

All qualified internal and external candidates are encouraged to apply. We encourage all internal applicants to express their interest and submit their credentials via HomeSite, Job Opportunities Database, *no later than Monday, June 10, 2013.*

If you have any questions regarding the role or would like to recommend a candidate, please do not hesitate to contact Melissa Werner, the person recruiting for these positions or Danielle Clarke, Director of Recruiting. Melissa can be reached either via email Melissa_Werner@fanniemae.com or at 202-752-6080. Danielle can be reached either via email at Danielle_Clarke@fanniemae.com or at 202-752-7457

Brian

5/19/2014

CONFIDENTIAL

FNMA000077