# Exhibit N

| | |
|---|---|
| **From:** | Jez, Karen <karen_jez@fanniemae.com> |
| **Sent:** | Monday, May 20, 2013 4:56 PM |
| **To:** | Werner, Melissa <melissa_werner@fanniemae.com>; Matza, Sonya <sonya_matza@fanniemae.com>; Clarke, Danielle <danielle_clarke@fanniemae.com> |
| **Cc:** | Harris, Shandell T <shandell_t_harris@fanniemae.com> |
| **Subject:** | RE: VP Planning and Alignment.doc |

thanks

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

**From:** Werner, Melissa
**Sent:** Monday, May 20, 2013 4:51 PM
**To:** Jez, Karen; Matza, Sonya; Clarke, Danielle
**Cc:** Harris, Shandell T
**Subject:** RE: VP Planning and Alignment.doc

As long as there are not a lot of other internal applicants, and if there are they aren't as qualified as Joe, then it should be very reasonable to have a timely and efficient process.

Generally, internal selection moves faster than external hiring as you know given the nature of logistics with external hiring.

Melissa Werner
Executive and Officer Recruiting

Federal National Mortgage Association
3900 Wisconsin Avenue, Washington, DC
202/752-6080 direct
410/833-5891 direct
Melissa_Werner@fanniemae.com

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

**From:** Jez, Karen
**Sent:** Monday, May 20, 2013 4:23 PM
**To:** Werner, Melissa; Matza, Sonya; Clarke, Danielle

**Cc:** Harris, Shandell T
**Subject:** RE: VP Planning and Alignment.doc

there is a candidate identified by Anne already. It is Joe Hallet. I told her we need to post the job. Anne is concerned about the amount of time to weed others out of the process. I told her once it is up, we could all discuss how to move quickly on this one.

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

---

**From:** Werner, Melissa
**Sent:** Monday, May 20, 2013 3:54 PM
**To:** Jez, Karen; Matza, Sonya; Clarke, Danielle
**Cc:** Harris, Shandell T
**Subject:** RE: VP Planning and Alignment.doc

ok. will wait on your go.

Melissa Werner
Executive and Officer Recruiting

Federal National Mortgage Association
3900 Wisconsin Avenue, Washington, DC
202/752-6080 direct
410/833-5891 direct
Melissa_Werner@fanniemae.com

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

---

**From:** Jez, Karen
**Sent:** Monday, May 20, 2013 3:24 PM
**To:** Matza, Sonya; Clarke, Danielle; Werner, Melissa
**Cc:** Harris, Shandell T
**Subject:** RE: VP Planning and Alignment.doc
**Importance:** High

Confidential

All, please do not announce this role yet. There is an employee still in this role and we need to make sure they have announced that they are leaving before we move forward.

Let's get ready to go but don't announce anything.

Karn

                                                                FNMB-001536

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

---

**From:** Matza, Sonya
**Sent:** Monday, May 20, 2013 2:52 PM
**To:** Clarke, Danielle; Werner, Melissa
**Cc:** Jez, Karen; Harris, Shandell T
**Subject:** VP Planning and Alignment.doc

FYI, Brian has approved this role for EPMO.  Job code is VPP929 and level is P.

I will have Ralph create in Taleo.

Let me know if you have any questions.

Sonya