# Exhibit O

## Arrington, Leslie

| | |
|---|---|
| **From:** | Werner, Melissa |
| **Sent:** | Wednesday, June 12, 2013 2:14 PM |
| **To:** | Gehring, Anne |
| **Cc:** | Riddle, Laura |
| **Subject:** | Internal VP candidates for our conversation today. |

**Importance:** High

Peter Coccaro
Joe Hallett
David Humble
John (Chris) Kocks
Ana LaPera
Brian McEvoy
Elizabeth Millstein
Rosemary Norwood

John Hickman
Steve Solomon
Piper Beveridge


Melissa Werner
Executive and Officer Recruiting

Federal National Mortgage Association
3900 Wisconsin Avenue, Washington, DC
202/752-6080 direct
410/833-5891 direct
Melissa_Werner@fanniemae.com


This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

4/10/2014

CONFIDENTIAL                                                                 FNMA000113