# Exhibit P

## Arrington, Leslie

| | |
|---|---|
| **From:** | Lapera, Ana C |
| **Sent:** | Monday, June 10, 2013 12:40 PM |
| **To:** | Werner, Melissa |
| **Subject:** | RE: Fannie Mae: Your account has been locked |

**Attachments:** Lapera Resume Sept 2011.docx

Hi Melissa,

Sorry I don't have the updated version at work. I'm enclosing the version that I have in my laptop. I'll e-mail you an updated version tomorrow morning.

Thanks!

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

**From:** Werner, Melissa
**Sent:** Monday, June 10, 2013 8:04 AM
**To:** Lapera, Ana C
**Subject:** RE: Fannie Mae: Your account has been locked

Hi Ana,

Pls send me a copy of your resume. I did match you to the job, but there is no resume. THanks!

Melissa Werner
Executive and Officer Recruiting

Federal National Mortgage Association
3900 Wisconsin Avenue, Washington, DC
202/752-6080 direct
410/833-5891 direct
Melissa_Werner@fanniemae.com


This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.


**From:** Lapera, Ana C
**Sent:** Friday, June 07, 2013 3:12 PM
**To:** Werner, Melissa; Clarke, Danielle
**Subject:** RE: Fannie Mae: Your account has been locked

Hi Melissa, Danielle: I'm trying to apply to the position below but somehow messed up the system and my account has been blocked. I'll try again over the weekend, and will reach out to you if I cannot apply directly. Thank you for your help!

Ana
(202) 752-8088


5/19/2014

CONFIDENTIAL                                    FNMA000082

**Vice President for Planning and Alignment (Job Number 35839).** This position, located in Washington, DC, will report to Anne Gehring and will be responsible for facilitating consensus around a long-term, integrated execution plan for the restructuring of Fannie Mae and the housing industry. The multi-year investment plan includes project deliverables, project milestones, inter-dependencies and funding requirements.

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

**From:** Fannie Mae Talent Recruiting Center [mailto:careers_mailbox@fanniemae.com]
**Sent:** Friday, June 07, 2013 3:07 PM
**To:** Lapera, Ana C
**Subject:** Fannie Mae: Your account has been locked



Dear Ana:

Your account has been locked after an unsuccessful authentication procedure. To unlock your account, access our Career Section login page, click "Forgot your password?", and follow the instructions. We also invite you to view a list of all current job openings within our organization. Thank you for your interest in Fannie Mae.

Best regards,
Talent Recruiting Center
Fannie Mae


Replies to this message are undeliverable. Please do not reply.

5/19/2014

CONFIDENTIAL