# Exhibit R

 **Job Description - Officers**

# VP & Planning and Alignment
## Enterprise Program Management Office
## Washington, D.C.

## THE COMPANY

Fannie Mae exists to expand affordable housing and bring global capital to local communities in order to serve the U.S. housing market. Fannie Mae has a federal charter and operates in America's secondary mortgage market to enhance the liquidity of the mortgage market by providing funds to mortgage bankers and other lenders so that they may lend to home buyers. Our job is to help those who house America.

For more information about Fannie Mae and our career opportunities, please visit www.fanniemae.com.

## JOB SUMMARY

| Overview of Job / Management and Reporting Structure |
| --- |
| The role facilitates consensus around a long term, integrated execution plan for the restructuring of Fannie Mae and the housing industry.  The multiyear investment plan includes project deliverables, project milestones, inter-dependencies and funding requirements.  The plan is used as the basis of discussion with the Management Committee, Board of Directors, and FHFA for project prioritization and agreement on timing of deliverables.  In particular, this role demands intensive interaction with the company's senior management team, initiative leaders, FHFA and other key stakeholders throughout the company.  Reporting to the individual will be the Head of Operational Excellence and Lean Six Sigma who is responsible for driving process improvement using the Lean Six Sigma methodology across the entire corporation.  In addition, the individual will lead a team that will recommend or implement procedures or business processes that are compliant with Legal and Regulatory directives, corporate mandates, and instruct managers in their use. |

| Key Job Functions & Duties |
| --- |
| Responsibilities include: |

- Act as a trusted advisor and independent lens to the SVP of the EPMO and the CFO.  Provide insights and strategic analysis to facilitate decision making.  Develop a relationship with the SVP and CFO that promotes role as objective sounding board.
  - Develop strong relationships with the senior leadership team on the project teams, particularly the Program Managers.  Achieve a deep understanding of the goals and activities in the organization.  Identify risks, opportunities and drive collaboration to incorporate a single set of facts into the Multi-Year Investment Plan.   To be effective, the Individual must be viewed as a credible and fair broker of strategic recommendations.
  - Communicate effectively at the highest levels of the organization.  Prepare and deliver written and verbal communications describing the multi-year investment plan to the CFO, the Management Committee, regulators and the Fannie Mae Board of Directors.  This will require taking very complex concepts and explaining them in a simple and concise manner.  Articulate key messages and knowledgeably respond to clarifying questions with poise and confidence.  Remain at the appropriate level of detail for the audience.
  - Take ownership of the overall approach for managing the EPMO's relationship with key external stakeholders, including FHFA.  Gather input and coordinate responses to, as well as providing briefings on a regular and ad hoc basis.
  - Create and maintain tools that document the multi-year investment plan and provide the ability to quickly evaluate multiple scenarios.
  - Establish and groom a team of future leaders that are viewed as value added business resources for achieving critical business objectives.
  - Assess optimal organizational structure, identify and fill critical skill gaps.  Coach team members for professional growth and leadership capabilities.  Make touch calls on non-performance as required.
  - Consistently support the goals and objectives of the broader EPMO.  Build very strong relationships with the leaders of each pillar.  Consistently engage, partner and communicate with peers to ensure cohesive execution of

CONFIDENTIAL                                                                                                          FNMB-000069

 **FannieMae**

**Job Description - Officers**

organizational goals.
- Provide expert advice and interpretation of corporate governance activities including policies, procedures and Delegations of Authority.

## Qualifications

- Years of experience: 10 required.
- Years of managerial experience: 5 preferred.
- Expertise in Program/Project Management or related areas.
- Bachelor's degree required
- Master's degree preferred
- Ability to communicate verbally and in writing - across functions, teams and various levels of management.
    - Listen and gather feedback and pertinent information and prepare pointed summaries for executives and stakeholders.
- Demonstrated cross-function collaboration.
    - Effectively build relationships and trust with a wide range of personnel.
    - Inspire confidence in superiors, peers and subordinates.
    - Flexibility to function in a matrix environment.
- Anticipate problems and take pro-active action to resolve.
    - Identify new approaches to address process failures.
- Ability to influence people to get things done even when direct authority does not exist.
    - Influence senior stakeholders and command their respect.
    - Perceive subtle behavioral cues in surfacing and managing resistance.
- Apply techniques for planning, monitoring and controlling programs.
    - Track and manage budgeting and resource allocation processes.
- Drive results in a swift and constructive manner.
    - Make sound judgment calls under high uncertainty.

## Competencies

**Leads Through Change**
- Builds alignment and commitment around an overall strategy and direction for the future

**Collaborates Across Boundaries**
- Acts as a leader of Fannie Mae, not just own unit or team

**Acts with Courage and Integrity**
- Is truthful and transparent in all business dealings; communicates clearly and openly, even in difficult situations

**Builds and Applies Our Talent**
- Uses all available resources to meet challenging goals, not just "go to" people

**Balances Competing Priorities**
- Determines the right people to involve and the right level of detail needed for decisions

**Delivers Results**
- Creates detailed strategic and tactical plans that clearly articulate goal and metrics, and executes against them

**Creates Competitive Advantage**
- Understands and anticipates the needs of our customers and stakeholders and consistently does what is best to deliver value
- Maintains a long-term, "big-picture" view, anticipating changes in the business environment and taking proactive steps to address emerging operational requirements and customer needs

CONFIDENTIAL                                                                                    FNMB-000070

 **FannieMae**

**Job Description - Officers**

## COMPENSATION

Fannie Mae's compensation and benefits package is very competitive. It is designed to help employees meet varying needs throughout their careers and to reward employee's skills, expertise, and potential.

Fannie Mae is an equal employment opportunity employer and considers qualified applicants for employment without regard to race, gender, age, color, religion, national origin, marital status, disability, sexual orientation, or any other protected factor.

As a condition of employment with Fannie Mae, any successful job applicant will be required to pass a pre-employment drug screen and to successfully complete a background investigation. Officer positions will also include a credit check as part of the background investigation process.

Date created: 3/28/2011
Requestor: Anne L. Gehring
Job Code / Title: VP, Planning and Alignment
Position reports to: SVP, EPMO
Cost Center: 835 - EPMO
EC Member: David Benson
HR Business Partner: Harris, Shandell T

CONFIDENTIAL                                    FNMB-000071