# Exhibit S

**From:**          Doxie, Monica
**Sent:**          Friday, July 12, 2013 9:02:43 AM
**To:**            Crutcher, Keisha S
**Subject:**       RE: Interview - Ana Lapera - VP EPMO Planning and Alignment (Anne)

Keisha

Please move this interview up to 9am.    Ana is available I can see her calendar.  Thanks!

Monica Doxie
Enterprise PMO
Fannie Mae
202-752-2712  (ofc)
240-699 -3020 (fax)

_____

**From:**          Crutcher, Keisha S
**Sent:**          Friday, July 12, 2013 8:16 AM
**To:**            Crutcher, Keisha S; Gehring, Anne; Lapera, Ana C; Werner, Melissa
**Subject:**       Interview - Ana Lapera - VP EPMO Planning and Alignment (Anne)
**When:**          Wednesday, July 17, 2013 9:30 AM-10:00 AM (GMT-05:00) Eastern Time (US & Canada).
**Where:**         Anne's office - 4000 South Bldg Room #3514

When: Wednesday, July 17, 2013 9:30 AM-10:00 AM (GMT-05:00) Eastern Time (US & Canada).
Where: Anne's office - 4000 South Bldg Room #3514

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

 << File: Resume Ana Lapera.docx >>  << File: Job Description VP EPMO Planning and Alignment.doc >>

**Subject:**        Accepted: Lunch Interview - Nicola Fraser - VP EPMO Planning and Alignment (Anne Gehring) UPDATED RESUME ATTACHED

**Location:**       Anne will take her to lunch

**Start:**          7/15/2013 12:00 PM

**End:**            7/15/2013 1:00 PM

**Show Time As:**   Busy

**Recurrence:**     (none)

**Required Attendees:**    Crutcher, Keisha S

**Resources:**      Anne will take her to lunch

CONFIDENTIAL                                                                 FNMB-000031