**UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
<u>CIVIL DIVISION</u>**

| | |
|---|---|
| **ANA LAPERA** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-CV-000447 |
| ) | District Judge: Beryl A. Howell |
| **FANNIE MAE** ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>DEFENDANT FANNIE MAE'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE
REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT</u>

Comes now, Defendant Fannie Mae, formally known as the Federal National Mortgage Association, by and through its undersigned counsel, hereby files its Motion for Extension of Time to file its Reply Memorandum in Support of its Motion for Summary Judgment.  As grounds for this Motion, Fannie Mae states as follows:

Fannie Mae filed a Motion for Summary Judgment on October 9, 2015.  Plaintiff filed an Opposition Brief on November 12, 2015 following two extensions granted by the Court.  As such, Fannie Mae's reply memorandum is due on November 23, 2015. In this motion, Fannie Mae seeks additional time to submit its reply memorandum.

As grounds for the relief requested, Counsel for Fannie Mae states that he has to file a reply memorandum in support of summary judgment in another matter before this Court *Carol Codjoe v. Fannie Mae*, 14-cv-1627, which is due on Friday November 20, 2015.  In addition, Counsel participated in a Court ordered mediation on Wednesday November 19, 2015, in a matter styled *Steele v. Fannie Mae*,13-cv-1089.  In addition, Counsel for Fannie Mae is participating in an oral argument in a private arbitration pending in JAMS – Greenbelt on Monday, November 23, 2015, which had been scheduled prior to the date Plaintiff filed her Opposition Memorandum.  Also,

1

given the upcoming Thanksgiving holiday, Fannie Mae respectfully requests that it be permitted to file its reply memorandum on or before, Wednesday, December 2, 2015.

Fannie Mae contacted counsel for the Plaintiff to obtain his consent to this request and was informed, that the Plaintiff does consent. Accordingly, Defendant respectfully requests that its request for an extension of time to submit its reply memorandum through and including December 2, 2015.

Dated: November 19, 2015                    Respectfully submitted,


_____/s/__DGS_____
Damien Stewart
Fannie Mae
3900 Wisconsin Ave., N.W.
Washington, DC 20016
Tel. (202) 752-6871
damien_g_stewart@fanniemae.com

**Attorney for Fannie Mae**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that, on this 19th day of November 2015, a copy of the

foregoing Fannie Mae's Motion for Extension of Time was served via the Court's ECF system on

the following:

David A. Branch, Esq.
Law offices of David Branch & Associates
1828 L Street NW
Suite 820
Washington, DC 20036
(202) 785-2805 phone
(202) 785-0289 fax
davidbranch@dbranchlaw.com

_____/s/__DGS_____
Damien G. Stewart

3