**UNITED STATES DISTRICT COURT**
**OF THE DISTRICT OF COLUMBIA**
<u>**CIVIL DIVISION**</u>

| | |
|---|---|
| **ANA LAPERA** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-CV-000447 |
| ) | District Judge: Beryl A. Howell |
| **FANNIE MAE** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR EXTENSION**
**OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT**
<u>**OF ITS MOTION FOR SUMMARY JUDGMENT**</u>

THIS CAUSE came before the Court upon the Defendant's Motion for Extension of Time to file its Reply Memorandum in Support of its Motion for Summary Judgment

THE COURT having considered the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is Granted.  Defendant shall file a reply brief on or before December 2, 2015.

DONE AND ORDERED this __ day of November, 2015.


_____
BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE


cc: All counsel of record