# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANA LAPERA**  )<br>  )<br>  **Plaintiff**   )<br>  )<br>  v.    )<br> **FEDERAL NATIONAL MORTGAGE**  )<br> **ASSOCIATION d/b/a FANNIE MAE** )<br>  )<br>  **Defendant**   )<br>  ) | Case No. 1:15-cv-00447-BAH<br>Judge Beryl A. Howell |

## PRAECIPE

The parties in this matter participated in a settlement conference on December 8, 2016 before Magistrate Judge Deborah Robinson and wish to advise the court that the parties reached an agreement in principle to settle the case. The parties will file a stipulation of dismissal with prejudice within thirty days of December 8, 2016.

**DATED:  December 8, 2016**                Respectfully submitted,

   /s/   David A. Branch_____
David A. Branch
Law Office of David A. Branch
& Associates, PLLC
1828 L Street, NW, Suite 820
Washington, DC 20036
202.785.2805 telephone
202.785.0289 fax
davidbranch@dbranchlaw.com

   /s/  Damien G. Stewart_____
Damien G. Stewart
Associate General Counsel
Fannie Mae
3900 Wisconsin Avenue, NW
Washington, D.C. 20016
202-752-6871 (Tel)
damien_g_stewart@fanniemae.com

## **CERTIFICATE OF SERVICE**

I hereby certify this 8th day of December 2016, the foregoing was served electronically on counsel for Defendant:

Damien G. Stewart
Associate General Counsel
Fannie Mae
3900 Wisconsin Avenue, NW
Washington, D.C. 20016
202-752-6871 (Tel)
damien_g_stewart@fanniemae.com

*/s/ David A. Branch*
David A. Branch